**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Iron Hill Brewery, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5645042** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **260 Eagleview Boulevard** **Exton, PA 19341** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Chester** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://ironhillbrewery.com** |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7224

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

| Debtor | **Iron Hill Brewery, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | | When _____ | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**████  Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2025**
    MM / DD / YYYY

**X** **/s/ Mark Kirke**                                  **Mark Kirke**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Sean C. Southard**                    Date **October 3, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Sean C. Southard**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 972-3000**   Email address   **ssouthard@klestadt.com**

**528422025 NJ**
Bar number and State

Debtor    **Iron Hill Brewery, LLC**
_____      Case number (*if known*) _____
Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY
_____

Case number (*if known*) _____      Chapter ___**7**___

☐ Check if this is an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Iron Hill Brewery, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| Debtor | **C&D Brewing Company of Ardmore, LLC** | Relationship to you | **affiliates** |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Chestnut Hill, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Huntingdon Valley, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Lancaster, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Marlton, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Media, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Montgomeryville, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Pennsylvania, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Phoenixville, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Voorhees, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **C&D Brewing Company of Wilmington, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Chesapeake & Delaware Brewing Company, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery East Market, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Buckhead, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Columbia, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Eagleview, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Hershey, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Lehigh Valley, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Newtown, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Perimeter, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of Rehoboth Beach, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |
| Debtor | **Iron Hill Brewery of South Carolina, LLC** | Relationship to you | **affiliates** |
| District | When | Case number, if known | |

# WRITTEN CONSENT

## OF

## IRON HILL BREWERY INVESTMENTS, LLC

### a Delaware limited liability company

Dated September 24, 2025

The undersigned, constituting the board of managers (the "**Board**") of Iron Hill Brewery Investments, LLC, a Delaware Limited Liability Company (the "**Company**"), together with member IHB HoldCo, LLC (the "**Member**"), hereby consent, pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, to the adoption of the following recitals and resolutions, effective as of the date hereof.

**WHEREAS**, the Board and Member have reviewed, considered, evaluated and, to the extent permitted, taken action with respect to strategic alternatives available to Iron Hill Brewery, LLC ("**IHB**"), and its wholly owned subsidiaries identified on Schedule 1 hereto (the "**Subsidiaries**") in light of their collective financial condition and liquidity constraints, including, without limitation, (i) the potential for obtaining a near term liquidity event that would bridge to a potential going concern transaction for IHB and its Subsidiaries, or alternatively (ii) the cessation of business, wind-down of active operations, and filing of petitions under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the Board and Member have determined that the likelihood of achieving near term liquidity and consummating a going concern transaction for IHB and/or its Subsidiaries is increasingly uncertain and that liquidity constraints are significantly curtailing IHB's ability to make critical payments to creditors and continue operating as a going concern;

**WHEREAS**, the Board and Member have determined that it is therefore desirable, and in the best interests of the Company, IHB and the Subsidiaries, their collective and respective creditors, equity owners and other interested parties for IHB and the Subsidiaries to cease business effective immediately, terminate substantially all employees, wind-down operations and then file voluntary petitions for relief under Chapter 7 of the Bankruptcy Code as soon thereafter as reasonably practical;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the filing by IHB and each of the Subsidiaries of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") thereby commencing a Chapter 7 Case (each such case, a "**Bankruptcy Case**") be, and it hereby is, authorized and approved;

**FURTHER RESOLVED**, that Mark Kirke, as chief executive officer of IHB ("**Authorized Person**") be, and hereby is, authorized and empowered, in the name of IHB and each of the Subsidiaries, to execute and verify a petition for relief under Chapter 7 of the

Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person shall determine;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized and empowered to execute and file, on behalf of IHB and each of the Subsidiaries, all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that he may deem necessary or proper in connection with each Bankruptcy Case;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized to take, or cause to be taken, such further action, and to enter into, perform, execute and deliver, or cause to be delivered, for and in the name and on behalf of IHB and each of the Subsidiaries, all such agreements, instruments, certificates and documents deemed necessary or appropriate in order to effectuate the purpose and intent of the foregoing resolutions (as conclusively evidenced by the taking of such action or the execution and delivery of such agreements, instruments, or documents, as the case may be, by or under the direction of the Authorized Person) including, for the avoidance of doubt, to retain and employ Klestadt Winters Jureller Southard & Stevens, LLP to render legal services to and to represent IHB and each of the Subsidiaries in connection with each Bankruptcy Case and other related matters in connection therewith, and to retain and employ all assistance by other professionals or otherwise, which he may deem necessary or proper to represent, assist or consult with IHB, and all actions heretofore taken by the Authorized Person with the subject of the foregoing resolutions be, and hereby are, approved, ratified and confirmed in all respects as the act and deed of IHB and each of the Subsidiaries;

**FURTHER RESOLVED**, that the Authorized Person hereby is authorized, directed and empowered, in the name and on behalf of IHB and each of the Subsidiaries, to pay all such fees and expenses, as in its judgment may be necessary or appropriate to effectuate the intent and accomplish the purposes of the foregoing resolutions, and the payment of any such fees and expenses in connection with the foregoing matters, shall conclusively establish its authority therefor from IHB;

**FURTHER RESOLVED**, that any acts of the Authorized Person which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, be, and each such act hereby is, severally ratified, confirmed, approved and adopted as an act in the name and on behalf of IHB and each of the Subsidiaries.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**

_____

KEVIN FINN, Manager

_____

KEVIN DAVIES, Manager

_____

MARK EDELSON, Manager

_____

NED LIDVALL, Manager

_____

ARNIE CAINE, Manager

**IHB HOLDCO, LLC**

By: _____

JACK D. MCCARTHY, JR.,

Authorized Party

_Written Consent of Iron Hill Brewery Investments, LLC – Signature Page_

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**

_____

KEVIN FINN, Manager

_____

KEVIN DAVIES, Manager

_____

MARK EDELSON, Manager

_____

NED LIDVALL, Manager

_____

ARNIE CAINE, Manager

**IHB HOLDCO, LLC**

By: _____

 JACK D. MCCARTHY, JR.,

Authorized Party

_Written Consent of Iron Hill Brewery Investments, LLC – Signature Page_

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**

_____

KEVIN FINN, Manager


_____

KEVIN DAVIES, Manager


_____

MARK EDELSON, Manager


_____

NED LIDVALL, Manager

ARNIE CAINE, Manager


**IHB HOLDCO, LLC**


By: _____

JACK D. MCCARTHY, JR.,

Authorized Party


*Written Consent of Iron Hill Brewery Investments, LLC – Signature Page*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**

_____

KEVIN FINN, Manager

_____

KEVIN DAVIES, Manager

_____

MARK EDELSON, Manager

_____

NED LIDVALL, Manager

_____

ARNIE CAINE, Manager

**IHB HOLDCO, LLC**

By: _____

 JACK D. MCCARTHY, JR.,

Authorized Party

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**

_____

KEVIN FINN, Manager


_____

KEVIN DAVIES, Manager


_____

MARK EDELSON, Manager


_____

NED LIDVALL, Manager


_____

ARNIE CAINE, Manager


**IHB HOLDCO, LLC**


By: _____

 JACK D. MCCARTHY, JR.,

Authorized Party

*Written Consent of Iron Hill Brewery Investments, LLC – Signature Page*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date and year first written above.

**MANAGERS**


_____
KEVIN FINN, Manager


_____
KEVIN DAVIES, Manager


_____
MARK EDELSON, Manager


_____
NED LIDVALL, Manager


_____
ARNIE CAINE, Manager


**IHB HOLDCO, LLC**


By: _____
 JACK D. MCCARTHY, JR.,

Authorized Party

**Schedule 1**

**Subsidiaries of the Company**

| Seq. No. | Name of Subsidiary | State of Incorporation |
|---|---|---|
| 1 | Chesapeake & Delaware Brewing Company, LLC | Delaware |
| 2 | C&D Brewing Company of Wilmington, LLC | Delaware |
| 3 | C&D Brewing Company of Lancaster, LLC | Pennsylvania |
| 4 | C&D Brewing Company of Media, LLC | Pennsylvania |
| 5 | C&D Brewing Company of Chestnut Hill, LLC | Pennsylvania |
| 6 | C&D Brewing Company of Montgomeryville, LLC | Pennsylvania |
| 7 | C&D Brewing Company of Ardmore, LLC | Pennsylvania |
| 8 | C&D Brewing Company of Phoenixville, LLC | Pennsylvania |
| 9 | C&D Brewing Company of Marlton, LLC | New Jersey |
| 10 | C&D Brewing Company of Voorhees, LLC | New Jersey |
| 11 | C&D Brewing Company of Pennsylvania, LLC | Pennsylvania |
| 12 | C&D Brewing Company of Huntingdon Valley, LLC | Pennsylvania |
| 13 | Iron Hill Brewery East Market, LLC | Pennsylvania |
| 14 | Iron Hill Brewery of Rehoboth Beach, LLC | Delaware |
| 15 | Iron Hill Brewery of Hershey, LLC | Pennsylvania |
| 16 | Iron Hill Brewery of Newtown, LLC | Pennsylvania |
| 17 | Iron Hill Brewery of South Carolina, LLC | South Carolina |
| 18 | Iron Hill Brewery of Buckhead, LLC | Georgia |
| 19 | Iron Hill Brewery of Eagleview, LLC | Pennsylvania |
| 20 | Iron Hill Brewery of Perimeter, LLC | Georgia |
| 21 | Iron Hill Brewery of Columbia, LLC | South Carolina |

| Seq. No. | Name of Subsidiary | State of Incorporation |
|----------|-------------------|------------------------|
| 22 | Iron Hill Brewery of Lehigh Valley, LLC | Pennsylvania |

# United States Bankruptcy Court
### District of New Jersey

In re  **Iron Hill Brewery, LLC**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Iron Hill Brewery, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Iron Hill Brewery Investments, LLC**
**260 Eagleview Blvd.**
**Exton, PA 19341**

☐ None [*Check if applicable*]

October 3, 2025

Date

/s/ Sean C. Southard

**Sean C. Southard**

Signature of Attorney or Litigant

Counsel for  **Iron Hill Brewery, LLC**

**Klestadt Winters Jureller Southard & Stevens, LLP**
**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
**(212) 972-3000 Fax:(212) 972-2245**
**ssouthard@klestadt.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| IRON HILL BREWERY, LLC | : | |
| | : | |
| | : | Case No. 25- |
| Debtor. | : | |

-----------------------------------------------------------x

**EXPLANATORY NOTES TO DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

On October 4, 2025 (the "Petition Date"), Iron Hill Brewery, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") in the above-referenced chapter 7 case (the "Chapter 7 Case") filed a voluntary petition under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the Chapter 7 Case before the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court" or the "Court") [Docket No. 1]. The Debtor has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") with the Bankruptcy Court. The Debtor, with the assistance of its legal advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code.

Mr. Mark Kirke, CEO of the Debtor, has signed the Schedules and Statement. Mr. Kirke is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statement, Mr. Kirke has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal advisors. Mr. Kirke has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor contact information.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in changes to the Schedules and Statement. For the avoidance of doubt, the Debtor hereby reserves all of its rights, including to amend and/or supplement the Schedules and Statement, as may be necessary or appropriate.

The Debtor does not guarantee or warrant the accuracy or completeness of the data that is provided herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the

1

information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

Disclosure of information in one or more Schedules, the Statement, or one or more exhibits or attachments to the Schedules or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

These *Explanatory Notes to Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement.  These Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.  In the event that the Schedules and/or Statement differ from these Notes, the Notes are intended to control.

## Explanatory Notes

**1.      Reservation of Rights.**

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement the Schedules and Statement from time to time, including with respect to the description or designation of any claim ("Claim")[1] and the trustee appointed in this Chapter 7 Case (the "Trustee") may (i) dispute or otherwise assert offsets, setoffs, or other defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; (ii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or (iii) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statement as "disputed," "contingent," or "unliquidated").   Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

(a)      **No Admission.**  Nothing contained in the Schedules and Statement is intended as, or should be construed as, an admission or stipulation of the validity of any Claim against the Debtor, any assertion made therein or herein, or a waiver of the Trustee's rights to dispute any Claim or assert any cause of action or defense against any party.

(b)      **Recharacterization.**  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement.   Nevertheless, due to the complexity of the Debtor's business and the speed with which such information was compiled, the Debtor may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.   Accordingly, the Trustee may seek to

---

[1] For the purposes of these Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications.** Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of rights to object to such claim, recharacterize or reclassify such Claim or contract or to setoff such Claims by the Trustee.

(d) **Estimates and Assumptions.** The preparation of the Schedules and Statement required the Debtor to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(e) **Causes of Action.** Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in their Schedules and Statement. All rights are reserved (for the Debtor and the Trustee) with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have (collectively, "Causes of Action"), and neither the Notes nor the Schedules and Statement shall be deemed a waiver of any such Claims, Causes of Action, or avoidance actions or in any way prejudice or impair the assertion of such Claims or Causes of Action.

(f) **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

2.      **Methodology.**

(a)      **Basis of Presentation**.  Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.  The Schedules and Statement have not, however, been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to reconcile fully with any financial statements of the Debtor prepared under GAAP.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

(b)      **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statement intentionally has been redacted due to, among other things, the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential nature of certain information, or concerns for the privacy of an individual (including minors).  The alterations will be limited to only what is necessary to protect the Debtor or applicable third party.  The Debtor may also be authorized or required to redact certain information from the public record pursuant to orders of the Court sealing or otherwise protecting such information from public disclosure, including the home addresses, email addresses and phone numbers of the Debtor's individual employees.

(c)      **Net Book Value.**  In certain instances, current market valuations for certain assets are neither maintained by, nor readily available to, the Debtor.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values.  Market values may vary, sometimes materially, from net book values.  The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property.  Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are unknown.

(d)      **Allocation of Liabilities.**  The Debtor, in consultation with its advisors, has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to amend and/or supplement the Schedules and Statement as it deems appropriate in this regard.

(e)      **Unknown Amounts.**  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

(f)      **Unliquidated Claim Amounts.**  Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

**(g)**    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement.  The asset information provided in the Schedules and Statement, except as otherwise noted, represents the asset data of the Debtor as of the close of business on October 4, 2025, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the close of business on October 4, 2025.  To the extent there are unknown or undetermined amounts, these will not be listed in the totals.

## Specific Disclosures with Respect to the Debtor's Schedules and Statement

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the close of business on October 4, 2025, unless otherwise noted below.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, have been incurred before the Petition Date.

**Schedule E/F**.  Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F.  Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained through the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Fill in this information to identify the case:**

Debtor name    **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2025**        X **/s/ Mark Kirke**
                                              Signature of individual signing on behalf of debtor

                                          **Mark Kirke**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................    $ _____ **164,581.02**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...................................................................................    $ _____ **164,581.02**

### Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **17,250,191.28**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    +$ _____ **2,763,099.86**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b      $ _____ **20,013,291.14**

**Fill in this information to identify the case:**

Debtor name  **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **BankUnited, NA** | **Checking Account** | **6880** | $0.00 |
| 3.2. **BankUnited, N.A.** | **Checking Account** | **4344** | $125,000.00 |
| 3.3. **Pinnacle Bank** | **Checking Account** | **8880** | $5.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $125,005.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Iron Hill Brewery, LLC**
          Name                                    Case number *(If known)* _____

Description, including name of holder of prepayment

8.1.    **Vendor Prepayment - Pulseaway (IT remote monitoring software license agreement)**    **$3,380.90**

8.2.    **Vendor Prepayment - Asana (Marketing event software licensing agreement)**    **$3,118.46**

8.3.    **Vendor Prepayment - Next Glass aka UnTapped (Beer search website listing subscription)**    **$3,133.46**

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.    **$9,632.82**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **17,943.20**    -    **0.00**    = ....    **$17,943.20**
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    **15,358.02**    -    **15,358.02**    =....    **$0.00**
                          face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$17,943.20**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

Debtor    **Iron Hill Brewery, LLC**                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| wine bottles | | $1,709.00 | | Undetermined |
| liquor bottles | | $1,409.00 | | Undetermined |
| bottled beer | | $16.00 | | Undetermined |
| canned beer | | $3,986.00 | | Undetermined |

23.    **Total of Part 5.**                                                        $0.00

    Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Misc. computer equipment at Home Office | $198,531.00 | | Undetermined |
| Misc. computer software (Home Office) | $203,268.00 | | Undetermined |
| Misc. production brewery equipment | $315,068.00 | | Undetermined |
| Misc. brewery equipment (Production Brewery) | $113,407.00 | | Undetermined |

Debtor   **Iron Hill Brewery, LLC**                    Case number *(If known)* _____
        Name

| **Computer software at Production Brewery** | **$10,000.00** | | **Undetermined** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                             **$0.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2023 Intl MV607**<br>**VIN 3HAEUMML428216**<br>**Leased Vehicle** | **Undetermined** | | **Undetermined** |
| 47.2.   **2018 Hino 268**<br>**VIN 5PVNE8JP3J4S51476**<br>**Mileage: 127,368** | **Undetermined** | | **Undetermined** |
| 47.3.   **2017 GMC/Chevy 2500**<br>**VIN 1GCWGBFF6H1125216**<br>**Mileage: 76,740** | **Undetermined** | **Kelley Blue Book** | **$12,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                             **$12,000.00**
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

| Debtor | **Iron Hill Brewery, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademark - Iron Hill Brewery and Taphouse** | **Undetermined** | | **Undetermined** |
| **Trademark - Galactic Stardust** | **Undetermined** | | **Undetermined** |
| **Trademark - Brambleberry** | **Undetermined** | | **Undetermined** |
| **Trademark - Iron Hill Brewery** | **Undetermined** | | **Undetermined** |
| **Trademark - From Tap to Table** | **Undetermined** | | **Undetermined** |
| **Trademark - Witberry** | **Undetermined** | | **Undetermined** |
| **Trademark - Craft Kitchen. Scratch Brewery** | **Undetermined** | | **Undetermined** |
| **Trademark - Ore House** | **Undetermined** | | **Undetermined** |
| **Trademark - Rivet** | **Undetermined** | | **Undetermined** |
| **Trademark - Rivet Hard Seltzer** | **Undetermined** | | **Undetermined** |
| **Trademark - RIVET** | **Undetermined** | | **Undetermined** |
| **Trademark - Philly Phavorite** | **Undetermined** | | **Undetermined** |
| **Trademark - Iron Hill Craft Market** | **Undetermined** | | **Undetermined** |
| **Trademark - Bedotter** | **Undetermined** | | **Undetermined** |

Debtor    **Iron Hill Brewery, LLC**                                    Case number *(If known)*  _____
　　　　　　Name

| | | |
|---|---|---|
| **Trademark - F·RED** | **Undetermined** | **Undetermined** |
| **Trademark - Iron Hill Brewery & Restaurant** | **Undetermined** | **Undetermined** |
| **Trademark - The Cannibal** | **Undetermined** | **Undetermined** |
| **Trademark - Iron Hill Brewery & Restaurant** <br> **(different font)** | **Undetermined** | **Undetermined** |
| **Trademark - Reindeer's Revenge** | **Undetermined** | **Undetermined** |
| **Trademark - Lunchbox Hero** | **Undetermined** | **Undetermined** |
| **Trademark - King of the Hill Rewards Club** | **Undetermined** | **Undetermined** |
| **Other Marks and IP** | **Undetermined** | **Undetermined** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                              | **$0.00** |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        **Current value of**
                                                                        **debtor's interest**

Debtor      **Iron Hill Brewery, LLC**                                    Case number *(If known)* _____
         <sub>Name</sub>

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Chubb**
**11/1/24 to 10/31/25**
**Auto and General Liability** _____                      **Undetermined**

    **Beazley**
    **3/4/25 to 3/4/26**
    **D&O, EPL, and Fiduciary** _____                      **Undetermined**

    **AmTrust**
    **11/1/24 to 10/31/25**
    **Workers Comp** _____                      **Undetermined**

    **Highmark BCBS**
    **1/1/25 to 1/1/26**
    **Medical** _____                      **Undetermined**

    **Optum/Rx Benefits**
    **1/1/25 to 1/1/26**
    **RX** _____                      **Undetermined**

    **Chubb**
    **11/1/2024 to 11/1/2025**
    **Commercial Excess and Umbrella Coverage** _____                      **Undetermined**

    **Navigators Insurance Company**
    **11/1/2024 to 11/1/2025**
    **Second Umbrella Excess** _____                      **Undetermined**

    **Travelers**
    **11/1/2024 to 11/1/2025**
    **Third Umbrella Excess** _____                      **Undetermined**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                                    | **$0.00** |
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor    **Iron Hill Brewery, LLC**
Name

Case number *(If known)*

☐ Yes

Debtor   **Iron Hill Brewery, LLC**_____     Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $125,005.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,632.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,943.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $164,581.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $164,581.02 |

**Fill in this information to identify the case:**

Debtor name ___ **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY

Case number (if known) ___

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1  BankUnited, N.A.**<br>Creditor's Name<br><br>**14817 Oak Lane**<br>**Miami Lakes, FL 33016**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets and personal property of the debtor.** | **$17,250,191.28** | **Undetermined** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**General UCC Lien Against Personal Property**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$17,250,191.28** |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Abbie Kay Lobley**<br>**Address redacted** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Alexis Leone Lundeen**<br>**Address redacted** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Amy Lynn Missimer** | *Check all that apply.* | | |
| | **Address redacted** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Amy Lynn Virelli** | *Check all that apply.* | | |
| | **Address redacted** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Annette Kay Williams McCann** | *Check all that apply.* | | |
| | **Address redacted** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Ashley Wolf** | *Check all that apply.* | | |
| | **Address redacted** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Debtor    **Iron Hill Brewery, LLC**                                    Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brendan P. Mullan**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brynne Sundman**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Danielle Bennett**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Delaware Division of**
**Revenue/Bankruptcy**
**Attn: Bankruptcy Administrator**
**Carvel State Building**
**820 N. French Street, 8th Floor**
**Wilmington, DE 19801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Derek Allen Rothenberger**
**Address redacted**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Douglas Marchakitus**
**Address redacted**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Eric E. Boice**
**Address redacted**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Iron Hill Brewery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jackie Vincenzini**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John Paul Panasiewicz**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Katherine Elizabeth Sansom**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kyle Delaney**
**Address redacted**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|--------|----------------------------|------------------------|--|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|

**Mark Andrew Kirke**
**Address redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|

**Mark D. Edelson**
**Address redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|

**Matthew M. Gundrum**
**Address redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|

**Patrick Harkleroad**
**Address redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Paul Anderson**<br>**Address redacted** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Pennsylvania Department of**<br>**Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Pennsylvania Liquor Control**<br>**Board**<br>**Office of Chief Counsel**<br>**401 Northwest Office Building**<br>**Harrisburg, PA 17124** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Peter F. Corbett**<br>**Address redacted** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Priority creditor's name and mailing address
**Rachel Lorien Clem**
**Address redacted**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Seth L. Mathlery**
**Address redacted**

2.28    $0.00    $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Taylor Jo Hentzman**
**Address redacted**

2.29    $0.00    $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,189.58** |
| --- | --- | --- | --- |

Nonpriority creditor's name and mailing address
**AEB Biochemical USA, Inc**
**P.O. Box 670**
**Lodi, CA 95241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | **$0.00** |
| --- | --- | --- | --- |

Nonpriority creditor's name and mailing address
**Alcohol, Tobacco, Cannabis Commission**
**1215 E Fort Avenue**
**No. 300**
**Baltimore, MD 21230**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Govt-Taxes-Lic**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00**

**ALTAURA**
**2219 Main Street**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,683.92**

**Amoretti**
**451 Lombard Street**
**Oxnard, CA 93030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,680.18**

**Arraya Solutions Inc**
**518 Township Line Road**
**Suite 250**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,823.72**

**Atlantic Pension Services Inc**
**P.O. Box 758**
**Kennett Square, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00**

**Balick & Balick LLC**
**711 North King Street**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,903.50**

**Barnes Beverage Group LLC**
**1910 Towne Center Boulevard**
**Suite 250**
**Annapolis, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,409.64**

**Berlin Packaging LLC**
**P.O. Box 74007164**
**Chicago, IL 60674-7164**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Iron Hill Brewery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Bigart-Ecosystems, LLC**
5301 Riata Park
Court F
Austin, TX 78727

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,960.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Block One Technologies**
420 Linden Street
Suite 200
Fort Collins, CO 80524

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,600.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Bray Architecture, Inc.**
1300 C Yellow Pine
Boulder, CO 80304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Capex-Equipment/NSO**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,636.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Briess Industries,INC.**
P.O. Box 88679
Milwaukee, WI 53288-8679

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,198.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Brixmor/Newtown Village-NEWTOWN**
953 Hempstead Drive
Cincinnati, OH 45231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Lease Obligations**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Campus-LANCASTER**
701 Harrisburg Avenue
Lancaster, PA 17603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Lease Obligations**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Caron & Bletzer, PLLC**
1 Library Lane
Kingston, NH 03848

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,725.00**

---

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,660.37**

**CDW**
P.O. Box 75723
Chicago, IL 60675-5723

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.53**

**Chef Works**
1801 W Olympic Boulevard
Pasadena, CA 91199-2438

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Restaurant Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,586.10**

**Chemstation of Philadelphia LTD**
P.O. Box 931122
Cleveland, OH 44193

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Chester County Disc Golf**
3707 Corey Lane
Thorndale, PA 19372

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christina Mary Reynolds**
c/o Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.55**

**CIT-First-Citizens Bank & Trust Co**
21146 Network Place
Chicago, IL 60673-1211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,546.64**

**City of Dunwoody**
4800 Ashford Dunwoody Drive
Atlanta, GA 30338

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Govt-Taxes-Lic**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Iron Hill Brewery, LLC**

Name

Case number (if known) _____

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.88 |

**Clean & Polish Building Solutions**
**9200 Corporate Boulevard**
**Suite 480**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **R&M**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,856.41 |

**Cleveland-Menu Printing Inc**
**1441 E 17th Street**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing / Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Coastal Station, LLC**
**c/o Michael J. Scali**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street, Suite 300**
**Wilmington, DE 19801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guaranty of lease obligation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,906.00 |

**CohnReznick LLP**
**1305 Walt Whitman Road**
**Suite 210**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Colin York**
**address redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Music services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,779.24 |

**Concur Technologies Inc**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**Convention Center Visitors Guide**
**51 North 3rd Street**
**Suite 155**
**Philadelphia, PA 01906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing / Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,185.00**

**Corporate Services Consultants, LLC**
P.O. Box 1048
Dandridge, TN 37725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,023.86**

**CT Corporation**
P.O. Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Govt-Taxes-Lic__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.25**

**CTS**
13839 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __R&M__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.78**

**D2 Branding LLC**
2540 Renaissance Boulevard
Suite 100
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing / Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.41**

**Dauphin Electric**
P.O. Box 780758
Philadelphia, PA 19178-0758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __R&M__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,203.02**

**Dayforce-Ceridian**
P.O. Box 10989
 LA 70193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __HR / Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.21**

**Delaware Brewer's Guild**
109 East Division Street
Dover, DE 19901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Brewery__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.38** **Nonpriority creditor's name and mailing address**

**Delmarva Power- NEW**
**P.O. Box 13609**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.39** **Nonpriority creditor's name and mailing address**

**Dinova**
**6455 East Johns Crossing**
**Suite 220**
**Duluth, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing / Advertising__

Is the claim subject to offset? ■ No ☐ Yes

**$1,869.17**

---

**3.40** **Nonpriority creditor's name and mailing address**

**DocuVault Delaware Valley**
**P.O. Box 71586**
**Philadelphia, PA 19176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Admin-Other__

Is the claim subject to offset? ■ No ☐ Yes

**$11,541.35**

---

**3.41** **Nonpriority creditor's name and mailing address**

**Domain Properties Ltd. and**
**3D Group, Ltd.**
**2 Ridge Roade**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Guaranty of lease obligation__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.42** **Nonpriority creditor's name and mailing address**

**Dorset Connects**
**416 West State Street**
**Kennett Square, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Admin-Other__

Is the claim subject to offset? ■ No ☐ Yes

**$53,599.25**

---

**3.43** **Nonpriority creditor's name and mailing address**

**E&A/I&G Lenox Marketplace LP**
**c/o Edens LP**
**1221 Main Street, Suite 1000**
**Attn:  Legal**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Guaranty of Lease Obligation__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.44** **Nonpriority creditor's name and mailing address**

**E.B. OReilly**
**1300 Virginia Drive**
**Suite 403**
**Fort Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __R&M__

Is the claim subject to offset? ■ No ☐ Yes

**$2,435.16**

---

| Debtor | Iron Hill Brewery, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ecolab Inc**
P.O. Box 32027
New York, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Restaurant Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Ecotrak, LLC**
18004 Sky Park Circle
Suite 100
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,077.35 |
|---|---|---|---|

**Elliot Associates, LLC**
505 White Plains Road
Tarrytown, NY 10591-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,084.86 |
|---|---|---|---|

**Energy Management Systems**
P.O. Box 646
Accounts Receivable Dept 0821
Exton, PA 19341-0646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,254.59 |
|---|---|---|---|

**Equifax Workforce Solutions LLC**
4076 Paysphere Circle
Chicago, IL 60674-4076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HR / Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Evan Joyce**
address redacted

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Music servies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,525.41 |
|---|---|---|---|

**Experian-Corporate Cost Control, Inc.**
P.O. Box 841971
Los Angeles, CA 90084-1971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HR / Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,048.80 |
|---|---|---|---|

**FinQuery, LLC**
P.O. Box 771470
Saint Louis, MO 63177-9816

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.63 |
|---|---|---|---|

**First Advantage**
P.O. Box 403532
Atlanta, GA 30384-3532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.32 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 496
Eagleville, PA 19408-0496

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Food Shelter, LLC**
2415 South Street
Philadelphia, PA 19146

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing / Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $931.00 |
|---|---|---|---|

**Force4Good**
1032 Sandstone Circle
Erie, CO 80516

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|

**Frameworks Inc**
5301 Riata Park Ct F
Austin, TX 78727

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,750.00 |
|---|---|---|---|

**Francis Partners**
9465 Wilshire Boulevard
Suite 300
Beverly Hills, CA 90212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Iron Hill Brewery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.00 |
|---|---|---|---|

**G.W. KENT, INC**
**P.O. Box 674703**
**Detroit, MI 48267-4703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Brewery**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**Globaltranz Enterprises LLC**
**P.O. Box 736808**
**Dallas, TX 75373-6809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Google Voice, Inc**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Gordon Food Services**
**P.O. Box 2244**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Primary-COGS**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GPT Prop-DUNWOODY**
**c/o The RMR Group LLC, Dept No. 1600**
**P.O. Box 538610**
**Atlanta, GA 30353-8610**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Guaranty of Lease Obligations**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,475.90 |
|---|---|---|---|

**Greenville County Tax Collector**
**301 University Ridge**
**Department 390**
**Columbia, SC 29202-3221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Govt-Taxes-Lic**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466,830.71 |
|---|---|---|---|

**Highmark Delaware**
**P.O. Box 535048**
**Pittsburgh, PA 15253-5048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **HR / Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Iron Hill Brewery, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.66**

**Nonpriority creditor's name and mailing address**
HUB International
24 West Carver Street
Huntington, NY 11743

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$103,928.24**

---

**3.67**

**Nonpriority creditor's name and mailing address**
Hunterdon Brewing
12 Coddington Road
P.O. Box 1050
Whitehouse Station, NJ 08889

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No  ☐ Yes

**$298.37**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Huntingdon Pike-HUNTINGDON VALLEY
Lockbox 1024804
P.O. Box 70280
Philadelphia, PA 19176-0280

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Lease Obligations**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
InKind
600 Congress Ave
Austin, TX 78701

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Loyalty program**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Inovar Packaging Group, LLC
2550 Haddonfield Road
Pennsauken, NJ 08110

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,280.57**

---

**3.71**

**Nonpriority creditor's name and mailing address**
J.J. Keller & Associates, Inc..
P.O. Box 735492
Chicago, IL 60673-5492

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,075.61**

---

**3.72**

**Nonpriority creditor's name and mailing address**
JBS Dev
610 Chadds Ford Drive
Suite M23
Chadds Ford, PA 19317

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,621.25**

---

| Debtor | Iron Hill Brewery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,127.39**

John I Haas, Inc
1600 River Road
Yakima, WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Brewery**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,933.00**

Johnson Cherry Creek, LLC
7009 S. Jordan Road
Centennial, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

Kathryn Henderson
c/o Andrew F. Ruder, Esq.
2005 Market Street, 18th Floor
Philadelphia, PA 19103-7042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Workers' compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.21**

Katz Americas
3685 Lockport Road
Sanborn, NY 14132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Restaurant Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

Klammor Publishing t/a SJ Magazine
P.O. Box 189
Maple Shade, NJ 08052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing / Advertising**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$384,651.81**

Korn Ferry (US)
P.O. Box 1450
Minneapolis, MN 55485-5854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

Lehigh Valley Mall, LLC
P.O. Box 829446
Philadelphia, PA 19182-9446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Guaranty of lease obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$630.00** |
|---|---|---|
| **Lintelio, LLC** | ☐ Contingent | |
| **8360 E. Via De Ventura Boulevard** | ☐ Unliquidated | |
| **Suite L-200** | ☐ Disputed | |
| **Scottsdale, AZ 85258** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **HR / Benefits** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,108.50** |
|---|---|---|
| **Mac Mannes Inc** | ☐ Contingent | |
| **6400 Goldsboro Road** | ☐ Unliquidated | |
| **Suite 215** | ☐ Disputed | |
| **Bethesda, MD 20817** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Marketing / Advertising** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,076.00** |
|---|---|---|
| **MarketingVitals.com AKA RedOnion** | ☐ Contingent | |
| **1900 Preston Road** | ☐ Unliquidated | |
| **Suite 267-301** | ☐ Disputed | |
| **Plano, TX 75093** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Marketing / Advertising** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,523.98** |
|---|---|---|
| **Masergy Cloud Communications, Inc** | ☐ Contingent | |
| **P.O. Box No. 733939** | ☐ Unliquidated | |
| **Dallas, TX 75373-3939** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Admin-Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,735.59** |
|---|---|---|
| **Masergy Communications, Inc** | ☐ Contingent | |
| **P.O. Box No. 733938** | ☐ Unliquidated | |
| **Dallas, TX 75373-3938** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| **Matthew Schaub** | ☐ Contingent | |
| **c/o Winebrake & Santillo, LLC** | ☐ Unliquidated | |
| **Twining Office Center** | ☐ Disputed | |
| **715 Twining Rd #2** | | |
| **Dresher, PA 19025** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **judgment** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$564.58** |
|---|---|---|
| **McMaster-Carr Supply Co** | ☐ Contingent | |
| **P.O. Box 7690** | ☐ Unliquidated | |
| **Chicago, IL 60680** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Brewery** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Iron Hill Brewery, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,193.10**

**Mill Rock Packaging**
**800 S. W 27th Sreet**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Brewery__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199,710.15**

**Mindstream Media Group LLC**
**1717 Main Street**
**40th Floor**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing / Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,518.50**

**Mobac, Inc**
**P.O. Box 696**
**Kennett Square, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Capex-Equipment/NSO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,200.00**

**Modern Driven Media**
**590 Lancaster Avenue**
**Suite 110**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing / Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,960.65**

**NCR VOYIX Corporation**
**P.O. Box 745947**
**Atlanta, GA 30384-8755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Admin-Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,505.55**

**New Era Technology**
**901 S. Bolmar Street**
**Building 1, Suite G**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Admin-Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.58**

**Newlane**
**P.O. Box 63044**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Admin-Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Iron Hill Brewery, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.94** | **Nonpriority creditor's name and mailing address**
**Newtown Plaza Associates, L.P.**
**c/o Brixmor Property Group**
**450 Lexington Avenue, Floor 13**
**Attn:  General Counsel**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guaranty of lease obligation

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.95** | **Nonpriority creditor's name and mailing address**
**Nick Lombardo**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.96** | **Nonpriority creditor's name and mailing address**
**NKS Distributors, INC.**
**P.O. Box 810**
**Smyrna, DE 19977**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Brewery

Is the claim subject to offset? ■ No ☐ Yes

**$450.55**

---

**3.97** | **Nonpriority creditor's name and mailing address**
**Norris, McLaughlin & Marcus**
**515 West Hamilton Street**
**Allentown, PA 18101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal

Is the claim subject to offset? ■ No ☐ Yes

**$24,025.43**

---

**3.98** | **Nonpriority creditor's name and mailing address**
**Office Basics**
**P.O. Box 2230**
**Boothwyn, PA 19061**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Restaurant Supplies

Is the claim subject to offset? ■ No ☐ Yes

**$377.70**

---

**3.99** | **Nonpriority creditor's name and mailing address**
**Omega Yeast Labs**
**3030 South Grand Boulevard**
**Saint Louis, MO 63118**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Brewery

Is the claim subject to offset? ■ No ☐ Yes

**$3,135.44**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**OpenTable Inc**
**29109 Network Place**
**Chicago, IL 60673-1291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Admin-Other

Is the claim subject to offset? ■ No ☐ Yes

**$37,322.12**

---

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,793.00** |
|---|---|---|
| **OpenWrench**<br>**2261 Market Street**<br>**No. 5032**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Admin-Other__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,447.85** |
|---|---|---|
| **Optum Rx**<br>**11000 Optum Circle**<br>**Eden Prairie, MN 55344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __HR / Benefits__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,696.94** |
|---|---|---|
| **Packaging Exchange, Inc.**<br>**P.O. Box 201042**<br>**Dallas, TX 75320-1042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Brewery__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$599.43** |
|---|---|---|
| **Paycor, Inc**<br>**4811 Montgomery Road**<br>**Cincinnati, OH 45212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Payroll vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.105**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,359.56** |
|---|---|---|
| **Paytronix Holding, LLC**<br>**80 Bridge Street**<br>**Newton, MA 02458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Admin-Other__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,158.83** |
|---|---|---|
| **Penn Beer Sales & Service**<br>**2801 East Township Line Road**<br>**Hatfield, PA 19440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Brewery__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.107**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,794.00** |
|---|---|---|
| **Pennsylvania Restaurant & Lodging Associ**<br>**100 State Street**<br>**Harrisburg, PA 17101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Admin-Other__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Iron Hill Brewery, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|
| | **Pippett Consulting LLC** <br> **3424 Tyson Road** <br> **Newtown Square, PA 19073** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Admin-Other__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **PLCB+** <br> **1204 Rockland Street** <br> **Reading, PA 19604** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Govt-Taxes-Lic__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,664.84** |
|---|---|---|---|
| | **Precision Color Graphics** <br> **1401 Todds Lane** <br> **Wilmington, DE 19802** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Marketing / Advertising__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,449.90** |
|---|---|---|---|
| | **Premier Stainless Systems** <br> **510 Corporate Drive** <br> **Suite A** <br> **Escondido, CA 92029** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Capex-Equipment/NSO__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|
| | **Pro Refrigeration, Inc.** <br> **P.O. Box 1528** <br> **Auburn, WA 98071-1528** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __R&M__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.15** |
|---|---|---|---|
| | **RahrBSG-Brewers Supply Group** <br> **P.O. Box 74769** <br> **Chicago, IL 60694-4769** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Brewery__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,120.00** |
|---|---|---|---|
| | **Ramsey's Farm Inc** <br> **330 Ramsey Road** <br> **Wilmington, DE 19803** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Brewery__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Iron Hill Brewery, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.115** | Nonpriority creditor's name and mailing address

**Reinhard Inc**
2021 Arch Street
Suite 400
Philadelphia, PA 19103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing / Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$1,478.40**

---

**3.116** | Nonpriority creditor's name and mailing address

**Restaurant Partners Procurement LLC**
P.O. Box 410037
Boston, MA 02241-0037

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$19,500.00**

---

**3.117** | Nonpriority creditor's name and mailing address

**Revenew LLC**
200 Philips Road
Suite 201
Exton, PA 19341

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing / Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$14,072.46**

---

**3.118** | Nonpriority creditor's name and mailing address

**Robert Tait**
Address redacted

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Admin-Other**

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Roberts Oxygen Co**
P.O. Box 5507
Rockville, MD 20855

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Brewery**

Is the claim subject to offset? ■ No ☐ Yes

**$10,385.23**

---

**3.120** | Nonpriority creditor's name and mailing address

**RxBenefits, Inc**
P.O. Box 748769
Atlanta, GA 30374-8769

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HR / Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**$2,845.04**

---

**3.121** | Nonpriority creditor's name and mailing address

**Scott Laboratories**
1480 Cader Lane
Petaluma, CA 94954

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Brewery**

Is the claim subject to offset? ■ No ☐ Yes

**$147.68**

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Seth Jones**
**Address redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,350.00 |
| --- | --- | --- | --- |

**Sidework Construction and Maintenance**
**3424 Tyson Road**
**Newtown Square, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,964.16 |
| --- | --- | --- | --- |

**South New Jersey Gas Company**
**P.O. Box 6091**
**Bellmawr, NJ 08099-6091**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
| --- | --- | --- | --- |

**Spark Digital Solutions LLC**
**692 Southwood Road**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing / Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Spectrum Business-Charter**
**Communications**
**P.O. Box 94188**
**Palatine, IL 60094-4188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,448.62 |
| --- | --- | --- | --- |

**Sprague Operating Resources LLC**
**185 International Drive**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.70 |
| --- | --- | --- | --- |

**State of New Jersey**
**P.O. Box 059**
**Trenton, NJ 08646-0059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Govt-Taxes-Lic**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**STNL Advisors LLC**
**275 Madison Avenue**
**Floor 13**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.04**

**Suburban Testing Labs**
**P.O. Box 6309**
**Hermitage, PA 16148-0923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Brewery**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.73**

**Super Clean**
**P.O Box 551802**
**Dallas, TX 75355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **R&M**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,508.00**

**Tandem Associates, Inc**
**P.O. Box 966**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **R&M**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,956.00**

**TAP Innovations**
**539 W Commerce Street**
**No. 249**
**Dallas, TX 75208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HR / Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$779.41**

**The Brewing Science Institute**
**106 Glen Dale Drive**
**Woodland Park, CO 80863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Brewery**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,898.47**

**The Culinary Edge**
**75 Oak Grove Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing / Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.00**

**The Maxim Law Firm, P.C.**
**1718 Peachtree Street NW**
**Suite 599**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Legal**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,705.00**

**The Restaurant Assistants LLC**
**1348 Fruitville Road**
**Suite 201**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Admin-Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,582.16**

**The Royal Group - TRG**
**436 Stump Road**
**Montgomeryville, PA 18936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Brewery**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,182.00**

**Trabon Printing Company, LLC**
**P.O. Box 87-8700**
**Kansas City, MO 64187-8700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Marketing / Advertising**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.29**

**Transatlantic Translations**
**80 Theodore Fremd Avenue**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **HR / Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Twelve24 Office, LLC**
**3550 Lenox Road, Suite 2200**
**Atlanta, GA 30326**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Guaranty of lease obligation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Two Robbers Spirits Company**
**3450 Salmon Street**
**Unit 112**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,513.71**

**United Energy Trading, LLC**
**P.O. Box 789657**
**Philadelphia, PA 19178-9657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$563.49**

**Vermont Information Processing-VIP**
**402 Watertower Circle**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,169.61**

**Vigor Marketing LLC**
**1006 Market Street**
**Harrisburg, PA 17101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing / Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,672.50**

**White & Williams LLP**
**1650 Market Street**
**Philadelphia, PA 19103-7395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,988.61**

**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY 10019-6099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.40**

**Windriver Environmental**
**P.O. Box 22074**
**New York, NY 10087-2074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **R&M**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,706.09**

**Xerox Financial Services**
**P.O. Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Admin-Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Hill Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,878.60 |
|---|---|---|---|

**Yakima Chief Hops**
**306 Division Street**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Brewery**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,832.80 |
|---|---|---|---|

**Yumpingo Inc**
**2007 S 1st Street**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing / Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Emmanuel C. DeMutis**<br>**174 Bridge Street, Suite 100**<br>**Phoenixville, PA 19460** | Line  **3.41**<br><br>☐ Not listed. Explain __ | __ |
| 4.2 | **Gordon Food Service, Inc.**<br>**Attn: Director of U.S. Nat'l Sales**<br>**1300 Gezon Parkway, S.W.**<br>**Wyoming, MI 49509** | Line  **3.62**<br><br>☐ Not listed. Explain __ | __ |
| 4.3 | **Gordon Food Service, Inc.**<br>**Attn: General Counsel**<br>**1300 Gezon Parkway, S.W.**<br>**Wyoming, MI 49509** | Line  **3.62**<br><br>☐ Not listed. Explain __ | __ |
| 4.4 | **Newtown Village Plaxxa Associates LP**<br>**c/o Broxmore**<br>**Property Group One**<br>**One Fayette Street, Suite 150**<br>**Conshohocken, PA 19428** | Line  **3.94**<br><br>☐ Not listed. Explain __ | __ |
| 4.5 | **Paycor, Inc.**<br>**PO Box 639860**<br>**Cincinnati, OH 45263-9860** | Line  **3.104**<br><br>☐ Not listed. Explain __ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 2,763,099.86 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,763,099.86 |

**Fill in this information to identify the case:**

Debtor name    **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Servicer of Aloha POS System**<br><br><br>**Advanced Hospitality Systems**<br>**110 Kresson Gibbsboro Road, Suite 6**<br>**Voorhees, NJ 08043** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marketing services**<br><br><br>**Appleyard Agency**<br>**4400 Bayou Blvd., Suite 12**<br>**Pensacola, FL 32503** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Third party administrator for 401(k) plan**<br><br><br>**Atlantic Pension Services, Inc.**<br>**PO Box 758**<br>**Kennett Square, PA 19348** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Liability and Property Insurance**<br><br><br>**Brady Risk Management**<br>**24 W Carver Street, 2nd Floor**<br>**Huntington, NY 11743** |

Debtor 1  **Iron Hill Brewery, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Printer** | |
| State the term remaining | **Carolina Office Systems, Inc.** |
| List the contract number of any government contract | **10506 Bryton Corpraote Center Dr.** **Building B, Suite 400** **Huntersville, NC 28078** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Tax and Audit Accounting Services** | |
| State the term remaining | **CohnReznick Advisory LLc** |
| List the contract number of any government contract | **P.O. Box 1699** **Albany, NY 12201** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Restrictive Covenant Agreement, dated November 23, 2022** | |
| State the term remaining | **Derek Rothenberger** |
| List the contract number of any government contract | **Address Redacted** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Server and IT resources** | |
| State the term remaining | **Dorset Connects** |
| List the contract number of any government contract | **416 W. State Street** **Kennett Square, PA 19348** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Cleaning supplies and equipment** | |
| State the term remaining — **Effective date: March 1, 2025** | **Ecolab Inc** |
| List the contract number of any government contract | **P.O. Box 32027** **New York, NY 10087-2027** |

Debtor 1   **Iron Hill Brewery, LLC**                                                    Case number (if known) _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **End-User License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gleason Technology, Inc.** |
| | List the contract number of any government contract | _____ | **941 Menoher Boulevard** **Johnstown, PA 15905** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Food Supplier** | |
|---|---|---|---|
| | State the term remaining | **02/27/2022 to 02/28/2026** | **Gordon Food Services** |
| | List the contract number of any government contract | _____ | **P.O. Box 2244** **Grand Rapids, MI 49501** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Health insurance scheduled to terminate on October 8, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Highmark Blue Cross Blue Shield Delaware** |
| | List the contract number of any government contract | _____ | **PO Box 1991** **Wilmington, DE 19889** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Tax and human capital management services agreement** | |
|---|---|---|---|
| | State the term remaining | | **HIREtech** |
| | List the contract number of any government contract | _____ | **200 Westlake Park Blvd 501** **Houston, TX 77079** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employee training services** | |
|---|---|---|---|
| | State the term remaining | | **Intertek Wisetail** |
| | List the contract number of any government contract | _____ | **212 S. Wallace Ave.** **Bozeman, MT 59715** |

Debtor 1    **Iron Hill Brewery, LLC**
     First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Trust Agreement dated July 1, 2021** | |
|---|---|---|---|
| | State the term remaining | | **Lincoln Financial Group Trust Company** |
| | List the contract number of any government contract | | **Po Box 7876** |
| | | | **Fort Wayne, IN 46801** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Recordkeeping Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lincoln Retirement Services Company, LLC** |
| | List the contract number of any government contract | | **Officer/Head of Account Management** |
| | | | **P.O. Box 7876** |
| | | | **Fort Wayne, IN 46801** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement, dated January 4, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Mark Edelson** |
| | List the contract number of any government contract | | **Address Redacted** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement, dated December 27, 2024** | |
|---|---|---|---|
| | State the term remaining | | **Mark Kirke** |
| | List the contract number of any government contract | | **Address Redacted** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Restrictive Covenant Agreement, dated December 27, 2024** | |
|---|---|---|---|
| | State the term remaining | | **Mark Kirke** |
| | List the contract number of any government contract | | **Address Redacted** |

Debtor 1    **Iron Hill Brewery, LLC**                                        Case number *(if known)* _____

    First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **IT and web services** |
| State the term remaining | |
| List the contract number of any government contract | **Microsoft Corporation** <br> **One Microsoft Way** <br> **Redmond, WA 98052-6399** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Aloha POS system platform system** |
| State the term remaining | |
| List the contract number of any government contract | **NCR VOYIX Corp.** <br> **PO Box 198755** <br> **Atlanta, GA 30384** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Reservation system** |
| State the term remaining | |
| List the contract number of any government contract | **OpenTable, Inc.** <br> **One Montgomerty St., Suite 500** <br> **San Francisco, CA 94104** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreemet, dated May 12, 2025** |
| State the term remaining | |
| List the contract number of any government contract | **Patrick Harkleroad** <br> **Address Redacted** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Restrictive Covenant Agreement, dated May 12, 2025** |
| State the term remaining | |
| List the contract number of any government contract | **Patrick Harkleroad** <br> **Address Redacted** |

Debtor 1    **Iron Hill Brewery, LLC**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paycor, Inc.**<br>**PO Box 639860**<br>**Cincinnati, OH 45263-9860** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Loyalty platform and service** | |
|---|---|---|---|
| | State the term remaining | | **Paytronix Systems, Inc.**<br>**275 Grove Street, 2-400**<br>**Newton, MA 02466** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2023 Intl MV607** | |
|---|---|---|---|
| | State the term remaining | | **Pensky Truck Leasing Co LP**<br>**2675 Morgantown Road**<br>**PO Box 1321**<br>**Reading, PA 19603-1321** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Software** | |
|---|---|---|---|
| | State the term remaining | | **Restaurant 365**<br>**500 Technology Dr., Suite 200**<br>**Sacramento, CA 94104** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Unemployment vendor** | |
|---|---|---|---|
| | State the term remaining | | **Strategic Cost Control, Inc. d/b/a**<br>**Corporate Cost Control**<br>**475 Anton Boulevard**<br>**Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

Debtor 1    **Iron Hill Brewery, LLC**
            First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Event and party reservation system** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tripleseat Software LLC** **MS 160 PO Box 138221** **Sacramento, CA 95813** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Guest review feedback platform** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Yumpingo Inc** **3903 S Congress Ave #41895** **Austin, TX 78704** |

**Fill in this information to identify the case:**

Debtor name    **Iron Hill Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | C&D Brewing Company of Ardmore, LLC | 60 Greenfield Avenue Ardmore, PA 19003 | BankUnited, N.A. | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | C&D Brewing Company of Chestnut Hill | 8400 Germantown Ave., Ste. 2A Philadelphia, PA 19118 | BankUnited, N.A. | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | C&D Brewing Company of Huntingdon Valley | 785 Huntington Pike Huntingdon Valley, PA 19006 | BankUnited, N.A. | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | C&D Brewing Company of Lancaster, LLC | 781 Harrisburg Pike Lancaster, PA 17603 | BankUnited, N.A. | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | C&D Brewing Company of Marlton, LLC | 124 E. Kings Highway, Suite 300 Maple Shade, NJ 08052 | BankUnited, N.A. | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Iron Hill Brewery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **C&D Brewing Company of Media, LLC** | 30 E. State Street<br>Media, PA 19063 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **C&D Brewing Company of Montgomeryville** | 14600 Bethlehem Pike, Suite 100<br>North Wales, PA 19454 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **C&D Brewing Company of Pennsylvania, LLC** | 3 W. Gay Street<br>West Chester, PA 19380 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **C&D Brewing Company of Phoenixville, LLC** | 130 E. Bridge Street<br>Phoenixville, PA 19460 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **C&D Brewing Company of Voorhees, LLC** | 13107 Town Center Blvd.<br>Voorhees, NJ 08043 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **C&D Brewing Company of Wilmington, LLC** | 620 Juriston Street<br>Wilmington, DE 19801 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Chesapeake & Delaware Brewing Company** | 147 E. Main Street<br>Newark, DE 19711 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Iron Hill Brewery East Market, LLC** | 1150 Market Street<br>Philadelphia, PA 19107 | BankUnited, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Iron Hill Brewery of Buckhead, LLC** | 3535 Peachtree Rd NE<br>Atlanta, GA 30326 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Iron Hill Brewery of Columbia, LLC** | 945 Sabal Street<br>Columbia, SC 29201 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Iron Hill Brewery of Eagleview, LLC** | 260 Eagleview Blvd.<br>Exton, PA 19341 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **Iron Hill Brewery of Hershey, LLC** | 101 West Chocolate Ave., Ste. 112<br>Hershey, PA 17033 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **Iron Hill Brewery of Lehigh Valley, LLC** | 950 Lehigh Lifestyle Center<br>Whitehall, PA 18052 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **Iron Hill Brewery of Newtown, LLC** | 2920 S. Eagle Road<br>Newtown, PA 18940 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **Iron Hill Brewery of Perimeter, LLC** | 1224 Hammond Drive, Suite 100<br>Dunwoody, GA 30346 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 **Iron Hill Brewery of Rehoboth Beach, LLC** | 19815 Coastal Highway<br>Rehoboth Beach, DE 19971 | **BankUnited, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Iron Hill Brewery of South Carolina, LLC** | **741 Haywood Road Greenville, SC 29607** | **BankUnited, N.A.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Iron Hill Brewery, LLC**__

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$242,067.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$479,544.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$873,396.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Misc. Other Income** | **$77,194.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Misc. Other Income** | **$126,739.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Misc. Other Income** | **$533,894.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment** | | **$0.00** | |

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Iron Hill Brewery, LLC**                                        Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Equal Employment Opportunity Commission v. Iron Hill Brewery of Buckhead, LLC and Iron Hill Brewery, LLC**<br>**Civil Action No. 24-cv-01275** | **Alleged discrimination** | **United States District Court for the Northern District of Georgia**<br>**2211 United States Courthouse**<br>**75 Ted Turner Drive SW**<br>**Atlanta, GA 30303** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **John Doe v. Iron Hill Brewery, LLC**<br>**Case No. 24-cv-2152** | **Alleged discrimination** | **United States District Court for the Eastern District of Pennsylvania**<br>**601 Market Street**<br>**Philadelphia, PA 19106** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Consumer Complaints filed with Office of Attorney General, Commonwealth of Pennsylvania** | **Complaints about gift cards that were purchased and cannot be used** | **Office of Attorney General**<br>**Commonwealth of Pennsylvania**<br>**Burea of Consumer Protection**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Henderson v. Iron Hill Brewery LLC, et al.**<br>**DSP-9318346-1** | **Workers' Compensation** | **Workers' Compensation Office of Adjud.**<br>**PA Dept of Labor & Industry**<br>**108 N Beeson Ave., Ste. 200**<br>**Uniontown, PA 15401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **CureSearch for Children's Cancer**<br>**P.O. Box 45781**<br>**Baltimore, MD 21297-5871** | **Donation** | **5/6/2025** | **$22,000.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller Southard & Stevens, LLP**<br>**200 West 41st Street, 17th Floor**<br>**New York, NY 10036** | | **9/10/2025, 9/17/2025, 9/26/2025** | **$132,774.00** |
| | **Email or website address**<br>**https://klestadt.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |

---

15. **Health Care bankrupcties**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

⠀⠀⠀■ No Go to Part 10.
⠀⠀⠀☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Iron Hill Brewery, LLC** | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|

Debtor   **Iron Hill Brewery, LLC**                                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dena Patel-Goldsbourough** **Address Redacted** | **Former Controller January 31, 2024 to August 19, 2025** |
| 26a.2. **John Groomes** **Address Redacted** | **Former Controller September 9, 2021 to January 19, 2024** |
| 26a.3. **Julia Spayd** **Address Redacted** | **Former AP Clerk November 1, 2022 to November 21, 2024** |
| 26a.4. **Eric Fredrick** **Address Redacted** | **Former CFO May 8, 2024 to March 31, 2025** |
| 26a.5. **Jim Roberts** **Address Redacted** | **Former CFO September 18, 2023 to May 10, 2024** |
| 26a.6. **Neil Salmon** **Address Redacted** | **Former CFO September 18, 2014 to October 13, 2023** |
| 26a.7. **Patrick Harkleroad** **Address Redacted** | **CFO May 19, 2025 to present** |
| 26a.8. **Amy Virelli** **Address Redacted** | **Senior Accountant February 8, 2022 to present** |
| 26a.9. **Jaclyn Vincenzini** **Address Redacted** | **Staff Accountant February 2025 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **CohnReznick** **1301 Avenue of the Americas** **10th Floor** **Yalena Belaks and Joyce Nelson** **New York, NY 10019-6032** | **2023 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **CohnReznick LLP** **1301 Avenue of the Americas** **10th Floor** **Yalena Belaks and Joyce Nelson** **New York, NY 10019** | |

Debtor    **Iron Hill Brewery, LLC**                                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Patrick Harkleroad**<br>**Address Redacted** | |
| 26c.3. **Amy Virelli**<br>**Address Redacted** | |
| 26c.4. **Jaclyn Vincenzini**<br>**Address Redacted** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **BankUnited, N.A.**<br>**14817 Oak Lane**<br>**Miami Lakes, FL 33016** |
| 26d.2. **Wilmington Savings Fund Society, FSB**<br>**500 Delaware Avenue**<br>**Wilmington, DE 19801** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Kirk** | **Address Redacted** | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Finn** | **Address Redacted** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Davies** | **Address Redacted** | **Vice President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Edelson** | **Address Redacted** | **Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Iron Hill Brewery Invesments, LLC** | **260 Eagleview Blvd.**<br>**Exton, PA 19341** | **Sole Member** | **100%** |

Debtor    **Iron Hill Brewery, LLC**                                         Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Answer to Question 4 in Part 2** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2025**

**/s/ Mark Kirke**                                                **Mark Kirke**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Iron Hill Brewery, LLC, Statement of Financial Affairs, Part 2, Question 3, Payments Made to Creditors Within 90 Days of the Petition Date**

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/30/2025 | 1100 Market St-CENTER CITY | $69,990.68 | Rent | c/o East Market Management | 555 E Lancaster Ave, Suite 120 | Radnor | PA | 19087 | Lillian Warren |
| 8/28/2025 | 1100 Market St-CENTER CITY | $69,080.49 | Rent | | | | | | |
| | Total: | **$139,071.17** | | | | | | | |
| | | | | | | | | | |
| 8/20/2025 | Advanced Hospitality Systems | $8,000.00 | Point of Sale Services - IT | 110 Kresson Gibbsboro Road | Suite 6 | Voorhees | NJ | 08043-9507 | |
| 8/27/2025 | Advanced Hospitality Systems | $185.50 | Point of Sale Services - IT | | | | | | |
| 9/5/2025 | Advanced Hospitality Systems | $5,232.07 | Point of Sale Services - IT | | | | | | |
| | Total: | **$13,417.57** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | AFCO Direct | $5,498.90 | Insurance - Cyber, Umbrella, Crim | PO Box 660448 | | Dallas | TX | 75266-0448 | |
| 7/28/2025 | AFCO Direct | $5,237.52 | Insurance - Cyber, Umbrella, Crim | | | | | | |
| 8/21/2025 | AFCO Direct | $5,237.52 | Insurance - Cyber, Umbrella, Crim | | | | | | |
| | Total: | **$15,973.94** | | | | | | | |
| | | | | | | | | | |
| 7/7/2025 | Allied Beverage Group NJ | $756.49 | Liqour, beer wine | P.O. Box 7000 | | Elizabeth | NJ | 07207 | |
| 7/7/2025 | Allied Beverage Group NJ | $490.00 | Liqour, beer wine | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2025 | Allied Beverage Group NJ | $192.66 | Liqour, beer wine | | | | | | |
| 7/14/2025 | Allied Beverage Group NJ | $443.88 | Liqour, beer wine | | | | | | |
| 7/14/2025 | Allied Beverage Group NJ | $275.26 | Liqour, beer wine | | | | | | |
| 7/21/2025 | Allied Beverage Group NJ | $902.44 | Liqour, beer wine | | | | | | |
| 7/21/2025 | Allied Beverage Group NJ | $576.50 | Liqour, beer wine | | | | | | |
| 7/25/2025 | Allied Beverage Group NJ | $599.46 | Liqour, beer wine | | | | | | |
| 8/4/2025 | Allied Beverage Group NJ | $497.99 | Liqour, beer wine | | | | | | |
| 8/4/2025 | Allied Beverage Group NJ | $629.07 | Liqour, beer wine | | | | | | |
| 8/11/2025 | Allied Beverage Group NJ | $749.68 | Liqour, beer wine | | | | | | |
| 8/11/2025 | Allied Beverage Group NJ | $488.92 | Liqour, beer wine | | | | | | |
| 8/18/2025 | Allied Beverage Group NJ | $661.30 | Liqour, beer wine | | | | | | |
| 8/18/2025 | Allied Beverage Group NJ | $312.69 | Liqour, beer wine | | | | | | |
| 8/2/2025 | Allied Beverage Group NJ | $950.40 | Liqour, beer wine | | | | | | |
| 8/25/2025 | Allied Beverage Group NJ | $447.90 | Liqour, beer wine | | | | | | |
| 9/2/2025 | Allied Beverage Group NJ | $802.06 | Liqour, beer wine | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/2025 | Allied Beverage Group NJ | $1,282.51 | Liqour, beer wine | | | | | | |
| 9/15/2025 | Allied Beverage Group NJ | $809.56 | Liqour, beer wine | | | | | | |
| 9/22/2025 | Allied Beverage Group NJ | $303.89 | Liqour, beer wine | | | | | | |
| 9/22/2025 | Allied Beverage Group NJ | $304.51 | Liqour, beer wine | | | | | | |
| 9/25/2025 | Allied Beverage Group NJ | $796.90 | Liqour, beer wine | | | | | | |
| 9/29/2025 | Allied Beverage Group NJ | $882.12 | Liqour, beer wine | | | | | | |
| | Total: | **$14,156.19** | | | | | | | |
| | | | | | | | | | |
| 7/15/2025 | Amerco Real Estate-MAPLE SHADE | $18,132.90 | Rent - Maple Shade | | | | | | |
| 8/21/2025 | Amerco Real Estate-MAPLE SHADE | $14,652.84 | Rent - Maple Shade | | | | | | |
| | Total: | **$32,785.74** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | American Beauty | $40,211.90 | Produce and vegetables | P.O. Box 10 | | Thornton | PA | 19373 | |
| 7/16/2025 | American Beauty | $36,955.45 | Produce and vegetables | | | | | | |
| 7/23/2025 | American Beauty | $42,607.75 | Produce and vegetables | | | | | | |
| 7/30/2025 | American Beauty | $39,680.35 | Produce and vegetables | | | | | | |
| 8/6/2025 | American Beauty | $40,167.35 | Produce and vegetables | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/2025 | American Beauty | $40,131.22 | Produce and vegetables | | | | | | |
| 8/20/2025 | American Beauty | $40,185.60 | Produce and vegetables | | | | | | |
| 8/27/2025 | American Beauty | $42,588.30 | Produce and vegetables | | | | | | |
| 9/3/2025 | American Beauty | $38,193.30 | Produce and vegetables | | | | | | |
| 9/10/2025 | American Beauty | $34,239.10 | Produce and vegetables | | | | | | |
| | Total: | $394,960.32 | | | | | | | |
| | | | | | | | | | |
| 8/21/2025 | American Security Products | $11,577.11 | Alarm System | | | | | | |
| | Total: | $11,577.11 | | | | | | | |
| | | | | | | | | | |
| 8/1/2025 | AmTrust North America | $36,201.00 | Insurance - Workers Comp | P.O. Box 5876 | | Cleveland | OH | 44101 | |
| 9/3/2025 | AmTrust North America | $36,201.00 | Insurance - Workers Comp | | | | | | |
| 9/30/2025 | AmTrust North America | $3,461.00 | Insurance - Workers Comp | | | | | | |
| | Total: | $75,863.00 | | | | | | | |
| | | | | | | | | | |
| 8/6/2025 | Appleyard Agency | $25,000.00 | marketing services | 4400 Bayou Blvd., Ste 12 | | Pensacola | FL | 32503 | |
| 8/13/2025 | Appleyard Agency | $25,057.50 | marketing services | | | | | | |
| 9/3/2025 | Appleyard Agency | $28,805.37 | marketing services | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/16/2025 | Appleyard Agency | $91,305.38 | marketing services | | | | | | |
| | Total: | **$170,168.25** | | | | | | | |
| | | | | | | | | | |
| 7/7/2025 | Aqua Pennsylvania -ALL | $259.45 | water/utility | 762 W Lancaster Ave | | Bryn Mawr | PA | 19010-3489 | |
| 7/7/2025 | Aqua Pennsylvania -ALL | $4,275.11 | water/utility | | | | | | |
| 7/8/2025 | Aqua Pennsylvania -ALL | $1,874.26 | water/utility | | | | | | |
| 7/18/2025 | Aqua Pennsylvania -ALL | $1,112.33 | water/utility | | | | | | |
| 7/18/2025 | Aqua Pennsylvania -ALL | $117.79 | water/utility | | | | | | |
| 7/18/2025 | Aqua Pennsylvania -ALL | $1,782.18 | water/utility | | | | | | |
| 8/1/2025 | Aqua Pennsylvania -ALL | $3,608.86 | water/utility | | | | | | |
| 8/1/2025 | Aqua Pennsylvania -ALL | $260.28 | water/utility | | | | | | |
| 8/7/2025 | Aqua Pennsylvania -ALL | $1,603.13 | water/utility | | | | | | |
| 8/15/2025 | Aqua Pennsylvania -ALL | $118.17 | water/utility | | | | | | |
| 8/15/2025 | Aqua Pennsylvania -ALL | $904.89 | water/utility | | | | | | |
| 8/15/2025 | Aqua Pennsylvania -ALL | $1,503.35 | water/utility | | | | | | |
| 9/2/2025 | Aqua Pennsylvania -ALL | $260.28 | water/utility | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/2025 | Aqua Pennsylvania -ALL | $3,544.41 | water/utility | | | | | | |
| 9/8/2025 | Aqua Pennsylvania -ALL | $1,739.86 | water/utility | | | | | | |
| 9/16/2025 | Aqua Pennsylvania -ALL | $1,089.88 | water/utility | | | | | | |
| 9/16/2025 | Aqua Pennsylvania -ALL | $1,757.10 | water/utility | | | | | | |
| 9/16/2025 | Aqua Pennsylvania -ALL | $118.17 | water/utility | | | | | | |
| | Total: | **$25,929.50** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Arway Linen | $5,634.00 | linens and napkins | PO BOX 23035 | 1696 Foulkrod St | Philadelphia | PA | 19124 | |
| 7/16/2025 | Arway Linen | $5,553.33 | linens and napkins | | | | | | |
| 8/6/2025 | Arway Linen | $5,029.41 | linens and napkins | | | | | | |
| 8/13/2025 | Arway Linen | $5,389.86 | linens and napkins | | | | | | |
| 9/10/2025 | Arway Linen | $5,133.48 | linens and napkins | | | | | | |
| | Total: | **$26,740.08** | | | | | | | |
| | | | | | | | | | |
| 7/22/2025 | Barnes Beverage Group LLC | $15,663.30 | Legal expenses | 1910 Towne Center Blvd | Suite 250 | Annapolis | MD | 21401 | |
| 7/31/2025 | Barnes Beverage Group LLC | $4,941.50 | Legal expenses | | | | | | |
| 8/19/2025 | Barnes Beverage Group LLC | $15,047.56 | Legal expenses | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/11/2025 | Barnes Beverage Group LLC | $7,500.00 | Legal expenses | | | | | | |
| | Total: | **$43,152.36** | | | | | | | |
| | | | | | | | | | |
| 7/7/2025 | Barry Properties-WEST CHESTER | $29,245.39 | Rent - West Chester | c/o J Loew Property Management | 120 Pennsylvania Avenue | Malvern | PA | 19355 | Nancy Jo Child |
| 8/21/2025 | Barry Properties-WEST CHESTER | $31,478.38 | Rent - West Chester | | | | | | |
| | Total: | **$60,723.77** | | | | | | | |
| | | | | | | | | | |
| 7/23/2025 | Bethany Associates | $3,592.11 | Window Cleaning at stores | PO BOX 986 | | Hammant on | NJ | 08037 | |
| 8/21/2025 | Bethany Associates | $3,320.86 | Window Cleaning at stores | | | | | | |
| 9/3/2025 | Bethany Associates | $2,208.11 | Window Cleaning at stores | | | | | | |
| 9/10/2025 | Bethany Associates | $2,458.08 | Window Cleaning at stores | | | | | | |
| | Total: | **$11,579.16** | | | | | | | |
| | | | | | | | | | |
| 7/23/2025 | Bevchek, Inc. | $7,752.00 | Beer inventory and monitoring system | 16990 Dallas Pkwy | Unit 103 | Dallas | TX | 75248 | |
| 8/27/2025 | Bevchek, Inc. | $3,876.00 | Beer inventory and monitoring system | | | | | | |
| | Total: | **$11,628.00** | | | | | | | |
| | | | | | | | | | |
| 7/7/2025 | Bottle Beverage Superstore | $216.00 | Alcohol products | 4410 Fort Jackson Blvd | | Columbia | SC | 29209 | |

7

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/10/2025 | Bottle Beverage Superstore | $278.60 | Alcohol products | | | | | | |
| 7/8/2025 | Bottle Beverage Superstore | $324.10 | Alcohol products | | | | | | |
| 7/11/2025 | Bottle Beverage Superstore | $484.05 | Alcohol products | | | | | | |
| 7/11/2025 | Bottle Beverage Superstore | $320.75 | Alcohol products | | | | | | |
| 7/18/2025 | Bottle Beverage Superstore | $777.11 | Alcohol products | | | | | | |
| 7/21/2025 | Bottle Beverage Superstore | $624.85 | Alcohol products | | | | | | |
| 7/23/2025 | Bottle Beverage Superstore | $93.60 | Alcohol products | | | | | | |
| 7/25/2025 | Bottle Beverage Superstore | $516.45 | Alcohol products | | | | | | |
| 7/25/2025 | Bottle Beverage Superstore | $718.51 | Alcohol products | | | | | | |
| 7/29/2025 | Bottle Beverage Superstore | $347.00 | Alcohol products | | | | | | |
| 8/5/2025 | Bottle Beverage Superstore | $470.90 | Alcohol products | | | | | | |
| 8/1/2025 | Bottle Beverage Superstore | $1,287.80 | Alcohol products | | | | | | |
| 8/8/2025 | Bottle Beverage Superstore | $754.30 | Alcohol products | | | | | | |
| 8/12/2025 | Bottle Beverage Superstore | $235.00 | Alcohol products | | | | | | |
| 8/15/2025 | Bottle Beverage Superstore | $769.02 | Alcohol products | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2025 | Bottle Beverage Superstore | $464.95 | Alcohol products | | | | | | |
| 8/20/2025 | Bottle Beverage Superstore | $98.50 | Alcohol products | | | | | | |
| 8/22/2025 | Bottle Beverage Superstore | $375.25 | Alcohol products | | | | | | |
| 8/22/2025 | Bottle Beverage Superstore | $365.70 | Alcohol products | | | | | | |
| 8/26/2025 | Bottle Beverage Superstore | $231.15 | Alcohol products | | | | | | |
| 9/2/2025 | Bottle Beverage Superstore | $347.15 | Alcohol products | | | | | | |
| 9/3/2025 | Bottle Beverage Superstore | $163.05 | Alcohol products | | | | | | |
| 9/5/2025 | Bottle Beverage Superstore | $346.70 | Alcohol products | | | | | | |
| 9/10/2025 | Bottle Beverage Superstore | $160.25 | Alcohol products | | | | | | |
| 9/9/2025 | Bottle Beverage Superstore | $230.25 | Alcohol products | | | | | | |
| 9/15/2025 | Bottle Beverage Superstore | $897.60 | Alcohol products | | | | | | |
| 9/16/2025 | Bottle Beverage Superstore | $244.20 | Alcohol products | | | | | | |
| 9/16/2025 | Bottle Beverage Superstore | $197.10 | Alcohol products | | | | | | |
| 9/19/2025 | Bottle Beverage Superstore | $271.65 | Alcohol products | | | | | | |
| 9/22/2025 | Bottle Beverage Superstore | $242.35 | Alcohol products | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/23/2025 | Bottle Beverage Superstore | $274.40 | Alcohol products | | | | | | |
| 9/25/2025 | Bottle Beverage Superstore | $78.50 | Alcohol products | | | | | | |
| | Total: | **$13,206.79** | | | | | | | |
| | | | | | | | | | |
| 7/23/2025 | Bray Architecture, Inc. | $49,899.00 | Architecture services for Temple deal | 1300 C Yellow Pine | | Boulder | CO | 80304 | |
| 9/16/2025 | Bray Architecture, Inc. | $49,300.00 | Architecture services for Temple deal | | | | | | |
| | Total: | **$99,199.00** | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Breakthru Beverage Delaware | $2,632.94 | Alcohol products | PO Box 22592 | | Baltimore | MD | 21203 | |
| 7/10/2025 | Breakthru Beverage Delaware | $208.44 | Alcohol products | | | | | | |
| 7/10/2025 | Breakthru Beverage Delaware | $863.26 | Alcohol products | | | | | | |
| 7/15/2025 | Breakthru Beverage Delaware | $415.58 | Alcohol products | | | | | | |
| 7/15/2025 | Breakthru Beverage Delaware | $1,411.99 | Alcohol products | | | | | | |
| 7/17/2025 | Breakthru Beverage Delaware | $751.08 | Alcohol products | | | | | | |
| 7/24/2025 | Breakthru Beverage Delaware | $2,031.18 | Alcohol products | | | | | | |
| 7/24/2025 | Breakthru Beverage Delaware | $226.50 | Alcohol products | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/24/2025 | Breakthru Beverage Delaware | $562.35 | Alcohol products | | | | | | |
| 7/31/2025 | Breakthru Beverage Delaware | $1,872.18 | Alcohol products | | | | | | |
| 7/31/2025 | Breakthru Beverage Delaware | $313.84 | Alcohol products | | | | | | |
| 7/31/2025 | Breakthru Beverage Delaware | $1,071.91 | Alcohol products | | | | | | |
| 8/7/2025 | Breakthru Beverage Delaware | $1,318.93 | Alcohol products | | | | | | |
| 8/7/2025 | Breakthru Beverage Delaware | $350.16 | Alcohol products | | | | | | |
| 8/7/2025 | Breakthru Beverage Delaware | $972.98 | Alcohol products | | | | | | |
| 8/14/2025 | Breakthru Beverage Delaware | $1,289.47 | Alcohol products | | | | | | |
| 8/14/2025 | Breakthru Beverage Delaware | $314.93 | Alcohol products | | | | | | |
| 8/14/2025 | Breakthru Beverage Delaware | $1,851.50 | Alcohol products | | | | | | |
| 8/21/2025 | Breakthru Beverage Delaware | $1,346.47 | Alcohol products | | | | | | |
| 8/21/2025 | Breakthru Beverage Delaware | $135.08 | Alcohol products | | | | | | |
| 8/21/2025 | Breakthru Beverage Delaware | $1,664.17 | Alcohol products | | | | | | |
| 8/28/2025 | Breakthru Beverage Delaware | $2,424.26 | Alcohol products | | | | | | |
| 8/28/2025 | Breakthru Beverage Delaware | $877.72 | Alcohol products | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2025 | Breakthru Beverage Delaware | $730.28 | Alcohol products | | | | | | |
| 9/4/2025 | Breakthru Beverage Delaware | $3,075.05 | Alcohol products | | | | | | |
| 9/3/2025 | Breakthru Beverage Delaware | $290.37 | Alcohol products | | | | | | |
| 9/5/2025 | Breakthru Beverage Delaware | $1,153.42 | Alcohol products | | | | | | |
| 9/11/2025 | Breakthru Beverage Delaware | $1,844.77 | Alcohol products | | | | | | |
| 9/11/2025 | Breakthru Beverage Delaware | $209.68 | Alcohol products | | | | | | |
| 9/11/2025 | Breakthru Beverage Delaware | $773.02 | Alcohol products | | | | | | |
| 9/15/2025 | Breakthru Beverage Delaware | $113.88 | Alcohol products | | | | | | |
| 9/15/2025 | Breakthru Beverage Delaware | $107.84 | Alcohol products | | | | | | |
| 9/15/2025 | Breakthru Beverage Delaware | $497.72 | Alcohol products | | | | | | |
| 9/19/2025 | Breakthru Beverage Delaware | $980.09 | Alcohol products | | | | | | |
| 9/19/2025 | Breakthru Beverage Delaware | $403.52 | Alcohol products | | | | | | |
| 9/25/2025 | Breakthru Beverage Delaware | $1,498.22 | Alcohol products | | | | | | |
| 9/25/2025 | Breakthru Beverage Delaware | $719.97 | Alcohol products | | | | | | |
| | Total: | $37,304.75 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/7/2025 | Briess Industries,INC. | $3,959.01 | grain and raw materials for brewing | PO Box 88679 | | Milwaukee | WI | 53288-8679 | |
| 7/11/2025 | Briess Industries,INC. | $11,024.15 | grain and raw materials for brewing | | | | | | |
| 7/21/2025 | Briess Industries,INC. | $10,008.00 | grain and raw materials for brewing | | | | | | |
| 7/24/2025 | Briess Industries,INC. | $2,737.01 | grain and raw materials for brewing | | | | | | |
| 7/31/2025 | Briess Industries,INC. | $5,392.00 | grain and raw materials for brewing | | | | | | |
| 8/7/2025 | Briess Industries,INC. | $5,272.05 | grain and raw materials for brewing | | | | | | |
| 8/14/2025 | Briess Industries,INC. | $6,618.38 | grain and raw materials for brewing | | | | | | |
| 8/25/2025 | Briess Industries,INC. | $11,588.64 | grain and raw materials for brewing | | | | | | |
| 8/28/2025 | Briess Industries,INC. | $10,000.00 | grain and raw materials for brewing | | | | | | |
| 9/3/2025 | Briess Industries,INC. | $14,514.61 | grain and raw materials for brewing | | | | | | |
| | Total: | **$81,113.85** | | | | | | | |

13

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 7/8/2025 | Brixmor/Newtown Village-NEWTOWN | $49,315.93 | Rent - Newtowne | 953 Hempstead Dr | | Cincinnati | OH | 45231 | |
| 8/22/2025 | Brixmor/Newtown Village-NEWTOWN | $49,689.43 | Rent - Newtowne | | | | | | |
| | Total: | **$99,005.36** | | | | | | | |
| | | | | | | | | | |
| 7/15/2025 | Budderfly Inc | $5,801.65 | Utility -Electric | 2 Trap Falls Road Suite 310 | | Shelton | CT | 6484 | |
| 7/18/2025 | Budderfly Inc | $8,803.68 | Utility -Electric | | | | | | |
| 7/18/2025 | Budderfly Inc | $13,053.02 | Utility -Electric | | | | | | |
| 8/15/2025 | Budderfly Inc | $8,856.82 | Utility -Electric | | | | | | |
| 8/15/2025 | Budderfly Inc | $6,381.82 | Utility -Electric | | | | | | |
| 8/15/2025 | Budderfly Inc | $12,581.90 | Utility -Electric | | | | | | |
| 9/15/2025 | Budderfly Inc | $7,163.38 | Utility -Electric | | | | | | |
| 9/15/2025 | Budderfly Inc | $5,761.53 | Utility -Electric | | | | | | |
| 9/15/2025 | Budderfly Inc | $11,051.24 | Utility -Electric | | | | | | |
| | Total: | **$79,455.04** | | | | | | | |
| | | | | | | | | | |
| 7/22/2025 | BullStreet Retail-COLUMBIA | $32,713.68 | Rent - Columbia | 2180 Pickens Street | | Columbia | SC | 29201 | |
| 8/21/2025 | BullStreet Retail-COLUMBIA | $32,713.68 | Rent - Columbia | | | | | | |
| | Total: | **$65,427.36** | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | Campus-LANCASTER | $26,125.98 | Rent - Lancaster | 701 Harrisburg Ave | | Lancaster | PA | 17603 | |
| 8/22/2025 | Campus-LANCASTER | $26,125.98 | Rent - Lancaster | | | | | | |
| | Total: | **$52,251.96** | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/22/2025 | Cash Connect | $304.43 | Cash Deposit services for the locations | 500 Creek View | Suite 100 | Newark | DE | 19711 | |
| 7/22/2025 | Cash Connect | $218.27 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $288.23 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $362.23 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $446.44 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $287.19 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $531.73 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $268.21 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $334.29 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $338.40 | Cash Deposit services for the locations | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/22/2025 | Cash Connect | $515.84 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $335.88 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $520.51 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $380.58 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $305.66 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $232.36 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $231.02 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $479.79 | Cash Deposit services for the locations | | | | | | |
| 7/22/2025 | Cash Connect | $414.56 | Cash Deposit services for the locations | | | | | | |
| 8/19/2025 | Cash Connect | $297.22 | Cash Deposit services for the locations | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/18/2025 | Cash Connect | $311.48 | Cash Deposit services for the locations | | | | | | |
| 8/19/2025 | Cash Connect | $183.24 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $316.41 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $246.28 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $321.49 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $172.30 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $229.48 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $361.64 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $262.93 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $328.94 | Cash Deposit services for the locations | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|---------------------|---------|----------|------|-------|-----|---------|
| 8/18/2025 | Cash Connect | $216.12 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $198.30 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $278.23 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $361.10 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $129.11 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $392.91 | Cash Deposit services for the locations | | | | | | |
| 8/19/2025 | Cash Connect | $234.01 | Cash Deposit services for the locations | | | | | | |
| 8/18/2025 | Cash Connect | $381.42 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $357.67 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $243.88 | Cash Deposit services for the locations | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|-------------------|---------|----------|------|-------|-----|---------|
| 9/22/2025 | Cash Connect | $298.81 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $344.27 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $176.70 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $293.34 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $260.48 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $217.43 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $239.29 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $335.81 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $106.86 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $394.22 | Cash Deposit services for the locations | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|-------------------|---------|----------|------|-------|-----|---------|
| 9/22/2025 | Cash Connect | $232.02 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $392.93 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $374.09 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $246.21 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $227.08 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $427.74 | Cash Deposit services for the locations | | | | | | |
| 9/22/2025 | Cash Connect | $315.04 | Cash Deposit services for the locations | | | | | | |
| | Total: | **$17,502.10** | | | | | | | |
| | | | | | | | | | |
| 8/13/2025 | Cintas Corporation | $2,356.55 | Linens and napkins | P.O. Box 631025 | | Cincinnati | OH | 45263-1025 | |
| 9/9/2025 | Cintas Corporation | $3,327.82 | Linens and napkins | | | | | | |
| | Total: | **$5,684.37** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | City of Columbia Hospitality Tax | $6,334.45 | Taxes | P.O. Box 147 | | Columbia | SC | 29217-0001 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/6/2025 | City of Columbia Hospitality Tax | $4,219.35 | Taxes | | | | | | |
| 9/30/2025 | City of Columbia Hospitality Tax | $1,505.42 | | | | | | | |
| | Total: | $12,059.22 | | | | | | | |
| | | | | | | | | | |
| 8/20/2025 | City of Wilmington-Water/sewer | $5,545.17 | water/sewer/utility | Division of Revenue | PO Box 15622 | Wilmington | DE | 19886-5622 | |
| 8/20/2025 | City of Wilmington-Water/sewer | $759.50 | water/sewer/utility | | | | | | |
| 9/18/2025 | City of Wilmington-Water/sewer | $2,548.12 | water/sewer/utility | | | | | | |
| 9/18/2025 | City of Wilmington-Water/sewer | $394.65 | water/sewer/utility | | | | | | |
| | Total: | $9,247.44 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Cleveland-Menu Printing Inc | $3,095.39 | menu printing services | 1441 E 17th St | | Cleveland | OH | 44114 | |
| 8/13/2025 | Cleveland-Menu Printing Inc | $5,364.75 | menu printing services | | | | | | |
| 8/21/2025 | Cleveland-Menu Printing Inc | $2,209.12 | menu printing services | | | | | | |
| 8/27/2025 | Cleveland-Menu Printing Inc | $5,348.75 | menu printing services | | | | | | |
| | Total: | $16,018.01 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Coastal Restaurant Repair | $2,328.16 | repairs | 35612 South Street | | Rehoboth Beach | DE | 19971 | |
| 7/16/2025 | Coastal Restaurant Repair | $1,184.46 | repairs | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/2025 | Coastal Restaurant Repair | $1,050.50 | repairs | | | | | | |
| 8/13/2025 | Coastal Restaurant Repair | $2,139.50 | repairs | | | | | | |
| 8/27/2025 | Coastal Restaurant Repair | $2,166.00 | repairs | | | | | | |
| | Total: | **$8,868.62** | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Coastal Station-REHOBOTH | $36,038.20 | Rent - Rehobeth | c/o Sovereign Property Management LLC | 102 Larch Circle Suite 301 | Newport | DE | 19804 | |
| 8/20/2025 | Coastal Station-REHOBOTH | $38,546.00 | Rent - Rehobeth | | | | | | |
| | Total: | **$74,584.20** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | cocoa restaurant services | $2,827.30 | Repairs | 1744 Pebbledash Drive | | Hershey | PA | 17033 | |
| 7/30/2025 | cocoa restaurant services | $3,122.60 | Repairs | | | | | | |
| 8/13/2025 | cocoa restaurant services | $1,873.90 | Repairs | | | | | | |
| 8/21/2025 | cocoa restaurant services | $1,991.00 | Repairs | | | | | | |
| | Total: | **$9,814.80** | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | CohnReznick LLP | $15,357.00 | Tax Services for 2024 | 1305 Walt Whitman Rd Suite 210 | | Melville | NY | 11747 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2025 | CohnReznick LLP | $62,588.00 | Audit Services for 2024 | | | | | | |
| | Total: | **$77,945.00** | | | | | | | |
| | | | | | | | | | |
| 7/18/2025 | Comcast | $301.96 | Internet | P.O. Box 70219 | | Philadelphia | PA | 19176-0219 | |
| 7/22/2025 | Comcast | $963.23 | Internet | | | | | | |
| 7/21/2025 | Comcast | $882.06 | Internet | | | | | | |
| 7/22/2025 | Comcast | $290.26 | Internet | | | | | | |
| 7/22/2025 | Comcast | $517.47 | Internet | | | | | | |
| 7/22/2025 | Comcast | $485.83 | Internet | | | | | | |
| 7/22/2025 | Comcast | $695.44 | Internet | | | | | | |
| 7/22/2025 | Comcast | $820.43 | Internet | | | | | | |
| 7/22/2025 | Comcast | $301.19 | Internet | | | | | | |
| 7/21/2025 | Comcast | $692.40 | Internet | | | | | | |
| 7/22/2025 | Comcast | $332.60 | Internet | | | | | | |
| 7/22/2025 | Comcast | $518.36 | Internet | | | | | | |
| 7/22/2025 | Comcast | $576.93 | Internet | | | | | | |
| 7/22/2025 | Comcast | $382.52 | Internet | | | | | | |
| 7/22/2025 | Comcast | $337.68 | Internet | | | | | | |
| 7/22/2025 | Comcast | $13.19 | Internet | | | | | | |
| 7/22/2025 | Comcast | $671.11 | Internet | | | | | | |
| 7/2/2025 | Comcast | $153.07 | Internet | | | | | | |
| 7/25/2025 | Comcast | $152.98 | Internet | | | | | | |
| 8/22/2025 | Comcast | $731.33 | Internet | | | | | | |
| 8/22/2025 | Comcast | $382.52 | Internet | | | | | | |
| 8/22/2025 | Comcast | $518.94 | Internet | | | | | | |
| 8/22/2025 | Comcast | $332.60 | Internet | | | | | | |
| 8/22/2025 | Comcast | $290.26 | Internet | | | | | | |
| 8/22/2025 | Comcast | $964.35 | Internet | | | | | | |
| 8/22/2025 | Comcast | $379.77 | Internet | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/22/2025 | Comcast | $696.29 | Internet | | | | | | |
| 8/21/2025 | Comcast | $938.18 | Internet | | | | | | |
| 8/22/2025 | Comcast | $821.28 | Internet | | | | | | |
| 8/22/2025 | Comcast | $669.42 | Internet | | | | | | |
| 8/22/2025 | Comcast | $485.83 | Internet | | | | | | |
| 8/22/2025 | Comcast | $517.47 | Internet | | | | | | |
| 8/22/2025 | Comcast | $301.19 | Internet | | | | | | |
| 8/22/2025 | Comcast | $325.92 | Internet | | | | | | |
| 8/25/2025 | Comcast | $153.16 | Internet | | | | | | |
| 8/18/2025 | Comcast | $692.40 | Internet | | | | | | |
| 8/18/2025 | Comcast | $301.96 | Internet | | | | | | |
| 9/17/2025 | Comcast | $692.40 | Internet | | | | | | |
| 9/18/2025 | Comcast | $301.95 | Internet | | | | | | |
| 9/22/2025 | Comcast | $515.40 | Internet | | | | | | |
| 9/22/2025 | Comcast | $962.29 | Internet | | | | | | |
| 9/22/2025 | Comcast | $323.41 | Internet | | | | | | |
| 9/22/2025 | Comcast | $299.25 | Internet | | | | | | |
| 9/22/2025 | Comcast | $731.33 | Internet | | | | | | |
| 9/22/2025 | Comcast | $672.20 | Internet | | | | | | |
| 9/22/2025 | Comcast | $485.83 | Internet | | | | | | |
| 9/22/2025 | Comcast | $332.60 | Internet | | | | | | |
| 9/22/2025 | Comcast | $382.53 | Internet | | | | | | |
| 9/22/2025 | Comcast | $696.29 | Internet | | | | | | |
| 9/22/2025 | Comcast | $518.93 | Internet | | | | | | |
| 9/22/2025 | Comcast | $392.25 | Internet | | | | | | |
| 9/22/2025 | Comcast | $290.26 | Internet | | | | | | |
| 9/22/2025 | Comcast | $1,075.58 | Internet | | | | | | |
| 9/22/2025 | Comcast | $821.28 | Internet | | | | | | |
| | Total: | $28,085.36 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/22/2025 | CP Enterprises-GREENVILLE | $19,550.50 | Rent - Greenville | 828 East Blvd | | Charlotte | NC | 28203 | |
| 8/22/2025 | CP Enterprises-GREENVILLE | $19,550.50 | Rent - Greenville | | | | | | |
| | Total: | $39,101.00 | | | | | | | |
| | | | | | | | | | |
| 7/30/2025 | Deanco Building Solutions Inc | $3,747.10 | Cleaning Services for the stores | 815 Reservoir Ave | | Cranston | RI | 2910 | |
| 8/13/2025 | Deanco Building Solutions Inc | $2,409.09 | Cleaning Services for the stores | | | | | | |
| 9/10/2025 | Deanco Building Solutions Inc | $6,725.60 | Cleaning Services for the stores | | | | | | |
| | Total: | $12,881.79 | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Delmarva Power - Wilm | $7,269.92 | utility | P.O. Box 13609 | | Philadelphia | PA | 19101 | |
| 7/29/2025 | Delmarva Power - Wilm | $1,634.10 | utility | | | | | | |
| 8/11/2025 | Delmarva Power - Wilm | $7,956.67 | utility | | | | | | |
| 8/28/2025 | Delmarva Power - Wilm | $1,573.02 | utility | | | | | | |
| 9/10/2025 | Delmarva Power - Wilm | $8,380.36 | utility | | | | | | |
| 7/24/2025 | Delmarva Power-RB | $4,881.37 | utility | P.O. Box 13609 | | Philadelphia | PA | 19101 | |
| 8/25/2025 | Delmarva Power-RB | $3,666.36 | utility | | | | | | |
| 9/25/2025 | Delmarva | $3,739.47 | utility | | | | | | |
| 9/29/2025 | Delmarva | $1,589.67 | utility | | | | | | |
| | | $40,690.94 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/11/2025 | Dempsey Uniform & Linen Supply | $453.31 | Linen and uniforms | 1200 Mid Valley Drive | | Jessup | PA | 18434 | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $964.19 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $572.12 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $423.71 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $552.08 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $157.28 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $1,753.98 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $1,697.90 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $1,663.86 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $909.46 | Linen and uniforms | | | | | | |
| 7/11/2025 | Dempsey Uniform & Linen Supply | $779.40 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $828.62 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $784.85 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $916.26 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $1,303.71 | Linen and uniforms | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/16/2025 | Dempsey Uniform & Linen Supply | $938.97 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $515.62 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $1,122.37 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $919.89 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $1,951.65 | Linen and uniforms | | | | | | |
| 7/16/2025 | Dempsey Uniform & Linen Supply | $998.03 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $1,036.03 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $1,655.06 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $1,031.65 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $471.97 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $926.11 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $2,097.61 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $503.89 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $587.65 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $182.17 | Linen and uniforms | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/24/2025 | Dempsey Uniform & Linen Supply | $1,719.77 | Linen and uniforms | | | | | | |
| 7/24/2025 | Dempsey Uniform & Linen Supply | $424.32 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $810.13 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $590.74 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $513.21 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $453.87 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $450.23 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $1,916.26 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $251.87 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $1,103.86 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $1,267.10 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $1,696.93 | Linen and uniforms | | | | | | |
| 8/1/2025 | Dempsey Uniform & Linen Supply | $988.23 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $886.30 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $848.17 | Linen and uniforms | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/8/2025 | Dempsey Uniform & Linen Supply | $843.51 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $549.09 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $820.41 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $2,016.48 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $918.15 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $1,159.72 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $1,127.69 | Linen and uniforms | | | | | | |
| 8/8/2025 | Dempsey Uniform & Linen Supply | $844.34 | Linen and uniforms | | | | | | |
| 8/13/2025 | Dempsey Uniform & Linen Supply | $10,223.12 | Linen and uniforms | | | | | | |
| 8/25/2025 | Dempsey Uniform & Linen Supply | $10,213.73 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $77.41 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $421.66 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $720.69 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $614.47 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $1,080.04 | Linen and uniforms | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/8/2025 | Dempsey Uniform & Linen Supply | $1,588.32 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $1,235.76 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $1,335.10 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $489.34 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $867.72 | Linen and uniforms | | | | | | |
| 9/8/2025 | Dempsey Uniform & Linen Supply | $1,604.61 | Linen and uniforms | | | | | | |
| 9/13/2025 | Dempsey Uniform & Linen Supply | $3,620.91 | Linen and uniforms | | | | | | |
| | Total: | $84,992.66 | | | | | | | |
| | | | | | | | | | |
| 9/3/2025 | Derek Smith Law Group PLLC | $16,260.00 | legal services | 1628 Pine St | | Philadelphia | PA | 19103 | |
| 9/30/2025 | Derek Smith Law Group PLLC | $4,189.88 | legal services | | | | | | |
| | Total: | $20,449.88 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | DH Electrical | $1,719.00 | repairs electrical | 120 East Wesner Roade Suite 485 | | Blandon | PA | 19510 | |
| 7/23/2025 | DH Electrical | $2,456.00 | repairs electrical | | | | | | |
| 7/30/2025 | DH Electrical | $2,991.00 | repairs electrical | | | | | | |
| 8/21/2025 | DH Electrical | $3,985.00 | repairs electrical | | | | | | |
| 8/27/2025 | DH Electrical | $1,694.00 | repairs electrical | | | | | | |
| | Total: | $12,845.00 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/25/2025 | Dominion Energy South Carolina | $8,692.85 | Utility | PO Box 100255 | | Columbia | SC | 29202-3255 | |
| 8/26/2025 | Dominion Energy South Carolina | $10,712.49 | Utility | | | | | | |
| 9/26/2025 | Dominion Energy South Carolina | $9,205.54 | Utility | | | | | | |
| | Total: | $28,610.88 | | | | | | | |
| | | | | | | | | | |
| 7/14/2025 | Dorset Connects | $12,500.00 | Microsoft linses and router services | 416 West State Street | | Kennett Square | PA | 19348 | |
| 7/24/2025 | Dorset Connects | $12,500.00 | Microsoft linses and router services | | | | | | |
| 8/7/2025 | Dorset Connects | $12,500.00 | Microsoft linses and router services | | | | | | |
| 8/21/2025 | Dorset Connects | $12,500.00 | Microsoft linses and router services | | | | | | |
| 9/26/2025 | Dorset Connects | $14,310.00 | Microsoft linses and router services | | | | | | |
| | Total: | $64,310.00 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Duke Energy | $3,234.30 | Utility | P.O. Box 70516 | | Charlotte | NC | 28272-0516 | |
| 8/6/2025 | Duke Energy | $4,872.36 | Utility | | | | | | |
| 9/8/2025 | Duke Energy | $4,745.06 | Utility | | | | | | |
| | Total: | $12,851.72 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/9/2025 | E.B. OReilly | $9,736.00 | HVAC services | 1300 Virginia Drive | Suite 403 | Ft. Washington | PA | 19034 | |
| 7/23/2025 | E.B. OReilly | $7,898.22 | HVAC services | | | | | | |
| 8/8/2025 | E.B. OReilly | $11,037.34 | HVAC services | | | | | | |
| 8/18/2025 | E.B. OReilly | $9,736.00 | HVAC services | | | | | | |
| 8/21/2025 | E.B. OReilly | $10,117.67 | HVAC services | | | | | | |
| 8/28/2025 | E.B. OReilly | $11,299.73 | HVAC services | | | | | | |
| 9/4/2025 | E.B. OReilly | $9,751.63 | HVAC services | | | | | | |
| | Total: | $69,576.59 | | | | | | | |
| | | | | | | | | | |
| 8/22/2025 | Eagleview-EXTON | $47,157.92 | Rent - Exton | c/o LS Property Investments LLC | 4950 Dunham Drive | Reading | PA | 19606 | |
| | Total: | $47,157.92 | | | | | | | |
| | | | | | | | | | |
| 8/1/2025 | Ecolab Inc | $283.30 | chemicals and cleaning supplies | P.O. Box 32027 | | New York | NY | 10087-2027 | |
| 8/1/2025 | Ecolab Inc | $198.04 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $777.08 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $83.67 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $373.03 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $345.87 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $663.03 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $82.92 | chemicals and cleaning supplies | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | Ecolab Inc | $704.46 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $1,202.50 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $349.68 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $143.63 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $398.18 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $281.60 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $1,211.46 | chemicals and cleaning supplies | | | | | | |
| 8/1/2025 | Ecolab Inc | $482.47 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $336.46 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $419.63 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $419.63 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $670.26 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $198.04 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $599.36 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $1,035.17 | chemicals and cleaning supplies | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/11/2025 | Ecolab Inc | $588.51 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $641.52 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $665.46 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $131.54 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $435.27 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $81.37 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $603.40 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $104.55 | chemicals and cleaning supplies | | | | | | |
| 8/11/2025 | Ecolab Inc | $704.12 | chemicals and cleaning supplies | | | | | | |
| 8/27/2025 | Ecolab Inc | $273.88 | chemicals and cleaning supplies | | | | | | |
| 8/27/2025 | Ecolab Inc | $659.97 | chemicals and cleaning supplies | | | | | | |
| 8/27/2025 | Ecolab Inc | $866.21 | chemicals and cleaning supplies | | | | | | |
| 8/27/2025 | Ecolab Inc | $599.48 | chemicals and cleaning supplies | | | | | | |
| 9/9/2025 | Ecolab Inc | $563.64 | chemicals and cleaning supplies | | | | | | |
| 9/9/2025 | Ecolab Inc | $1,167.38 | chemicals and cleaning supplies | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2025 | Ecolab Inc | $984.59 | chemicals and cleaning supplies | | | | | | |
| 9/9/2025 | Ecolab Inc | $1,291.94 | chemicals and cleaning supplies | | | | | | |
| 9/9/2025 | Ecolab Inc | $1,123.99 | chemicals and cleaning supplies | | | | | | |
| | Total: | $22,746.29 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Elliot Associates, LLC | $5,000.00 | CEO Placement Services Fee | 505 White Plains Road | | Tarrytown | NY | 10591-400 | |
| 8/13/2025 | Elliot Associates, LLC | $5,000.00 | CEO Placement Services Fee | | | | | | |
| | Total: | $10,000.00 | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | FIRST Insurance Funding | $4,039.49 | Insurance | PO BOX 7000 | | Carol Stream | IL | 60197-7000 | |
| 8/5/2025 | FIRST Insurance Funding | $4,039.49 | Insurance | | | | | | |
| 9/5/2025 | FIRST Insurance Funding | $4,039.49 | Insurance | | | | | | |
| | Total: | $12,118.47 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Food Equipment Service Inc | $15,416.38 | Restaurant equipment and repair services | 126 Patriot Drive, Suite 3 | | Middletown | DE | 19709 | |
| 7/17/2025 | Food Equipment Service Inc | $11,735.54 | Restaurant equipment and repair services | | | | | | |
| 7/23/2025 | Food Equipment Service Inc | $7,686.93 | Restaurant equipment and repair services | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | Food Equipment Service Inc | $10,000.00 | Restaurant equipment and repair services | | | | | | |
| 8/6/2025 | Food Equipment Service Inc | $7,000.00 | Restaurant equipment and repair services | | | | | | |
| 8/14/2025 | Food Equipment Service Inc | $10,737.79 | Restaurant equipment and repair services | | | | | | |
| 8/21/2025 | Food Equipment Service Inc | $10,499.98 | Restaurant equipment and repair services | | | | | | |
| 8/27/2025 | Food Equipment Service Inc | $10,391.60 | Restaurant equipment and repair services | | | | | | |
| 9/3/2025 | Food Equipment Service Inc | $11,309.18 | Restaurant equipment and repair services | | | | | | |
| | Total: | $94,777.40 | | | | | | | |
| | | | | | | | | | |
| 7/31/2025 | Food Shelter, LLC | $6,137.40 | PR firm | 2415 South Street | | Philadelphia | PA | 19146 | |
| 8/18/2025 | Food Shelter, LLC | $6,037.40 | PR firm | | | | | | |
| | Total: | $12,174.80 | | | | | | | |
| | | | | | | | | | |
| 7/11/2025 | Gordon Food Services | $258,909.04 | food product and goods | P.O. Box 2244 | | Grand Rapids | MI | 49501 | |
| 7/18/2025 | Gordon Food Services | $252,681.56 | food product and goods | | | | | | |
| 7/25/2025 | Gordon Food Services | $224,151.64 | food product and goods | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | Gordon Food Services | $211,037.86 | food product and goods | | | | | | |
| 8/8/2025 | Gordon Food Services | $201,959.43 | food product and goods | | | | | | |
| 8/15/2025 | Gordon Food Services | $203,330.25 | food product and goods | | | | | | |
| 8/20/2025 | Gordon Food Services | $197,621.63 | food product and goods | | | | | | |
| 9/3/2025 | Gordon Food Services | $206,576.73 | food product and goods | | | | | | |
| 9/5/2025 | Gordon Food Services | $206,718.15 | food product and goods | | | | | | |
| | Total: | **$1,962,986.29** | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Hershey DTC/Bennett Williams-HERSHEY | $44,396.53 | Rent - Hershey | c/o Bennett Williams Realty Inc | 3528 Concord Road | York | PA | 17402 | |
| 8/22/2025 | Hershey DTC/Bennett Williams-HERSHEY | $38,047.96 | Rent - Hershey | | | | | | |
| | Total: | **$82,444.49** | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Highmark Delaware | $84,067.10 | Health Insurance | PO Box 535048 | | Pittsburgh | PA | 15253-5048 | |
| 8/21/2025 | Highmark Delaware | $147,831.12 | Health Insurance | | | | | | |
| | Total: | **$231,898.22** | | | | | | | |
| | | | | | | | | | |
| 7/17/2025 | HUB International | $26,642.18 | GL Insurance | 24 West Carver Street | | Huntington | NY | 11743 | |
| 7/30/2025 | HUB International | $29,069.94 | GL Insurance | | | | | | |
| 8/1/2025 | HUB International | $17.00 | GL Insurance | | | | | | |
| 8/28/2025 | HUB International | $53,838.12 | GL Insurance | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | Total: | $109,567.24 | | | | | | | |
| | | | | | | | | | |
| 7/22/2025 | Huntingdon Pike-HUNTINGDON VALLEY | $23,614.10 | Rent | Lockbox 1024804 | PO BOX 70280 | Philadelphia | PA | 19176-0280 | |
| 8/22/2025 | Huntingdon Pike-HUNTINGDON VALLEY | $23,614.10 | Rent | | | | | | |
| | Total: | $47,228.20 | | | | | | | |
| | | | | | | | | | |
| 8/21/2025 | J & S Fire Protection, Inc | $4,076.68 | Fire safety services | 520 Abbott Drive Ste C | | Broomall | PA | 19008 | |
| 8/27/2025 | J & S Fire Protection, Inc | $3,565.31 | Fire safety services | | | | | | |
| 9/10/2025 | J & S Fire Protection, Inc | $2,934.29 | Fire safety services | | | | | | |
| | Total: | $10,576.28 | | | | | | | |
| | | | | | | | | | |
| 7/24/2025 | Keg Logistics | $3,060.00 | Keg services and logistics | P.O. Box 912908 | | Denver | CO | 80291-2908 | |
| 8/25/2025 | Keg Logistics | $3,060.00 | Keg services and logistics | | | | | | |
| 9/24/2025 | Keg Logistics | $3,060.00 | Keg services and logistics | | | | | | |
| | Total: | $9,180.00 | | | | | | | |
| | | | | | | | | | |
| 7/11/2025 | Kelly Associates Insurance Group | $34,231.88 | Health insurance Broker | 301 International Circle | | Hunt Valley | MD | 21030-1342 | |
| 8/1/2025 | Kelly Associates Insurance Group | $35,170.42 | Health insurance Broker | | | | | | |
| 8/29/2025 | Kelly Associates Insurance Group | $36,979.98 | Health insurance Broker | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | Total: | $106,382.28 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Lamont Coffee & Tea Co | $3,555.95 | Coffee and tea supplies for locations | 1139 Phoenixville Pike | | West Chester | PA | 19380 | |
| 7/23/2025 | Lamont Coffee & Tea Co | $8,231.43 | Coffee and tea supplies for locations | | | | | | |
| 7/30/2025 | Lamont Coffee & Tea Co | $5,244.85 | Coffee and tea supplies for locations | | | | | | |
| 8/6/2025 | Lamont Coffee & Tea Co | $2,048.27 | Coffee and tea supplies for locations | | | | | | |
| 8/13/2025 | Lamont Coffee & Tea Co | $2,027.95 | Coffee and tea supplies for locations | | | | | | |
| 8/21/2025 | Lamont Coffee & Tea Co | $2,994.75 | Coffee and tea supplies for locations | | | | | | |
| 8/27/2025 | Lamont Coffee & Tea Co | $2,507.25 | Coffee and tea supplies for locations | | | | | | |
| 9/3/2025 | Lamont Coffee & Tea Co | $3,529.27 | Coffee and tea supplies for locations | | | | | | |
| 9/10/2025 | Lamont Coffee & Tea Co | $2,515.41 | Coffee and tea supplies for locations | | | | | | |
| | Total: | $32,655.13 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 10/2/2025 | Lincoln LFG | $16,294.14 | Employee contributions for 9/10 to 9/23 payroll | PO box. 7876 | | Fort Wayne | IN | 46801 | |
| 10/2/2025 | Lincoln LFG | $1,235.29 | Employee contributions for 9/10 to 9/23 payroll | | | | | | |
| | Total: | $17,529.43 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | Lehigh Valley Mall, LLC | $51,685.91 | Rent | PO BOX 829446 | | Philadelphia | PA | 19182-9446 | |
| | | | | | | | | | |
| 7/9/2025 | Logan Plumbing & Heating | $1,905.00 | Plumbing services | 2317 Finley Ave | | Bensalem | PA | 19020-5251 | |
| 7/16/2025 | Logan Plumbing & Heating | $350.00 | Plumbing services | | | | | | |
| 7/30/2025 | Logan Plumbing & Heating | $2,550.00 | Plumbing services | | | | | | |
| 8/6/2025 | Logan Plumbing & Heating | $2,845.00 | Plumbing services | | | | | | |
| 8/13/2025 | Logan Plumbing & Heating | $2,925.00 | Plumbing services | | | | | | |
| 8/21/2025 | Logan Plumbing & Heating | $5,200.00 | Plumbing services | | | | | | |
| 8/27/2025 | Logan Plumbing & Heating | $5,200.00 | Plumbing services | | | | | | |
| 9/10/2025 | Logan Plumbing & Heating | $1,960.00 | Plumbing services | | | | | | |
| | Total: | $22,935.00 | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/7/2025 | Lowcountry Shellfish Co., Inc. | $4,158.03 | seafood products for SC/GA | 7195 Bryhawke Circle | | Charleston | SC | 29418 | |
| 7/10/2025 | Lowcountry Shellfish Co., Inc. | $3,043.85 | seafood products for SC/GA | | | | | | |
| 7/21/2025 | Lowcountry Shellfish Co., Inc. | $2,565.70 | seafood products for SC/GA | | | | | | |
| 7/31/2025 | Lowcountry Shellfish Co., Inc. | $3,298.65 | seafood products for SC/GA | | | | | | |
| 8/8/2025 | Lowcountry Shellfish Co., Inc. | $1,807.35 | seafood products for SC/GA | | | | | | |
| 8/14/2025 | Lowcountry Shellfish Co., Inc. | $2,547.86 | seafood products for SC/GA | | | | | | |
| 8/25/2025 | Lowcountry Shellfish Co., Inc. | $2,336.01 | seafood products for SC/GA | | | | | | |
| 9/8/2025 | Lowcountry Shellfish Co., Inc. | $4,079.84 | seafood products for SC/GA | | | | | | |
| | Total: | **$23,837.29** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Masergy Communications, Inc | $6,588.83 | utility | PO BOX #733938 | | Dallas | TX | 75373-3938 | |
| 8/13/2025 | Masergy Communications, Inc | $7,370.40 | utility | | | | | | |
| | Total: | **$13,959.23** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Mattes Seafood Inc. | $24,825.61 | seafood products for PA/DE/NJ | 921 Old Philadelphia Road | | Aberdeen | MD | 21001 | |
| 7/16/2025 | Mattes Seafood Inc. | $22,226.71 | seafood products for PA/DE/NJ | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|-------------------|---------|----------|------|-------|-----|---------|
| 7/23/2025 | Mattes Seafood Inc. | $23,437.97 | seafood products for PA/DE/NJ | | | | | | |
| 7/30/2025 | Mattes Seafood Inc. | $22,999.24 | seafood products for PA/DE/NJ | | | | | | |
| 8/6/2025 | Mattes Seafood Inc. | $23,655.63 | seafood products for PA/DE/NJ | | | | | | |
| 8/13/2025 | Mattes Seafood Inc. | $24,641.74 | seafood products for PA/DE/NJ | | | | | | |
| 8/21/2025 | Mattes Seafood Inc. | $22,937.52 | seafood products for PA/DE/NJ | | | | | | |
| 8/27/2025 | Mattes Seafood Inc. | $23,502.89 | seafood products for PA/DE/NJ | | | | | | |
| 9/3/2025 | Mattes Seafood Inc. | $23,045.07 | seafood products for PA/DE/NJ | | | | | | |
| 9/10/2025 | Mattes Seafood Inc. | $22,649.89 | seafood products for PA/DE/NJ | | | | | | |
| | Total: | **$233,922.27** | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | Media Thriftway-MEDIA | $19,451.00 | Rent | 231 Letitia Manor Drive | | West Grove | PA | 19390 | |
| 8/21/2025 | Media Thriftway-MEDIA | $19,451.00 | Rent | | | | | | |
| | Total: | **$38,902.00** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | MFPS | $3,218.50 | Martin's bread company, food product | 1000 Potato Roll Lane | | Chamberburg | PA | 17202 | |
| 7/16/2025 | MFPS | $2,106.06 | Martin's bread company, food product | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/2025 | MFPS | $3,136.50 | Martin's bread company, food product | | | | | | |
| 7/30/2025 | MFPS | $1,025.00 | Martin's bread company, food product | | | | | | |
| 8/6/2025 | MFPS | $1,400.56 | Martin's bread company, food product | | | | | | |
| 8/13/2025 | MFPS | $1,742.50 | Martin's bread company, food product | | | | | | |
| 8/21/2025 | MFPS | $2,398.50 | Martin's bread company, food product | | | | | | |
| 8/27/2025 | MFPS | $3,075.00 | Martin's bread company, food product | | | | | | |
| 9/3/2025 | MFPS | $3,075.00 | Martin's bread company, food product | | | | | | |
| 9/10/2025 | MFPS | $1,988.50 | Martin's bread company, food product | | | | | | |
| | Total: | **$23,166.12** | | | | | | | |
| | | | | | | | | | |
| 7/26/2025 | Microsoft Corporation | $1,090.71 | Microsoft services | One Micrsoft Way | | Redmond | WA | 98052 | |
| 7/26/2025 | Microsoft Corporation | $16.12 | Microsoft services | | | | | | |
| 7/26/2025 | Microsoft Corporation | $1,229.60 | Microsoft services | | | | | | |
| 7/26/2025 | Microsoft Corporation | $2,775.08 | Microsoft services | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/26/2025 | Microsoft Corporation | $254.40 | Microsoft services | | | | | | |
| 7/26/2025 | Microsoft Corporation | $7.50 | Microsoft services | | | | | | |
| 7/26/2025 | Microsoft Corporation | $8.48 | Microsoft services | | | | | | |
| 7/26/2025 | Microsoft Corporation | $301.26 | Microsoft services | | | | | | |
| 8/27/2025 | Microsoft Corporation | $5,710.60 | Microsoft services | | | | | | |
| | Total: | **$11,393.75** | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | Millstone Spirits Group | $352.83 | Alcohol | 118 N Main Street | PO BOX 518 | Trumbauersville | PA | 18970 | |
| 7/8/2025 | Millstone Spirits Group | $362.39 | Alcohol | | | | | | |
| 7/10/2025 | Millstone Spirits Group | $380.84 | Alcohol | | | | | | |
| 7/8/2025 | Millstone Spirits Group | $167.52 | Alcohol | | | | | | |
| 7/11/2025 | Millstone Spirits Group | $209.12 | Alcohol | | | | | | |
| 7/14/2025 | Millstone Spirits Group | $291.73 | Alcohol | | | | | | |
| 7/14/2025 | Millstone Spirits Group | $470.64 | Alcohol | | | | | | |
| 7/17/2025 | Millstone Spirits Group | $138.14 | Alcohol | | | | | | |
| 7/18/2025 | Millstone Spirits Group | $200.63 | Alcohol | | | | | | |
| 7/17/2025 | Millstone Spirits Group | $309.86 | Alcohol | | | | | | |
| 7/18/2025 | Millstone Spirits Group | $306.97 | Alcohol | | | | | | |
| 7/21/2025 | Millstone Spirits Group | $288.18 | Alcohol | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/24/2025 | Millstone Spirits Group | $215.73 | Alcohol | | | | | | |
| 7/24/2025 | Millstone Spirits Group | $153.28 | Alcohol | | | | | | |
| 7/28/2025 | Millstone Spirits Group | $197.20 | Alcohol | | | | | | |
| 7/25/2025 | Millstone Spirits Group | $304.30 | Alcohol | | | | | | |
| 7/29/2025 | Millstone Spirits Group | $735.22 | Alcohol | | | | | | |
| 7/31/2025 | Millstone Spirits Group | $380.84 | Alcohol | | | | | | |
| 8/1/2025 | Millstone Spirits Group | $659.44 | Alcohol | | | | | | |
| 8/1/2025 | Millstone Spirits Group | $474.65 | Alcohol | | | | | | |
| 8/4/2025 | Millstone Spirits Group | $360.49 | Alcohol | | | | | | |
| 8/7/2025 | Millstone Spirits Group | $209.12 | Alcohol | | | | | | |
| 8/7/2025 | Millstone Spirits Group | $525.59 | Alcohol | | | | | | |
| 8/11/2025 | Millstone Spirits Group | $506.48 | Alcohol | | | | | | |
| 8/12/2025 | Millstone Spirits Group | $529.09 | Alcohol | | | | | | |
| 8/8/2025 | Millstone Spirits Group | $287.89 | Alcohol | | | | | | |
| 8/15/2025 | Millstone Spirits Group | $477.38 | Alcohol | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/14/2025 | Millstone Spirits Group | $153.28 | Alcohol | | | | | | |
| 8/18/2025 | Millstone Spirits Group | $315.13 | Alcohol | | | | | | |
| 8/21/2025 | Millstone Spirits Group | $265.85 | Alcohol | | | | | | |
| 8/22/2025 | Millstone Spirits Group | $610.59 | Alcohol | | | | | | |
| 8/21/2025 | Millstone Spirits Group | $228.71 | Alcohol | | | | | | |
| 8/25/2025 | Millstone Spirits Group | $288.18 | Alcohol | | | | | | |
| 8/25/2025 | Millstone Spirits Group | $242.56 | Alcohol | | | | | | |
| 8/25/2025 | Millstone Spirits Group | $270.53 | Alcohol | | | | | | |
| 8/28/2025 | Millstone Spirits Group | $271.57 | Alcohol | | | | | | |
| 8/28/2025 | Millstone Spirits Group | $126.82 | Alcohol | | | | | | |
| 8/29/2025 | Millstone Spirits Group | $220.67 | Alcohol | | | | | | |
| 8/29/2025 | Millstone Spirits Group | $224.17 | Alcohol | | | | | | |
| 8/29/2025 | Millstone Spirits Group | $448.16 | Alcohol | | | | | | |
| 9/2/2025 | Millstone Spirits Group | $83.85 | Alcohol | | | | | | |
| 9/4/2025 | Millstone Spirits Group | $365.55 | Alcohol | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/5/2025 | Millstone Spirits Group | $495.57 | Alcohol | | | | | | |
| 9/11/2025 | Millstone Spirits Group | $152.12 | Alcohol | | | | | | |
| 9/11/2025 | Millstone Spirits Group | $152.12 | Alcohol | | | | | | |
| 9/12/2025 | Millstone Spirits Group | $415.73 | Alcohol | | | | | | |
| 9/12/2025 | Millstone Spirits Group | $323.41 | Alcohol | | | | | | |
| 9/16/2025 | Millstone Spirits Group | $528.10 | Alcohol | | | | | | |
| 9/16/2025 | Millstone Spirits Group | $713.13 | Alcohol | | | | | | |
| 9/18/2025 | Millstone Spirits Group | $189.16 | Alcohol | | | | | | |
| 9/19/2025 | Millstone Spirits Group | $569.98 | Alcohol | | | | | | |
| 9/18/2025 | Millstone Spirits Group | $328.55 | Alcohol | | | | | | |
| 9/19/2025 | Millstone Spirits Group | $625.69 | Alcohol | | | | | | |
| 9/25/2025 | Millstone Spirits Group | $241.30 | Alcohol | | | | | | |
| 9/25/2025 | Millstone Spirits Group | $226.03 | Alcohol | | | | | | |
| 9/26/2025 | Millstone Spirits Group | $284.59 | Alcohol | | | | | | |
| 9/26/2025 | Millstone Spirits Group | $450.58 | Alcohol | | | | | | |
| | Total: | **$19,307.23** | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/8/2025 | NCR VOYIX Corporation | $217.13 | IT Subcriptions for POS system _ Aloha | P.O. Box 745947 | | Atlanta | GA | 30384-8755 | |
| 7/8/2025 | NCR VOYIX Corporation | $217.13 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/8/2025 | NCR VOYIX Corporation | $8,034.57 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $8,069.86 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $217.13 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $230.16 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $230.16 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $217.13 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 7/31/2025 | NCR VOYIX Corporation | $390.85 | IT Subcriptions for POS system _ Aloha | | | | | | |
| 9/5/2025 | NCR VOYIX Corporation | $8,051.69 | IT Subcriptions for POS system _ Aloha | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| | Total: | $25,875.81 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Nelbud Services | $4,992.00 | Fire protection services | 51 Koweba Lane | | Indianapolis | IN | 46201 | |
| 7/23/2025 | Nelbud Services | $5,551.95 | Fire protection services | | | | | | |
| 7/30/2025 | Nelbud Services | $5,295.00 | Fire protection services | | | | | | |
| 8/6/2025 | Nelbud Services | $5,000.00 | Fire protection services | | | | | | |
| 8/13/2025 | Nelbud Services | $5,000.00 | Fire protection services | | | | | | |
| 8/21/2025 | Nelbud Services | $5,000.00 | Fire protection services | | | | | | |
| 8/27/2025 | Nelbud Services | $5,000.00 | Fire protection services | | | | | | |
| 9/3/2025 | Nelbud Services | $5,188.11 | Fire protection services | | | | | | |
| 9/10/2025 | Nelbud Services | $5,296.00 | Fire protection services | | | | | | |
| | Total: | $46,323.06 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Oilmatic of NJ PA, Inc. | $15,244.48 | Cooking oil removal services | 6985 Airport Highway Lane | | Pennsauken | NJ | 8109 | |
| 7/23/2025 | Oilmatic of NJ PA, Inc. | $15,017.73 | Cooking oil removal services | | | | | | |
| 8/13/2025 | Oilmatic of NJ PA, Inc. | $15,551.71 | Cooking oil removal services | | | | | | |
| 8/27/2025 | Oilmatic of NJ PA, Inc. | $15,962.07 | Cooking oil removal services | | | | | | |
| | Total: | $61,775.99 | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 8/6/2025 | On The Go Cleaners LLC | $12,220.36 | commercial cleaning company for locations | 1945 Steeplechase Dr | | Williamstown | NJ | 8094 | |
| 8/13/2025 | On The Go Cleaners LLC | $5,096.00 | commercial cleaning company for locations | | | | | | |
| 9/10/2025 | On The Go Cleaners LLC | $10,000.00 | commercial cleaning company for locations | | | | | | |
| | Total: | **$27,316.36** | | | | | | | |
| | | | | | | | | | |
| 7/11/2025 | OpenTable Inc | $7,408.00 | reservation system | 29109 Network Place | | Chicago | IL | 60673-1291 | |
| 7/15/2025 | OpenTable Inc | $7,354.62 | reservation system | | | | | | |
| 7/22/2025 | OpenTable Inc | $9,197.72 | reservation system | | | | | | |
| 7/31/2025 | OpenTable Inc | $7,730.17 | reservation system | | | | | | |
| 8/5/2025 | OpenTable Inc | $7,769.62 | reservation system | | | | | | |
| 8/13/2025 | OpenTable Inc | $7,744.34 | reservation system | | | | | | |
| 8/19/2025 | OpenTable Inc | $7,945.34 | reservation system | | | | | | |
| 8/26/2025 | OpenTable Inc | $7,494.42 | reservation system | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2025 | OpenTable Inc | $7,757.80 | reservation system | | | | | | |
| 9/10/2025 | OpenTable Inc | $7,466.34 | reservation system | | | | | | |
| | Total: | $77,868.37 | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | Optum Rx | $2,832.78 | Prescription drug program for health plan | P.O. Box 650334 | | Dallas | TX | 75265-0334 | |
| 7/22/2025 | Optum Rx | $2,830.70 | Prescription drug program for health plan | | | | | | |
| 8/5/2025 | Optum Rx | $2,807.64 | Prescription drug program for health plan | | | | | | |
| 8/18/2025 | Optum Rx | $3,107.72 | Prescription drug program for health plan | | | | | | |
| 9/2/2025 | Optum Rx | $3,141.22 | Prescription drug program for health plan | | | | | | |
| 9/15/2025 | Optum Rx | $3,209.47 | Prescription drug program for health plan | | | | | | |
| 9/26/2025 | Optum Rx | $2,063.58 | Prescription drug program for health plan | | | | | | |
| | Total: | $19,993.11 | | | | | | | |
| | | | | | | | | | |
| 7/17/2025 | PA Department of Revenue | $13,400.00 | Taxes from PA DOR | P.O. Box 280403 | | Harrisburg | PA | 17128-0403 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 7/9/2025 | Packaging Exchange, Inc. | $4,387.90 | Brewery - aluminum cans | PO Box 201042 | | Dallas | TX | 75320-1042 | |
| 8/13/2025 | Packaging Exchange, Inc. | $2,206.35 | Brewery - aluminum cans | | | | | | |
| 8/21/2025 | Packaging Exchange, Inc. | $1,135.39 | Brewery - aluminum cans | | | | | | |
| 9/15/2025 | Packaging Exchange, Inc. | $3,309.52 | Brewery - aluminum cans | | | | | | |
| | Total: | **$11,039.16** | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | Paycor, Inc | $649.25 | payroll service fees - Paycor is payroll company | 4811 Montgomery Road | | Cincinnati | OH | 45212 | |
| 7/8/2025 | Paycor, Inc | $1,076.76 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,570.39 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,066.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,288.44 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,512.54 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2025 | Paycor, Inc | $401.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,436.30 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,282.07 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,661.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,206.81 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,613.32 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,074.85 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,257.69 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,680.63 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $666.74 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2025 | Paycor, Inc | $981.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 7/8/2025 | Paycor, Inc | $1,468.10 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,746.39 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,206.81 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,636.20 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,742.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,249.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,305.72 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,625.40 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,395.49 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/2025 | Paycor, Inc | $836.87 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $691.12 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,700.77 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,046.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,065.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,454.85 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,540.18 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/7/2025 | Paycor, Inc | $1,285.78 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/8/2025 | Paycor, Inc | $1,130.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/8/2025 | Paycor, Inc | $1,594.77 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2025 | Paycor, Inc | $892.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 8/8/2025 | Paycor, Inc | $463.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,663.14 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,149.66 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,286.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,457.46 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $624.85 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,370.58 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $550.50 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,308.57 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/8/2025 | Paycor, Inc | $635.47 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,169.71 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,579.93 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,436.83 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,151.16 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,476.58 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $791.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,503.36 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $783.34 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $884.50 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/8/2025 | Paycor, Inc | $971.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/8/2025 | Paycor, Inc | $1,685.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $80,006.22 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $80,294.63 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $65,727.03 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $61,235.81 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $67,879.82 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $59,257.90 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $38,785.08 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $3,879.12 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 9/25/2025 | Paycor, Inc | $78,261.34 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $24,286.69 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $83,210.95 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $61,908.33 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $120,728.27 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $46,464.34 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $75,566.95 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $93,197.69 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $3,329.53 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/25/2025 | Paycor, Inc | $89,643.66 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2025 | Paycor, Inc | $64,822.24 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $5,905.00 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $11,467.20 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $10,195.75 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $9,351.29 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $813.14 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $10,034.42 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $7,507.34 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $9,691.85 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $8,385.22 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/26/2025 | Paycor, Inc | $14,357.87 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $8,823.28 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $11,885.73 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $12,166.68 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $7,802.15 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $8,743.44 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $8,492.06 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $48,585.36 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $8,702.14 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/26/2025 | Paycor, Inc | $2,910.85 | payroll service fees - Paycor is payroll company | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/29/2025 | Paycor, Inc. | $1,594.05 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/30/2025 | Paycor, Inc. | $3,258.95 | payroll service fees - Paycor is payroll company | | | | | | |
| 9/30/2025 | Paycor, Inc. | $3,616.32 | payroll service fees - Paycor is payroll company | | | | | | |
| | Total: | $1,483,758.57 | | | | | | | |
| | | | | | | | | | |
| 8/6/2025 | Paytronix Holding, LLC | $13,569.79 | Loyalty Platform | 80 Bridge Street | | Newtown | MA | 02458 | |
| | | | | | | | | | |
| 7/9/2025 | PECO -All | $1,481.55 | utiilty | PO Box 37629 | | Philadelphia | PA | 19101-0629 | |
| 7/9/2025 | PECO -All | $6,124.84 | utiilty | | | | | | |
| 7/9/2025 | PECO -All | $2,115.63 | utiilty | | | | | | |
| 7/14/2025 | PECO -All | $1,345.81 | utiilty | | | | | | |
| 7/17/2025 | PECO -All | $6,525.64 | utiilty | | | | | | |
| 7/18/2025 | PECO -All | $1,733.48 | utiilty | | | | | | |
| 7/25/2025 | PECO -All | $6,207.10 | utiilty | | | | | | |
| 7/28/2025 | PECO -All | $2,030.49 | utiilty | | | | | | |
| 7/28/2025 | PECO -All | $7,423.72 | utiilty | | | | | | |
| 7/28/2025 | PECO -All | $1,663.89 | utiilty | | | | | | |
| 8/8/2025 | PECO -All | $6,933.22 | utiilty | | | | | | |
| 8/14/2025 | PECO -All | $1,549.35 | utiilty | | | | | | |
| 8/18/2025 | PECO -All | $7,004.98 | utiilty | | | | | | |
| 8/21/2025 | PECO -All | $8,202.87 | utiilty | | | | | | |
| 8/18/2025 | PECO -All | $1,663.41 | utiilty | | | | | | |
| 8/22/2025 | PECO -All | $90.18 | utiilty | | | | | | |
| 8/25/2025 | PECO -All | $6,085.00 | utiilty | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2025 | PECO -All | $1,584.30 | utiilty | | | | | | |
| 8/27/2025 | PECO -All | $1,446.62 | utiilty | | | | | | |
| 9/8/2025 | PECO -All | $6,348.33 | utiilty | | | | | | |
| 9/12/2025 | PECO -All | $1,232.17 | utiilty | | | | | | |
| 9/15/2025 | PECO -All | $6,602.63 | utiilty | | | | | | |
| 9/18/2025 | PECO -All | $1,737.77 | utiilty | | | | | | |
| 9/22/2025 | PECO -All | $6,210.84 | utiilty | | | | | | |
| 9/26/2025 | PECO -All | $1,782.48 | utiilty | | | | | | |
| 9/26/2025 | PECO -All | $1,536.40 | utiilty | | | | | | |
| | Total: | **$96,662.70** | | | | | | | |
| | | | | | | | | | |
| 7/24/2025 | PGW | $2,838.23 | utiilty | P.O. Box 11700 | | Newark | NJ. | 07101-4700 | |
| 7/24/2025 | PGW | $3,230.71 | 0.00 | | | | | | |
| 8/22/2025 | PGW | $2,496.83 | 0.00 | | | | | | |
| 8/25/2025 | PGW | $3,220.44 | utiilty | | | | | | |
| 9/25/2025 | PGW | $3,044.82 | utiilty | | | | | | |
| | Total: | **$14,831.03** | | | | | | | |
| | | | | | | | | | |
| 7/24/2025 | Pippett Consulting LLC | $10,000.00 | Repair and maintenance consulting | 3424 Tyson Road | | Newtown Square | PA | 19073 | |
| 8/28/2025 | Pippett Consulting LLC | $12,500.00 | Repair and maintenance consulting | | | | | | |
| | Total: | **$22,500.00** | | | | | | | |
| | | | | | | | | | |
| 7/5/2025 | PLCB Loop | $232.08 | Reimbursement payments through Rho | 1204 Rockland Street | | Reading | PA | 19604 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/7/2025 | PLCB Loop | $200.28 | Reimbursement payments through Rho | | | | | | |
| 7/8/2025 | PLCB Loop | $1,185.94 | Reimbursement payments through Rho | | | | | | |
| 7/10/2025 | PLCB Loop | $918.58 | Reimbursement payments through Rho | | | | | | |
| 7/9/2025 | PLCB Loop | $227.94 | Reimbursement payments through Rho | | | | | | |
| 7/12/2025 | PLCB Loop | $1,015.33 | Reimbursement payments through Rho | | | | | | |
| 7/12/2025 | PLCB Loop | $248.64 | Reimbursement payments through Rho | | | | | | |
| 7/15/2025 | PLCB Loop | $305.54 | Reimbursement payments through Rho | | | | | | |
| 7/15/2025 | PLCB Loop | $157.65 | Reimbursement payments through Rho | | | | | | |
| 7/11/2025 | PLCB Loop | $911.46 | Reimbursement payments through Rho | | | | | | |
| 7/12/2025 | PLCB Loop | $920.67 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/14/2025 | PLCB Loop | $125.85 | Reimbursement payments through Rho | | | | | | |
| 7/14/2025 | PLCB Loop | $51.50 | Reimbursement payments through Rho | | | | | | |
| 7/16/2025 | PLCB Loop | $63.91 | Reimbursement payments through Rho | | | | | | |
| 7/16/2025 | PLCB Loop | $438.09 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $541.93 | Reimbursement payments through Rho | | | | | | |
| 7/11/2025 | PLCB Loop | $783.13 | Reimbursement payments through Rho | | | | | | |
| 7/12/2025 | PLCB Loop | $1,962.86 | Reimbursement payments through Rho | | | | | | |
| 7/11/2025 | PLCB Loop | $355.79 | Reimbursement payments through Rho | | | | | | |
| 7/18/2025 | PLCB Loop | $1,009.37 | Reimbursement payments through Rho | | | | | | |
| 7/12/2025 | PLCB Loop | $476.40 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|-------------------|---------|----------|------|-------|-----|---------|
| 7/15/2025 | PLCB Loop | $464.14 | Reimbursement payments through Rho | | | | | | |
| 7/15/2025 | PLCB Loop | $406.00 | Reimbursement payments through Rho | | | | | | |
| 7/15/2025 | PLCB Loop | $987.62 | Reimbursement payments through Rho | | | | | | |
| 7/21/2025 | PLCB Loop | $581.21 | Reimbursement payments through Rho | | | | | | |
| 7/15/2025 | PLCB Loop | $225.85 | Reimbursement payments through Rho | | | | | | |
| 7/18/2025 | PLCB Loop | $193.82 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $141.45 | Reimbursement payments through Rho | | | | | | |
| 7/18/2025 | PLCB Loop | $695.57 | Reimbursement payments through Rho | | | | | | |
| 7/16/2025 | PLCB Loop | $1,083.18 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $736.55 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/18/2025 | PLCB Loop | $359.03 | Reimbursement payments through Rho | | | | | | |
| 7/18/2025 | PLCB Loop | $797.64 | Reimbursement payments through Rho | | | | | | |
| 7/19/2025 | PLCB Loop | $412.31 | Reimbursement payments through Rho | | | | | | |
| 7/20/2025 | PLCB Loop | $176.46 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $194.50 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $261.10 | Reimbursement payments through Rho | | | | | | |
| 7/22/2025 | PLCB Loop | $495.63 | Reimbursement payments through Rho | | | | | | |
| 7/17/2025 | PLCB Loop | $962.25 | Reimbursement payments through Rho | | | | | | |
| 7/22/2025 | PLCB Loop | $685.54 | Reimbursement payments through Rho | | | | | | |
| 7/25/2025 | PLCB Loop | $2,826.89 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/28/2025 | PLCB Loop | $347.33 | Reimbursement payments through Rho | | | | | | |
| 7/24/2025 | PLCB Loop | $1,772.98 | Reimbursement payments through Rho | | | | | | |
| 7/25/2025 | PLCB Loop | $734.16 | Reimbursement payments through Rho | | | | | | |
| 7/24/2025 | PLCB Loop | $141.45 | Reimbursement payments through Rho | | | | | | |
| 7/29/2025 | PLCB Loop | $923.70 | Reimbursement payments through Rho | | | | | | |
| 7/24/2025 | PLCB Loop | $748.79 | Reimbursement payments through Rho | | | | | | |
| 7/23/2025 | PLCB Loop | $193.82 | Reimbursement payments through Rho | | | | | | |
| 7/27/2025 | PLCB Loop | $890.27 | Reimbursement payments through Rho | | | | | | |
| 7/27/2025 | PLCB Loop | $255.58 | Reimbursement payments through Rho | | | | | | |
| 7/25/2025 | PLCB Loop | $323.31 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/26/2025 | PLCB Loop | $65.79 | Reimbursement payments through Rho | | | | | | |
| 7/26/2025 | PLCB Loop | $666.70 | Reimbursement payments through Rho | | | | | | |
| 7/28/2025 | PLCB Loop | $74.77 | Reimbursement payments through Rho | | | | | | |
| 7/27/2025 | PLCB Loop | $655.36 | Reimbursement payments through Rho | | | | | | |
| 7/27/2025 | PLCB Loop | $20.97 | Reimbursement payments through Rho | | | | | | |
| 7/27/2025 | PLCB Loop | $303.57 | Reimbursement payments through Rho | | | | | | |
| 7/2/2025 | PLCB Loop | $751.96 | Reimbursement payments through Rho | | | | | | |
| 7/11/2025 | PLCB Loop | $178.34 | Reimbursement payments through Rho | | | | | | |
| 7/19/2025 | PLCB Loop | $60.24 | Reimbursement payments through Rho | | | | | | |
| 7/19/2025 | PLCB Loop | $42.76 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | PLCB Loop | $943.38 | Reimbursement payments through Rho | | | | | | |
| 8/1/2025 | PLCB Loop | $1,032.58 | Reimbursement payments through Rho | | | | | | |
| 7/31/2025 | PLCB Loop | $990.02 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $1,019.82 | Reimbursement payments through Rho | | | | | | |
| 7/31/2025 | PLCB Loop | $635.81 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $973.53 | Reimbursement payments through Rho | | | | | | |
| 7/31/2025 | PLCB Loop | $21.94 | Reimbursement payments through Rho | | | | | | |
| 7/31/2025 | PLCB Loop | $360.68 | Reimbursement payments through Rho | | | | | | |
| 7/31/2025 | PLCB Loop | $540.30 | Reimbursement payments through Rho | | | | | | |
| 8/1/2025 | PLCB Loop | $272.05 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/2/2025 | PLCB Loop | $365.66 | Reimbursement payments through Rho | | | | | | |
| 8/3/2025 | PLCB Loop | $150.68 | Reimbursement payments through Rho | | | | | | |
| 8/4/2025 | PLCB Loop | $297.61 | Reimbursement payments through Rho | | | | | | |
| 8/6/2025 | PLCB Loop | $424.67 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $55.30 | Reimbursement payments through Rho | | | | | | |
| 8/5/2025 | PLCB Loop | $1,859.70 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $613.40 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $20.03 | Reimbursement payments through Rho | | | | | | |
| 8/5/2025 | PLCB Loop | $141.45 | Reimbursement payments through Rho | | | | | | |
| 8/7/2025 | PLCB Loop | $833.93 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/5/2025 | PLCB Loop | $429.08 | Reimbursement payments through Rho | | | | | | |
| 8/8/2025 | PLCB Loop | $794.93 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $1,186.54 | Reimbursement payments through Rho | | | | | | |
| 8/7/2025 | PLCB Loop | $504.65 | Reimbursement payments through Rho | | | | | | |
| 8/7/2025 | PLCB Loop | $1,046.92 | Reimbursement payments through Rho | | | | | | |
| 8/8/2025 | PLCB Loop | $701.08 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $217.13 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $1,228.92 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $217.05 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $193.59 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/9/2025 | PLCB Loop | $420.81 | Reimbursement payments through Rho | | | | | | |
| 8/10/2025 | PLCB Loop | $148.72 | Reimbursement payments through Rho | | | | | | |
| 8/13/2025 | PLCB Loop | $1,222.59 | Reimbursement payments through Rho | | | | | | |
| 8/12/2025 | PLCB Loop | $78.21 | Reimbursement payments through Rho | | | | | | |
| 8/12/2025 | PLCB Loop | $815.68 | Reimbursement payments through Rho | | | | | | |
| 8/13/2025 | PLCB Loop | $501.83 | Reimbursement payments through Rho | | | | | | |
| 8/14/2025 | PLCB Loop | $1,064.48 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $960.45 | Reimbursement payments through Rho | | | | | | |
| 8/14/2025 | PLCB Loop | $527.52 | Reimbursement payments through Rho | | | | | | |
| 8/14/2025 | PLCB Loop | $352.69 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/15/2025 | PLCB Loop | $630.29 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $406.14 | Reimbursement payments through Rho | | | | | | |
| 8/14/2025 | PLCB Loop | $355.79 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $434.25 | Reimbursement payments through Rho | | | | | | |
| 8/12/2025 | PLCB Loop | $78.21 | Reimbursement payments through Rho | | | | | | |
| 8/16/2025 | PLCB Loop | $71.34 | Reimbursement payments through Rho | | | | | | |
| 8/17/2025 | PLCB Loop | $62.95 | Reimbursement payments through Rho | | | | | | |
| 8/17/2025 | PLCB Loop | $47.69 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $193.82 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $442.71 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|-------------------|---------|----------|------|-------|-----|---------|
| 8/16/2025 | PLCB Loop | $377.17 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $1,298.51 | Reimbursement payments through Rho | | | | | | |
| 8/16/2025 | PLCB Loop | $530.91 | Reimbursement payments through Rho | | | | | | |
| 8/16/2025 | PLCB Loop | $124.34 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $900.60 | Reimbursement payments through Rho | | | | | | |
| 8/16/2025 | PLCB Loop | $401.31 | Reimbursement payments through Rho | | | | | | |
| 8/20/2025 | PLCB Loop | $502.84 | Reimbursement payments through Rho | | | | | | |
| 8/19/2025 | PLCB Loop | $277.35 | Reimbursement payments through Rho | | | | | | |
| 8/9/2025 | PLCB Loop | $273.35 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $569.70 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/22/2025 | PLCB Loop | $542.37 | Reimbursement payments through Rho | | | | | | |
| 8/23/2025 | PLCB Loop | $696.50 | Reimbursement payments through Rho | | | | | | |
| 8/20/2025 | PLCB Loop | $622.58 | Reimbursement payments through Rho | | | | | | |
| 8/20/2025 | PLCB Loop | $1,774.07 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $900.43 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $2,367.75 | Reimbursement payments through Rho | | | | | | |
| 8/22/2025 | PLCB Loop | $1,411.62 | Reimbursement payments through Rho | | | | | | |
| 8/22/2025 | PLCB Loop | $870.09 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $445.12 | Reimbursement payments through Rho | | | | | | |
| 8/21/2025 | PLCB Loop | $193.82 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/22/2025 | PLCB Loop | $746.15 | Reimbursement payments through Rho | | | | | | |
| 8/22/2025 | PLCB Loop | $179.01 | Reimbursement payments through Rho | | | | | | |
| 8/26/2025 | PLCB Loop | $63.91 | Reimbursement payments through Rho | | | | | | |
| 8/26/2025 | PLCB Loop | $538.07 | Reimbursement payments through Rho | | | | | | |
| 8/15/2025 | PLCB Loop | $14.28 | Reimbursement payments through Rho | | | | | | |
| 8/10/2025 | PLCB Loop | $158.28 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $38.86 | Reimbursement payments through Rho | | | | | | |
| 8/28/2025 | PLCB Loop | $497.11 | Reimbursement payments through Rho | | | | | | |
| 8/28/2025 | PLCB Loop | $1,026.44 | Reimbursement payments through Rho | | | | | | |
| 8/30/2025 | PLCB Loop | $1,085.43 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 8/29/2025 | PLCB Loop | $913.81 | Reimbursement payments through Rho | | | | | | |
| 8/29/2025 | PLCB Loop | $961.84 | Reimbursement payments through Rho | | | | | | |
| 8/29/2025 | PLCB Loop | $740.22 | Reimbursement payments through Rho | | | | | | |
| 8/29/2025 | PLCB Loop | $593.15 | Reimbursement payments through Rho | | | | | | |
| 8/28/2025 | PLCB Loop | $490.73 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $2,547.72 | Reimbursement payments through Rho | | | | | | |
| 9/3/2025 | PLCB Loop | $903.50 | Reimbursement payments through Rho | | | | | | |
| 8/28/2025 | PLCB Loop | $513.16 | Reimbursement payments through Rho | | | | | | |
| 8/29/2025 | PLCB Loop | $369.42 | Reimbursement payments through Rho | | | | | | |
| 8/29/2025 | PLCB Loop | $302.06 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/5/2025 | PLCB Loop | $729.57 | Reimbursement payments through Rho | | | | | | |
| 9/3/2025 | PLCB Loop | $1,264.74 | Reimbursement payments through Rho | | | | | | |
| 9/3/2025 | PLCB Loop | $2,203.95 | Reimbursement payments through Rho | | | | | | |
| 9/4/2025 | PLCB Loop | $1,205.01 | Reimbursement payments through Rho | | | | | | |
| 8/30/2025 | PLCB Loop | $232.88 | Reimbursement payments through Rho | | | | | | |
| 8/30/2025 | PLCB Loop | $317.60 | Reimbursement payments through Rho | | | | | | |
| 9/1/2025 | PLCB Loop | $282.75 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $1,565.13 | Reimbursement payments through Rho | | | | | | |
| 8/2/2025 | PLCB Loop | $674.51 | Reimbursement payments through Rho | | | | | | |
| 9/4/2025 | PLCB Loop | $595.51 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/13/2025 | PLCB Loop | $38.12 | Reimbursement payments through Rho | | | | | | |
| 9/1/2025 | PLCB Loop | $133.51 | Reimbursement payments through Rho | | | | | | |
| 9/2/2025 | PLCB Loop | $207.68 | Reimbursement payments through Rho | | | | | | |
| 9/3/2025 | PLCB Loop | $82.97 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $1,997.24 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $141.45 | Reimbursement payments through Rho | | | | | | |
| 9/4/2025 | PLCB Loop | $452.30 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $114.37 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $1,323.34 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $1,044.46 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 9/12/2025 | PLCB Loop | $865.10 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $487.77 | Reimbursement payments through Rho | | | | | | |
| 9/5/2025 | PLCB Loop | $36.25 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $508.50 | Reimbursement payments through Rho | | | | | | |
| 9/4/2025 | PLCB Loop | $314.53 | Reimbursement payments through Rho | | | | | | |
| 9/6/2025 | PLCB Loop | $299.99 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $448.90 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $729.43 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $693.88 | Reimbursement payments through Rho | | | | | | |
| 9/9/2025 | PLCB Loop | $610.17 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 9/11/2025 | PLCB Loop | $41.96 | Reimbursement payments through Rho | | | | | | |
| 9/11/2025 | PLCB Loop | $350.53 | Reimbursement payments through Rho | | | | | | |
| 9/15/2025 | PLCB Loop | $24.78 | Reimbursement payments through Rho | | | | | | |
| 9/9/2025 | PLCB Loop | $499.42 | Reimbursement payments through Rho | | | | | | |
| 9/12/2025 | PLCB Loop | $660.68 | Reimbursement payments through Rho | | | | | | |
| 9/12/2025 | PLCB Loop | $357.60 | Reimbursement payments through Rho | | | | | | |
| 9/16/2025 | PLCB Loop | $825.93 | Reimbursement payments through Rho | | | | | | |
| 9/18/2025 | PLCB Loop | $806.57 | Reimbursement payments through Rho | | | | | | |
| 9/16/2025 | PLCB Loop | $797.12 | Reimbursement payments through Rho | | | | | | |
| 9/19/2025 | PLCB Loop | $114.44 | Reimbursement payments through Rho | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/2025 | PLCB Loop | $1,131.47 | Reimbursement payments through Rho | | | | | | |
| 9/30/2025 | PLCB Loop | $1,387.31 | Reimbursement payments through Rho | | | | | | |
| 9/30/2025 | PLCB Loop | $286.18 | Reimbursement payments through Rho | | | | | | |
| | Total: | $115,509.31 | | | | | | | |
| | | | | | | | | | |
| 7/21/2025 | PLCB+ | $1,870.00 | Liquor license and permit fees | 1204 Rockland Street | | Reading | PA | 19604 | |
| 7/21/2025 | PLCB+ | $1,870.00 | Liquor license and permit fees | | | | | | |
| 7/24/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 8/5/2025 | PLCB+ | $60.00 | Liquor license and permit fees | | | | | | |
| 8/5/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 8/7/2025 | PLCB+ | $1,560.00 | Liquor license and permit fees | | | | | | |
| 8/19/2025 | PLCB+ | $1,390.00 | Liquor license and permit fees | | | | | | |
| 8/19/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 8/22/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 8/27/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2025 | PLCB+ | $2,540.00 | Liquor license and permit fees | | | | | | |
| 9/5/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 9/8/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 9/8/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 9/15/2025 | PLCB+ | $2,540.00 | Liquor license and permit fees | | | | | | |
| 9/18/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 9/19/2025 | PLCB+ | $30.00 | Liquor license and permit fees | | | | | | |
| 9/15/2025 | PLCB+ | $2,540.00 | Liquor license and permit fees | | | | | | |
| | Total: | **$14,670.00** | | | | | | | |
| | | | | | | | | | |
| 7/8/2025 | PPL Electric Utilities | $4,322.00 | utility | 2 North 9th Street CPC-GENN1 | | Allentown | PA | 18101-1175 | |
| 7/10/2025 | PPL Electric Utilities | $7,234.51 | utility | | | | | | |
| 7/18/2025 | PPL Electric Utilities | $7,771.10 | utility | | | | | | |
| 8/7/2025 | PPL Electric Utilities | $6,375.60 | utility | | | | | | |
| 8/11/2025 | PPL Electric Utilities | $9,465.33 | utility | | | | | | |
| 8/19/2025 | PPL Electric Utilities | $8,202.81 | utility | | | | | | |
| 9/5/2025 | PPL Electric Utilities | $5,240.20 | utility | | | | | | |
| 9/9/2025 | PPL Electric Utilities | $7,317.78 | utility | | | | | | |
| 9/18/2025 | PPL Electric Utilities | $6,402.62 | utility | | | | | | |
| | Total: | **$62,331.95** | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/11/2025 | PSE&G | $8,650.21 | utility | PO Box 14444 | | New Brunswick | NJ | 08906-4444 | |
| 7/17/2025 | PSE&G | $2,061.18 | utility | | | | | | |
| 8/12/2025 | PSE&G | $9,921.89 | utility | | | | | | |
| 8/19/2025 | PSE&G | $1,450.01 | utility | | | | | | |
| 9/10/2025 | PSE&G | $9,198.14 | utility | | | | | | |
| 9/16/2025 | PSE&G | $1,306.35 | utility | | | | | | |
| | Total: | $32,587.78 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Pye Barker Fire & Safety | $4,722.13 | Fire Safety services | PO Box 735358 | | Dallas | TX | 75373-5358 | |
| 7/23/2025 | Pye Barker Fire & Safety | $1,167.85 | Fire Safety services | | | | | | |
| 8/6/2025 | Pye Barker Fire & Safety | $1,046.51 | Fire Safety services | | | | | | |
| 8/21/2025 | Pye Barker Fire & Safety | $2,528.32 | Fire Safety services | | | | | | |
| | Total: | $9,464.81 | | | | | | | |
| | | | | | | | | | |
| 7/7/2025 | RahrBSG-Brewers Supply Group | $1,566.02 | supplies for brewery | PO Box 74769 | | Chicago | IL | 60694-4769 | |
| 7/11/2025 | RahrBSG-Brewers Supply Group | $3,773.17 | supplies for brewery | | | | | | |
| 7/24/2025 | RahrBSG-Brewers Supply Group | $1,100.05 | supplies for brewery | | | | | | |
| 7/31/2025 | RahrBSG-Brewers Supply Group | $3,250.90 | supplies for brewery | | | | | | |
| 8/8/2025 | RahrBSG-Brewers Supply Group | $735.43 | supplies for brewery | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/2025 | RahrBSG-Brewers Supply Group | $1,325.16 | supplies for brewery | | | | | | |
| 8/25/2025 | RahrBSG-Brewers Supply Group | $5,138.70 | supplies for brewery | | | | | | |
| 9/4/2025 | RahrBSG-Brewers Supply Group | $5,116.04 | supplies for brewery | | | | | | |
| | Total: | $22,005.47 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Restaurant Partners Procurement LLC | $6,500.00 | Purchasing consultant | P.O. Box 410037 | | Boston | MA | 02241-0037 | |
| 9/3/2025 | Restaurant Partners Procurement LLC | $6,500.00 | Purchasing consultant | | | | | | |
| | Total: | $13,000.00 | | | | | | | |
| | | | | | | | | | |
| 7/21/2025 | Restaurant365 | $12,863.93 | Accounting platform | PO Box 846662 | | Los Angeles | CA | 90084-6662 | |
| 8/11/2025 | Restaurant365 | $12,863.94 | Accounting platform | | | | | | |
| 9/5/2025 | Restaurant365 | $12,863.93 | Accounting platform | | | | | | |
| | Total: | $38,591.80 | | | | | | | |
| | | | | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,459.68 | Recycling services | P.O. Box 6011 | | Hermitage | PA | 16148 | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,889.53 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $2,478.49 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,819.21 | Recycling services | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/29/2025 | RoadRunner Recycling, Inc | $1,435.12 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,982.61 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,885.35 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $3,682.60 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $1,633.81 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $2,425.97 | Recycling services | | | | | | |
| 7/29/2025 | RoadRunner Recycling, Inc | $2,917.78 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,826.14 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,534.68 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $3,682.60 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $2,206.96 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,435.12 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,708.81 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,982.61 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $2,403.97 | Recycling services | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/29/2025 | RoadRunner Recycling, Inc | $1,922.49 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $2,842.78 | Recycling services | | | | | | |
| 8/29/2025 | RoadRunner Recycling, Inc | $1,885.35 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $2,080.85 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $3,532.60 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $2,842.78 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,982.61 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,810.35 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,435.12 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,558.81 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $2,498.10 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,826.14 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,900.09 | Recycling services | | | | | | |
| 9/29/2025 | RoadRunner Recycling, Inc | $1,459.68 | Recycling services | | | | | | |
| | Total: | $69,968.79 | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/10/2025 | Roberts Oxygen Co | $10,616.14 | CO2 for beer and soft drinks to pour | PO Box 5507 | | Rockville | MD | 20855 | |
| 7/21/2025 | Roberts Oxygen Co | $10,220.01 | CO2 for beer and soft drinks to pour | | | | | | |
| 9/17/2025 | Roberts Oxygen Co | $5,000.00 | CO2 for beer and soft drinks to pour | | | | | | |
| 9/19/2025 | Roberts Oxygen Co | $1,000.00 | CO2 for beer and soft drinks to pour | | | | | | |
| | Total: | **$26,836.15** | | | | | | | |
| | | | | | | | | | |
| 7/11/2025 | Ronald Davis AKA Northern Liberty Cleaning Services | $4,000.00 | commercial cleaning services | 6639 Cottage St | | Philadelphia | PA | 19135 | |
| 7/16/2025 | Ronald Davis AKA Northern Liberty Cleaning Services | $4,000.00 | commercial cleaning services | | | | | | |
| 8/6/2025 | Ronald Davis AKA Northern Liberty Cleaning Services | $4,000.00 | commercial cleaning services | | | | | | |
| 9/3/2025 | Ronald Davis AKA Northern Liberty Cleaning Services | $4,000.00 | commercial cleaning services | | | | | | |
| | Total: | **$16,000.00** | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | RS Sales & Service, LLC | $5,782.27 | Repairs | 309 Camer Dr Unit#7 | | Bensalem | PA | 19020 | |
| 7/28/2025 | RS Sales & Service, LLC | $597.84 | Repairs | | | | | | |
| 8/11/2025 | RS Sales & Service, LLC | $321.18 | Repairs | | | | | | |
| 8/20/2025 | RS Sales & Service, LLC | $1,179.27 | Repairs | | | | | | |
| 8/20/2025 | RS Sales & Service, LLC | $162.00 | Repairs | | | | | | |
| 8/20/2025 | RS Sales & Service, LLC | $1,316.52 | Repairs | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/28/2025 | RS Sales & Service, LLC | $148.40 | Repairs | | | | | | |
| 8/28/2025 | RS Sales & Service, LLC | $159.00 | Repairs | | | | | | |
| | Total: | **$9,666.48** | | | | | | | |
| | | | | | | | | | |
| 7/17/2025 | RxBenefits, Inc | $10,545.50 | Prescription platform for health benefits | PO BOX 748769 | | Atlanta | GA | 30374-8769 | |
| 7/31/2025 | RxBenefits, Inc | $6,661.69 | Prescription platform for health benefits | | | | | | |
| 8/22/2025 | RxBenefits, Inc | $14,000.00 | Prescription platform for health benefits | | | | | | |
| 9/9/2025 | RxBenefits, Inc | $26,129.64 | Prescription platform for health benefits | | | | | | |
| | Total: | **$57,336.83** | | | | | | | |
| | | | | | | | | | |
| 7/23/2025 | Sanchez Cleaning Services LLC | $4,500.00 | commercial cleaning service | | | | | | |
| 7/30/2025 | Sanchez Cleaning Services LLC | $4,500.00 | commercial cleaning service | | | | | | |
| 8/21/2025 | Sanchez Cleaning Services LLC | $4,500.00 | commercial cleaning service | | | | | | |
| 8/27/2025 | Sanchez Cleaning Services LLC | $4,500.00 | commercial cleaning service | | | | | | |
| | Total: | **$18,000.00** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Schneider National Carriers, Inc | $444.75 | Logistics/Transport of beer | PO BOX 2545 | | Green Bay | WI | 54306-2545 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/8/2025 | Schneider National Carriers, Inc | $35.00 | Logistics/Transport of beer | | | | | | |
| 7/26/2025 | Schneider National Carriers, Inc | $70.00 | Logistics/Transport of beer | | | | | | |
| 7/28/2025 | Schneider National Carriers, Inc | $35.00 | Logistics/Transport of beer | | | | | | |
| 7/28/2025 | Schneider National Carriers, Inc | $70.00 | Logistics/Transport of beer | | | | | | |
| 7/30/2025 | Schneider National Carriers, Inc | $527.73 | Logistics/Transport of beer | | | | | | |
| 8/4/2025 | Schneider National Carriers, Inc | $335.88 | Logistics/Transport of beer | | | | | | |
| 8/4/2025 | Schneider National Carriers, Inc | $417.69 | Logistics/Transport of beer | | | | | | |
| 8/5/2025 | Schneider National Carriers, Inc | $372.65 | Logistics/Transport of beer | | | | | | |
| 8/6/2025 | Schneider National Carriers, Inc | $301.11 | Logistics/Transport of beer | | | | | | |
| 8/9/2025 | Schneider National Carriers, Inc | $95.67 | Logistics/Transport of beer | | | | | | |
| 8/15/2025 | Schneider National Carriers, Inc | $482.75 | Logistics/Transport of beer | | | | | | |
| 8/27/2025 | Schneider National Carriers, Inc | $70.00 | Logistics/Transport of beer | | | | | | |
| 8/27/2025 | Schneider National Carriers, Inc | $848.34 | Logistics/Transport of beer | | | | | | |
| 9/16/2025 | Schneider National Carriers, Inc | $1,829.34 | Logistics/Transport of beer | | | | | | |
| 8/29/2025 | Schneider National Carriers, Inc | $3,400.00 | Logistics/Transport of beer | | | | | | |
| | Total: | **$9,335.91** | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 7/23/2025 | Seamless Flooring Systems Inc. | $21,400.00 | floor repairs | 333 Kennedy Blvd. | | Somerdale | NJ | 08083 | |
| 8/13/2025 | Seamless Flooring Systems Inc. | $5,350.00 | floor repairs | | | | | | |
| | Total: | $26,750.00 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Senn Bros Produce | $1,879.82 | Produce | State Farmers Market | 327 Wholesale Lane | West Columbia | SC | 29172 | |
| 7/16/2025 | Senn Bros Produce | $1,336.82 | Produce | | | | | | |
| 7/23/2025 | Senn Bros Produce | $1,913.07 | Produce | | | | | | |
| 7/30/2025 | Senn Bros Produce | $1,613.33 | Produce | | | | | | |
| 8/6/2025 | Senn Bros Produce | $2,135.33 | Produce | | | | | | |
| 8/13/2025 | Senn Bros Produce | $2,173.89 | Produce | | | | | | |
| 8/21/2025 | Senn Bros Produce | $1,648.40 | Produce | | | | | | |
| 8/27/2025 | Senn Bros Produce | $1,791.32 | Produce | | | | | | |
| 9/3/2025 | Senn Bros Produce | $1,543.94 | Produce | | | | | | |
| | Total: | $16,035.92 | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Sharp Energy | $2,417.21 | Utility | P.O. Box 829981 | | Philadelphia | PA | 19182-9981 | |
| 8/15/2025 | Sharp Energy | $3,201.92 | Utility | | | | | | |
| 9/15/2025 | Sharp Energy | $3,016.82 | Utility | | | | | | |
| | Total: | $8,635.95 | | | | | | | |
| | | | | | | | | | |
| 7/15/2025 | Shipyard Dining-WILMINGTON | $33,242.01 | Rent | CBRE, Inc | 3801 Kennett Pike, Suite B-106 | Greenville | DE | 19807 | Sean Tortella |
| 8/21/2025 | Shipyard Dining-WILMINGTON | $12,500.00 | REnt | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| | Total: | $45,742.01 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Sidework Construction and Maintenance | $17,429.89 | repairs and maintenance | 3424 Tyson Rd | | Newtown Square | PA | 19073 | |
| 7/24/2025 | Sidework Construction and Maintenance | $4,673.78 | repairs and maintenance | | | | | | |
| 8/1/2025 | Sidework Construction and Maintenance | $12,350.00 | repairs and maintenance | | | | | | |
| 8/12/2025 | Sidework Construction and Maintenance | $2,380.40 | repairs and maintenance | | | | | | |
| 9/5/2025 | Sidework Construction and Maintenance | $12,350.00 | repairs and maintenance | | | | | | |
| 9/11/2025 | Sidework Construction and Maintenance | $5,191.20 | repairs and maintenance | | | | | | |
| | Total: | $54,375.27 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Singer Equipment | $12,961.12 | smallwares, plates, and mugs | 150 S Twin Valley Road | | Elverson | PA | 19520 | |
| 7/16/2025 | Singer Equipment | $12,866.48 | smallwares, plates, and mugs | | | | | | |
| 7/23/2025 | Singer Equipment | $12,669.15 | smallwares, plates, and mugs | | | | | | |
| 7/30/2025 | Singer Equipment | $12,449.68 | smallwares, plates, and mugs | | | | | | |
| 8/6/2025 | Singer Equipment | $12,622.61 | smallwares, plates, and mugs | | | | | | |
| 8/13/2025 | Singer Equipment | $12,805.05 | smallwares, plates, and mugs | | | | | | |
| 9/4/2025 | Singer Equipment | $10,991.46 | smallwares, plates, and mugs | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 9/11/2025 | Singer Equipment | $1,436.70 | smallwares, plates, and mugs | | | | | | |
| 9/23/2025 | Singer Equipment | $4,869.12 | smallwares, plates, and mugs | | | | | | |
| | Total: | $93,671.37 | | | | | | | |
| | | | | | | | | | |
| 7/28/2025 | SMG Capital | $10,500.00 | FP&A services | 2607 Sherwin Street | | Houston | TX | 77007 | |
| 8/14/2025 | SMG Capital | $10,500.00 | FP&A services | | | | | | |
| 9/12/2025 | SMG Capital | $2,500.00 | FP&A services | | | | | | |
| | Total: | $23,500.00 | | | | | | | |
| | | | | | | | | | |
| 7/3/2025 | Southern Glazer's Wine & Spirits of DE | $663.34 | Alcohol | 615 Lambson Lane | | New Castle | DE | 19720 | |
| 7/7/2025 | Southern Glazer's Wine & Spirits of DE | $75.93 | Alcohol | | | | | | |
| 7/3/2025 | Southern Glazer's Wine & Spirits of DE | $318.67 | Alcohol | | | | | | |
| 7/10/2025 | Southern Glazer's Wine & Spirits of DE | $967.86 | Alcohol | | | | | | |
| 7/2/2025 | Southern Glazer's Wine & Spirits of DE | $47.42 | Alcohol | | | | | | |
| 7/10/2025 | Southern Glazer's Wine & Spirits of DE | $683.20 | Alcohol | | | | | | |
| 7/14/2025 | Southern Glazer's Wine & Spirits of DE | $255.13 | Alcohol | | | | | | |
| 7/17/2025 | Southern Glazer's Wine & Spirits of DE | $104.80 | Alcohol | | | | | | |
| 7/17/2025 | Southern Glazer's Wine & Spirits of DE | $1,321.07 | Alcohol | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/21/2025 | Southern Glazer's Wine & Spirits of DE | $253.97 | Alcohol | | | | | | |
| 7/24/2025 | Southern Glazer's Wine & Spirits of DE | $635.55 | Alcohol | | | | | | |
| 7/24/2025 | Southern Glazer's Wine & Spirits of DE | $194.48 | Alcohol | | | | | | |
| 7/25/2025 | Southern Glazer's Wine & Spirits of DE | $91.72 | Alcohol | | | | | | |
| 7/28/2025 | Southern Glazer's Wine & Spirits of DE | $400.81 | Alcohol | | | | | | |
| 7/31/2025 | Southern Glazer's Wine & Spirits of DE | $408.64 | Alcohol | | | | | | |
| 7/31/2025 | Southern Glazer's Wine & Spirits of DE | $618.91 | Alcohol | | | | | | |
| 8/4/2025 | Southern Glazer's Wine & Spirits of DE | $84.53 | Alcohol | | | | | | |
| 8/7/2025 | Southern Glazer's Wine & Spirits of DE | $1,650.06 | Alcohol | | | | | | |
| 8/7/2025 | Southern Glazer's Wine & Spirits of DE | $285.88 | Alcohol | | | | | | |
| 8/14/2025 | Southern Glazer's Wine & Spirits of DE | $1,166.86 | Alcohol | | | | | | |
| 8/18/2025 | Southern Glazer's Wine & Spirits of DE | $118.78 | Alcohol | | | | | | |
| 8/18/2025 | Southern Glazer's Wine & Spirits of DE | $92.81 | Alcohol | | | | | | |
| 8/21/2025 | Southern Glazer's Wine & Spirits of DE | $1,241.85 | Alcohol | | | | | | |
| 8/25/2025 | Southern Glazer's Wine & Spirits of DE | $159.99 | Alcohol | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 8/25/2025 | Southern Glazer's Wine & Spirits of DE | $975.99 | Alcohol | | | | | | |
| 8/28/2025 | Southern Glazer's Wine & Spirits of DE | $1,192.82 | Alcohol | | | | | | |
| 8/28/2025 | Southern Glazer's Wine & Spirits of DE | $210.62 | Alcohol | | | | | | |
| 9/2/2025 | Southern Glazer's Wine & Spirits of DE | $459.83 | Alcohol | | | | | | |
| 9/5/2025 | Southern Glazer's Wine & Spirits of DE | $583.78 | Alcohol | | | | | | |
| 9/5/2025 | Southern Glazer's Wine & Spirits of DE | $926.83 | Alcohol | | | | | | |
| 9/11/2025 | Southern Glazer's Wine & Spirits of DE | $843.01 | Alcohol | | | | | | |
| 9/11/2025 | Southern Glazer's Wine & Spirits of DE | $183.28 | Alcohol | | | | | | |
| 9/15/2025 | Southern Glazer's Wine & Spirits of DE | $293.09 | Alcohol | | | | | | |
| 9/22/2025 | Southern Glazer's Wine & Spirits of DE | $680.04 | Alcohol | | | | | | |
| 9/25/2025 | Southern Glazer's Wine & Spirits of DE | $551.00 | Alcohol | | | | | | |
| 9/29/2025 | Southern Glazer's Wine & Spirits of DE | $306.06 | Alcohol | | | | | | |
| 9/29/2025 | Southern Glazer's Wine & Spirits of DE | $298.86 | Alcohol | | | | | | |
| | Total: | **$19,347.47** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Sprague Operating Resources LLC | $4,350.37 | utility broker | 185 International Drive | | Portsmouth | NH | 03801 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/2025 | Sprague Operating Resources LLC | $4,846.40 | utility broker | | | | | | |
| 8/6/2025 | Sprague Operating Resources LLC | $4,350.37 | utility broker | | | | | | |
| 8/27/2025 | Sprague Operating Resources LLC | $4,548.13 | utility broker | | | | | | |
| | Total: | $18,095.27 | | | | | | | |
| | | | | | | | | | |
| 8/15/2025 | Stratus Building Solutions of Philadelphia | $3,485.19 | commercial cleaning business | | | | | | |
| 9/8/2025 | Stratus Building Solutions of Philadelphia | $3,604.00 | commercial cleaning business | | | | | | |
| | Total: | $7,089.19 | | | | | | | |
| | | | | | | | | | |
| 8/11/2025 | Superior Talent Source | $7,500.00 | Recruiting fees for placements | PO Box 773409 | | Detriot | MI | 48277-3409 | |
| 8/15/2025 | Superior Talent Source | $7,800.00 | Recruiting fees for placements | | | | | | |
| 8/21/2025 | Superior Talent Source | $7,700.00 | Recruiting fees for placements | | | | | | |
| 9/8/2025 | Superior Talent Source | $8,000.00 | Recruiting fees for placements | | | | | | |
| 9/16/2025 | Superior Talent Source | $8,000.00 | Recruiting fees for placements | | | | | | |
| | Total: | $39,000.00 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Taylor Boys' Produce Inc. | $2,372.18 | Produce | PO Box 334 | | Enoree | SC | 29335 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|---|
| 7/16/2025 | Taylor Boys' Produce Inc. | $1,555.18 | Produce | | | | | | |
| 7/23/2025 | Taylor Boys' Produce Inc. | $1,524.37 | Produce | | | | | | |
| 7/30/2025 | Taylor Boys' Produce Inc. | $1,755.90 | Produce | | | | | | |
| 8/6/2025 | Taylor Boys' Produce Inc. | $1,545.24 | Produce | | | | | | |
| 8/21/2025 | Taylor Boys' Produce Inc. | $2,612.75 | Produce | | | | | | |
| 8/27/2025 | Taylor Boys' Produce Inc. | $2,666.64 | Produce | | | | | | |
| 9/3/2025 | Taylor Boys' Produce Inc. | $2,182.33 | Produce | | | | | | |
| | Total: | **$16,214.59** | | | | | | | |
| | | | | | | | | | |
| 7/16/2025 | Terminator the Exterminator | $2,400.62 | exterminator services | 720 Jackson Ave | | Magnolia | NJ | 08049 | |
| 7/30/2025 | Terminator the Exterminator | $1,601.56 | exterminator services | | | | | | |
| 8/6/2025 | Terminator the Exterminator | $2,168.90 | exterminator services | | | | | | |
| 9/3/2025 | Terminator the Exterminator | $5,201.08 | exterminator services | | | | | | |
| | Total: | **$11,372.16** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | The Restaurant Assistants LLC | $6,500.00 | IT services - help desk | 1348 Fruitville Road STE 201 | | Sarasota | FL | 34236 | |
| 7/22/2025 | The Restaurant Assistants LLC | $5,225.00 | IT services - help desk | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/22/2025 | The Restaurant Assistants LLC | $3,000.00 | CTO Services | | | | | | |
| 8/26/2025 | The Restaurant Assistants LLC | $185.60 | IT services - help desk | | | | | | |
| 8/26/2025 | The Restaurant Assistants LLC | $3,000.00 | CTO Services | | | | | | |
| 8/26/2025 | The Restaurant Assistants LLC | $5,225.00 | IT services - help desk | | | | | | |
| 8/29/2025 | The Restaurant Assistants LLC | $3,548.92 | IT services - help desk | | | | | | |
| | Total: | **$26,684.52** | | | | | | | |
| | | | | | | | | | |
| 7/10/2025 | The Royal Group - TRG | $5,162.77 | Brewery - beer trays | 436 Stump Road | | Montgomeryville | PA | 18936 | |
| 7/24/2025 | The Royal Group - TRG | $5,162.78 | Brewery - beer trays | | | | | | |
| | Total: | **$10,325.55** | | | | | | | |
| | | | | | | | | | |
| 7/22/2025 | Tripleseat Software, LLC | $5,932.16 | Event planning software | 300 Baker Avenue, Suite 160 | | Concord | MA | 01742 | |
| 8/22/2025 | Tripleseat Software, LLC | $5,932.16 | Event planning software | | | | | | |
| 8/1/2025 | Tripleseat Software, LLC | $180.00 | Event planning software | | | | | | |
| 8/1/2025 | Tripleseat Software, LLC | $360.00 | Event planning software | | | | | | |
| 9/23/2025 | Tripleseat Software, LLC | $5,052.21 | Event planning software | | | | | | |
| | Total: | **$17,456.53** | | | | | | | |
| | | | | | | | | | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/7/2025 | UGI Utilities, Inc. | $2,190.79 | Utility | P.O. Box  15503 | | Wilmington | DE | 19886-5503 | |
| 7/7/2025 | UGI Utilities, Inc. | $3,102.13 | Utility | | | | | | |
| 7/9/2025 | UGI Utilities, Inc. | $2,026.63 | Utility | | | | | | |
| 8/5/2025 | UGI Utilities, Inc. | $3,493.38 | Utility | | | | | | |
| 8/5/2025 | UGI Utilities, Inc. | $2,086.98 | Utility | | | | | | |
| 8/13/2025 | UGI Utilities, Inc. | $1,916.94 | Utility | | | | | | |
| 9/4/2025 | UGI Utilities, Inc. | $1,913.61 | Utility | | | | | | |
| 9/4/2025 | UGI Utilities, Inc. | $3,009.74 | Utility | | | | | | |
| 9/9/2025 | UGI Utilities, Inc. | $1,736.74 | Utility | | | | | | |
| | Total: | $21,476.94 | | | | | | | |
| | | | | | | | | | |
| 7/3/2025 | Vestis-Aramark | $2,543.60 | linens and uniforms - SC/GA | PO BOX 731676 | | Dallas | TX | 75373-1676 | |
| 7/3/2025 | Vestis-Aramark | $2,494.84 | linens and uniforms - SC/GA | | | | | | |
| 7/18/2025 | Vestis-Aramark | $5,280.63 | linens and uniforms - SC/GA | | | | | | |
| 8/7/2025 | Vestis-Aramark | $2,225.65 | linens and uniforms - SC/GA | | | | | | |
| 8/15/2025 | Vestis-Aramark | $4,033.31 | linens and uniforms - SC/GA | | | | | | |
| 8/28/2025 | Vestis-Aramark | $4,299.77 | linens and uniforms - SC/GA | | | | | | |
| 9/5/2025 | Vestis-Aramark | $5,867.65 | linens and uniforms - SC/GA | | | | | | |
| | Total: | $26,745.45 | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | William G Day Company | $3,737.00 | Repairs | 330 Water St Suite 109 | | Wilmington | DE | 19804 | |

| Date | Company | Amount | Reason for Payment | Address | Address2 | City | State | Zip | Contact |
|------|---------|--------|--------------------|---------|----------|------|-------|-----|---------|
| 7/23/2025 | William G Day Company | $3,426.00 | Repairs | | | | | | |
| 7/30/2025 | William G Day Company | $2,302.00 | Repairs | | | | | | |
| 8/21/2025 | William G Day Company | $10,691.00 | Repairs | | | | | | |
| 9/3/2025 | William G Day Company | $3,107.00 | Repairs | | | | | | |
| | Total: | **$23,263.00** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Willkie Farr & Gallagher LLP | $5,000.00 | Legal services | 787 Seventh Avenue | | New York | NY | 10019-6099 | |
| 7/16/2025 | Willkie Farr & Gallagher LLP | $5,000.00 | Legal services | | | | | | |
| 7/30/2025 | Willkie Farr & Gallagher LLP | $5,000.00 | Legal services | | | | | | |
| 8/13/2025 | Willkie Farr & Gallagher LLP | $5,000.00 | Legal services | | | | | | |
| 9/3/2025 | Willkie Farr & Gallagher LLP | $35,000.00 | Legal services | | | | | | |
| | Total: | **$55,000.00** | | | | | | | |
| | | | | | | | | | |
| 7/9/2025 | Yakima Chief Hops | $5,000.00 | raw material for brewing | 306 Division Street | | Yakima | WA | 98902 | |
| 7/16/2025 | Yakima Chief Hops | $5,000.00 | raw material for brewing | | | | | | |
| 7/23/2025 | Yakima Chief Hops | $9,768.00 | raw material for brewing | | | | | | |
| 9/3/2025 | Yakima Chief Hops | $5,000.00 | raw material for brewing | | | | | | |
| | Total: | **$24,768.00** | | | | | | | |

**Iron Hill Brewery, LLC, Statement of Financial Affairs, Part 2, Question 4, 1 Year Transfers to Insiders**

| Name (Address Redacted) | Date | Amount | Reason for Payment |
|---|---|---|---|
| Arnie Caine | 11/14/2024 | $2,392.50 | Real esate consulting |
| Arnie Caine | 1/3/2025 | $4,640.00 | Real esate consulting |
| Arnie Caine | 1/23/2025 | $5,510.00 | Real esate consulting |
| Arnie Caine | 4/30/2025 | $6,260.00 | Real esate consulting |
| Arnie Caine | 7/2/2025 | $6,600.00 | Real esate consulting |
| Arnie Caine | 7/30/2025 | $4,372.50 | Real esate consulting |
| Arnie Caine | 8/27/2025 | $2,516.25 | Real esate consulting |
| Arnie Caine | 9/23/2025 | $6,806.25 | Real esate consulting |
| | Total: | **$39,097.50** | |
| | | | |
| Chris Westcott | 10/4/2024 | $43,508.51 | Executive Wages and Bonus |
| Chris Westcott | 11/4/2024 | $42,045.35 | Executive Wages and Bonus |
| Chris Westcott | 12/3/2024 | $11,483.84 | Executive Wages and Bonus |
| Chris Westcott | 1/3/2025 | $15,650.84 | Executive Wages and Bonus |
| Chris Westcott | 2/4/2025 | $21,859.28 | Severance |
| Chris Westcott | 4/4/2025 | $36,883.95 | Severance |
| Chris Westcott | 6/4/2025 | $17,546.88 | Severance |
| | Total: | **$188,978.65** | |
| | | | |
| Derek Rothenberger | 10/4/2024 | $2,495.84 | Bonus |
| Derek Rothenberger | 10/4/2024 | $16,490.76 | Executive Wages |
| Derek Rothenberger | 10/7/2024 | $6,140.48 | Bonus |
| Derek Rothenberger | 11/4/2024 | $2,495.84 | Bonus |
| Derek Rothenberger | 11/4/2024 | $16,490.76 | Executive Wages |
| Derek Rothenberger | 12/3/2024 | $2,495.84 | Bonus |
| Derek Rothenberger | 12/3/2024 | $16,490.76 | Executive Wages |
| Derek Rothenberger | 1/2/2025 | $2,495.84 | Bonus |
| Derek Rothenberger | 1/3/2025 | $6,140.48 | Bonus |
| Derek Rothenberger | 1/2/2025 | $16,490.76 | Bonus |
| Derek Rothenberger | 2/4/2025 | $16,490.76 | Executive Wages |
| Derek Rothenberger | 3/5/2025 | $16,678.47 | Executive Wages |
| Derek Rothenberger | 4/2/2025 | $16,923.81 | Executive Wages |
| Derek Rothenberger | 5/1/2025 | $8,276.67 | Executive Wages |
| Derek Rothenberger | 5/12/2025 | $8,276.67 | Executive Wages |
| Derek Rothenberger | 5/30/2025 | $8,276.67 | Executive Wages |
| Derek Rothenberger | 6/13/2025 | $8,460.60 | Executive Wages |

| Name (Address Redacted) | Date | Amount | Reason for Payment |
|---|---|---|---|
| Derek Rothenberger | 6/30/2025 | $8,322.65 | Executive Wages |
| Derek Rothenberger | 7/15/2025 | $8,322.98 | Executive Wages |
| Derek Rothenberger | 7/31/2025 | $8,322.98 | Executive Wages |
| Derek Rothenberger | 8/14/2025 | $8,322.98 | Executive Wages |
| Derek Rothenberger | 8/28/2025 | $9,282.10 | Executive Wages |
| Derek Rothenberger | 9/12/2025 | $8,962.28 | Executive Wages |
| Derek Rothenberger | 9/30/2025 | $4,189.88 | Executive Wages |
|  | Total: | **$227,336.86** |  |
|  |  |  |  |
| Kathryn Henderson | 10/4/2024 | $2,558.61 | Bonus |
| Kathryn Henderson | 10/4/2024 | $19,973.46 | Executive Wages |
| Kathryn Henderson | 11/4/2024 | $2,558.61 | Bonus |
| Kathryn Henderson | 11/4/2024 | $19,973.46 | Executive Wages |
| Kathryn Henderson | 12/3/2024 | $2,558.61 | Bonus |
| Kathryn Henderson | 12/3/2024 | $19,973.46 | Executive Wages |
| Kathryn Henderson | 1/2/2025 | $19,973.46 | Executive Wages |
| Kathryn Henderson | 1/2/2025 | $2,558.61 | Bonus |
| Kathryn Henderson | 2/4/2025 | $19,973.46 | Executive Wages |
| Kathryn Henderson | 3/7/2025 | $21,211.08 | Severance |
| Kathryn Henderson | 4/4/2025 | $21,211.08 | Severance |
| Kathryn Henderson | 5/1/2025 | $5,302.77 | Severance |
|  | Total: | **$157,826.67** |  |
|  |  |  |  |
| Kevin Davies | 10/17/2024 | $3,067.23 | Health insurance reimburse |
| Kevin Davies | 1/3/2025 | $3,094.23 | Health insurance reimburse |
| Kevin Davies | 3/31/2025 | $3,266.16 | Health insurance reimburse |
| Kevin Davies | 6/17/2025 | $3,266.16 | Health insurance reimburse |
| Kevin Davies | 9/15/2025 | $3,266.16 | Health insurance reimburse |
|  | Total: | **$15,959.94** |  |
|  |  |  |  |
| Mark Kirke | 1/13/2025 | $68,533.28 | Sign on bonus |
| Mark Kirke | 1/13/2025 | $5,322.98 | Expense reimbursement |
| Mark Kirke | 2/4/2025 | $36,595.44 | Executive Wages |
| Mark Kirke | 3/5/2025 | $37,703.10 | Executive Wages |
| Mark Kirke | 4/2/2025 | $34,955.04 | Executive Wages |
| Mark Kirke | 5/1/2025 | $50,331.62 | Executive Wages |
| Mark Kirke | 5/12/2025 | $18,297.72 | Executive Wages |
| Mark Kirke | 5/30/2025 | $18,297.72 | Executive Wages |

| Name (Address Redacted) | Date | Amount | Reason for Payment |
|---|---|---|---|
| Mark Kirke | 6/13/2025 | $15,016.92 | Executive Wages |
| Mark Kirke | 6/24/2025 | $2,180.10 | Expense reimbursement |
| Mark Kirke | 6/30/2025 | $17,840.87 | Executive Wages |
| Mark Kirke | 7/15/2025 | $17,840.87 | Executive Wages |
| Mark Kirke | 7/31/2025 | $17,840.87 | Executive Wages |
| Mark Kirke | 8/14/2025 | $17,840.87 | Executive Wages |
| Mark Kirke | 8/28/2025 | $18,653.18 | Executive Wages |
| Mark Kirke | 9/12/2025 | $18,382.41 | Executive Wages |
| Mark Kirke | 9/26/2025 | $75,000.00 | Executive Wages/Bankruptcy services agreement |
| Mark Kirke | 9/30/2025 | $5,229.91 | Executive Wages |
|  | Total: | **$475,862.90** |  |
|  |  |  |  |
| Ned Lidvall | 7/9/2025 | **$818.07** | Reimbursment |
|  |  |  |  |
| Neil Salmon | 10/4/2024 | $17,846.67 | Bonus |
| Neil Salmon | 11/4/2024 | $17,846.67 | Bonus |
| Neil Salmon | 12/3/2024 | $17,846.67 | Bonus |
| Neil Salmon | 1/3/2025 | $17,846.67 | Bonus |
| Neil Salmon | 2/4/2025 | $17,846.67 | Bonus |
| Neil Salmon | 3/5/2025 | $17,846.67 | Bonus |
| Neil Salmon | 4/4/2025 | $17,846.67 | Bonus |
| Neil Salmon | 5/1/2025 | $17,846.67 | Bonus |
| Neil Salmon | 6/4/2025 | $17,846.67 | Bonus |
|  | Total: | **$160,620.03** |  |
|  |  |  |  |
| Pete Bell | 10/4/2024 | $1,634.63 | Bonus |
| Pete Bell | 10/4/2024 | $22,894.02 | Executive Wages |
| Pete Bell | 11/4/2024 | $1,634.63 | Bonus |
| Pete Bell | 11/4/2024 | $22,894.02 | Executive Wages |
| Pete Bell | 12/3/2024 | $1,634.63 | Bonus |
| Pete Bell | 12/3/2024 | $22,894.02 | Executive Wages |
| Pete Bell | 1/2/2025 | $1,634.63 | Bonus |
| Pete Bell | 1/2/2025 | $22,894.02 | Executive Wages |
| Pete Bell | 2/18/2025 | $22,960.12 | Severance |
| Pete Bell | 3/5/2025 | $22,894.02 | Severance |
| Pete Bell | 4/4/2025 | $22,960.12 | Severance |
|  | Total: | **$166,928.86** |  |
|  |  |  |  |
| Hospitality Support Services, LLC | 5/12/2025 | $13,750.00 | Executive Wages |

| Name (Address Redacted) | Date | Amount | Reason for Payment |
|---|---|---|---|
| Hospitality Support Services, LLC | 5/30/2025 | $11,458.33 | Executive Wages |
| Hospitality Support Services, LLC | 6/3/2025 | $2,268.10 | Executive Wages |
| Hospitality Support Services, LLC | 6/13/2025 | $12,489.45 | Executive Wages |
| Hospitality Support Services, LLC | 6/30/2025 | $12,489.45 | Executive Wages |
| Hospitality Support Services, LLC | 7/15/2025 | $12,489.45 | Executive Wages |
| Hospitality Support Services, LLC | 7/31/2025 | $12,489.45 | Executive Wages |
| Hospitality Support Services, LLC | 8/14/2025 | $12,489.45 | Executive Wages |
| Hospitality Support Services, LLC | 8/28/2025 | $14,088.54 | Executive Wages |
| Hospitality Support Services, LLC | 9/12/2025 | $13,555.51 | Executive Wages |
| Hospitality Support Services, LLC | 9/26/2025 | $25,000.00 | Executive Wages/Bankruptcy services agreement |
| Hospitality Support Services, LLC | 9/30/2025 | $3,445.13 | Executive Wages |
| | Total: | **$146,012.86** | |

# United States Bankruptcy Court
### District of New Jersey

In re  **Iron Hill Brewery, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 3, 2025**

**/s/ Mark Kirke**
**Mark Kirke/Chief Executive Officer**
Signer/Title

.

Abbie Kay Lobley
Address redacted


Advanced Hospitality Systems
110 Kresson Gibbsboro Road, Suite 6
Voorhees, NJ 08043


AEB Biochemical USA, Inc
P.O. Box 670
Lodi, CA 95241


Alcohol and Tobacco Tax and Trade Bureau
Excise Tax
P.O. Box 790353
Saint Louis, MO 63179-0353


Alcohol, Tobacco, Cannabis Commission
1215 E Fort Avenue
No. 300
Baltimore, MD 21230


Alexis Leone Lundeen
Address redacted


ALTAURA
2219 Main Street
Santa Monica, CA 90405


Amoretti
451 Lombard Street
Oxnard, CA 93030


Amy Lynn Missimer
Address redacted


Amy Lynn Virelli
Address redacted


Annette Kay Williams McCann
Address redacted


Appleyard Agency
4400 Bayou Blvd., Suite 12
Pensacola, FL 32503

Arraya Solutions Inc
518 Township Line Road
Suite 250
Blue Bell, PA 19422


Ashley Wolf
Address redacted


Atlantic Pension Services Inc
P.O. Box 758
Kennett Square, PA 19348


Atlantic Pension Services, Inc.
PO Box 758
Kennett Square, PA 19348


Balick & Balick LLC
711 North King Street
Wilmington, DE 19801


BankUnited, N.A.
14817 Oak Lane
Miami Lakes, FL 33016


Barnes Beverage Group LLC
1910 Towne Center Boulevard
Suite 250
Annapolis, MD 21401


Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164


Bigart-Ecosystems, LLC
5301 Riata Park
Court F
Austin, TX 78727


Block One Technologies
420 Linden Street
Suite 200
Fort Collins, CO 80524

Brady Risk Management
24 W Carver Street, 2nd Floor
Huntington, NY 11743


Bray Architecture, Inc.
1300 C Yellow Pine
Boulder, CO 80304


Brendan P. Mullan
Address redacted


Briess Industries,INC.
P.O. Box 88679
Milwaukee, WI 53288-8679


Brixmor/Newtown Village-NEWTOWN
953 Hempstead Drive
Cincinnati, OH 45231


Brynne Sundman
Address redacted


C&D Brewing Company of Ardmore, LLC
60 Greenfield Avenue
Ardmore, PA 19003


C&D Brewing Company of Chestnut Hill
8400 Germantown Ave., Ste. 2A
Philadelphia, PA 19118


C&D Brewing Company of Huntingdon Valley
785 Huntington Pike
Huntingdon Valley, PA 19006


C&D Brewing Company of Lancaster, LLC
781 Harrisburg Pike
Lancaster, PA 17603


C&D Brewing Company of Marlton, LLC
124 E. Kings Highway, Suite 300
Maple Shade, NJ 08052

C&D Brewing Company of Media, LLC
30 E. State Street
Media, PA 19063


C&D Brewing Company of Montgomeryville
14600 Bethlehem Pike, Suite 100
North Wales, PA 19454


C&D Brewing Company of Pennsylvania, LLC
3 W. Gay Street
West Chester, PA 19380


C&D Brewing Company of Phoenixville, LLC
130 E. Bridge Street
Phoenixville, PA 19460


C&D Brewing Company of Voorhees, LLC
13107 Town Center Blvd.
Voorhees, NJ 08043


C&D Brewing Company of Wilmington, LLC
620 Juriston Street
Wilmington, DE 19801


Campus-LANCASTER
701 Harrisburg Avenue
Lancaster, PA 17603


Carolina Office Systems, Inc.
10506 Bryton Corpraote Center Dr.
Building B, Suite 400
Huntersville, NC 28078


Caron & Bletzer, PLLC
1 Library Lane
Kingston, NH 03848


CDW
P.O. Box 75723
Chicago, IL 60675-5723


Chef Works
1801 W Olympic Boulevard
Pasadena, CA 91199-2438

Chemstation of Philadelphia LTD
P.O. Box 931122
Cleveland, OH 44193


Chesapeake & Delaware Brewing Company
147 E. Main Street
Newark, DE 19711


Chester County Disc Golf
3707 Corey Lane
Thorndale, PA 19372


Christina Mary Reynolds
c/o Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222


CIT-First-Citizens Bank & Trust Co
21146 Network Place
Chicago, IL 60673-1211


City of Dunwoody
4800 Ashford Dunwoody Drive
Atlanta, GA 30338


Clean & Polish Building Solutions
9200 Corporate Boulevard
Suite 480
Rockville, MD 20850


Cleveland-Menu Printing Inc
1441 E 17th Street
Cleveland, OH 44114


Coastal Station, LLC
c/o Michael J. Scali
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801


CohnReznick Advisory LLc
P.O. Box 1699
Albany, NY 12201

CohnReznick LLP
1305 Walt Whitman Road
Suite 210
Melville, NY 11747


Colin York
address redacted


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


Convention Center Visitors Guide
51 North 3rd Street
Suite 155
Philadelphia, PA 01906


Corporate Services Consultants, LLC
P.O. Box 1048
Dandridge, TN 37725


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


CTS
13839 Collection Center Drive
Chicago, IL 60693


D2 Branding LLC
2540 Renaissance Boulevard
Suite 100
King of Prussia, PA 19406


Danielle Bennett
Address redacted


Dauphin Electric
P.O. Box 780758
Philadelphia, PA 19178-0758


Dayforce-Ceridian
P.O. Box 10989
LA 70193

Delaware Brewer's Guild
109 East Division Street
Dover, DE 19901


Delaware Division of Revenue/Bankruptcy
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801


Delmarva Power- NEW
P.O. Box 13609
Philadelphia, PA 19101


Derek Allen Rothenberger
Address redacted


Derek Rothenberger
Address Redacted


Dinova
6455 East Johns Crossing
Suite 220
Duluth, GA 30097


DocuVault Delaware Valley
P.O. Box 71586
Philadelphia, PA 19176


Domain Properties Ltd. and
3D Group, Ltd.
2 Ridge Roade
Phoenixville, PA 19460


Dorset Connects
416 West State Street
Kennett Square, PA 19348


Dorset Connects
416 W. State Street
Kennett Square, PA 19348


Douglas Marchakitus
Address redacted

E&A/I&G Lenox Marketplace LP
c/o Edens LP
1221 Main Street, Suite 1000
Attn:  Legal
Columbia, SC 29201


E.B. OReilly
1300 Virginia Drive
Suite 403
Fort Washington, PA 19034


Ecolab Inc
P.O. Box 32027
New York, NY 10087-2027


Ecotrak, LLC
18004 Sky Park Circle
Suite 100
Irvine, CA 92614


Elliot Associates, LLC
505 White Plains Road
Tarrytown, NY 10591-4000


Emmanuel C. DeMutis
174 Bridge Street, Suite 100
Phoenixville, PA 19460


Energy Management Systems
P.O. Box 646
Accounts Receivable Dept 0821
Exton, PA 19341-0646


Equifax Workforce Solutions LLC
4076 Paysphere Circle
Chicago, IL 60674-4076


Eric E. Boice
Address redacted


Evan Joyce
address redacted

Experian-Corporate Cost Control, Inc.
P.O. Box 841971
Los Angeles, CA 90084-1971

FinQuery, LLC
P.O. Box 771470
Saint Louis, MO 63177-9816

First Advantage
P.O. Box 403532
Atlanta, GA 30384-3532

Fish Window Cleaning
P.O. Box 496
Eagleville, PA 19408-0496

Food Shelter, LLC
2415 South Street
Philadelphia, PA 19146

Force4Good
1032 Sandstone Circle
Erie, CO 80516

Frameworks Inc
5301 Riata Park Ct F
Austin, TX 78727

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Francis Partners
9465 Wilshire Boulevard
Suite 300
Beverly Hills, CA 90212

G.W. KENT, INC
P.O. Box 674703
Detroit, MI 48267-4703

Gleason Technology, Inc.
941 Menoher Boulevard
Johnstown, PA 15905

Globaltranz Enterprises LLC
P.O. Box 736808
Dallas, TX 75373-6809


Google Voice, Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gordon Food Service, Inc.
Attn: Director of U.S. Nat'l Sales
1300 Gezon Parkway, S.W.
Wyoming, MI 49509


Gordon Food Service, Inc.
Attn: General Counsel
1300 Gezon Parkway, S.W.
Wyoming, MI 49509


Gordon Food Services
P.O. Box 2244
Grand Rapids, MI 49501


GPT Prop-DUNWOODY
c/o The RMR Group LLC, Dept No. 1600
P.O. Box 538610
Atlanta, GA 30353-8610


Greenville County Tax Collector
301 University Ridge
Department 390
Columbia, SC 29202-3221


Highmark Blue Cross Blue Shield Delaware
PO Box 1991
Wilmington, DE 19889


Highmark Delaware
P.O. Box 535048
Pittsburgh, PA 15253-5048


HIREtech
200 Westlake Park Blvd 501
Houston, TX 77079

HUB International
24 West Carver Street
Huntington, NY 11743


Hunterdon Brewing
12 Coddington Road
P.O. Box 1050
Whitehouse Station, NJ 08889


Huntingdon Pike-HUNTINGDON VALLEY
Lockbox 1024804
P.O. Box 70280
Philadelphia, PA 19176-0280


InKind
600 Congress Ave
Austin, TX 78701


Inovar Packaging Group, LLC
2550 Haddonfield Road
Pennsauken, NJ 08110


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Intertek Wisetail
212 S. Wallace Ave.
Bozeman, MT 59715


Iron Hill Brewery East Market, LLC
1150 Market Street
Philadelphia, PA 19107


Iron Hill Brewery of Buckhead, LLC
3535 Peachtree Rd NE
Atlanta, GA 30326


Iron Hill Brewery of Columbia, LLC
945 Sabal Street
Columbia, SC 29201

Iron Hill Brewery of Eagleview, LLC
260 Eagleview Blvd.
Exton, PA 19341


Iron Hill Brewery of Hershey, LLC
101 West Chocolate Ave., Ste. 112
Hershey, PA 17033


Iron Hill Brewery of Lehigh Valley, LLC
950 Lehigh Lifestyle Center
Whitehall, PA 18052


Iron Hill Brewery of Newtown, LLC
2920 S. Eagle Road
Newtown, PA 18940


Iron Hill Brewery of Perimeter, LLC
1224 Hammond Drive, Suite 100
Dunwoody, GA 30346


Iron Hill Brewery of Rehoboth Beach, LLC
19815 Coastal Highway
Rehoboth Beach, DE 19971


Iron Hill Brewery of South Carolina, LLC
741 Haywood Road
Greenville, SC 29607


J.J. Keller & Associates, Inc..
P.O. Box 735492
Chicago, IL 60673-5492


Jackie Vincenzini
Address redacted


JBS Dev
610 Chadds Ford Drive
Suite M23
Chadds Ford, PA 19317


John I Haas, Inc
1600 River Road
Yakima, WA 98902

John Paul Panasiewicz
Address redacted


Johnson Cherry Creek, LLC
7009 S. Jordan Road
Centennial, CO 80112


Katherine Elizabeth Sansom
Address redacted


Kathryn Henderson
c/o Andrew F. Ruder, Esq.
2005 Market Street, 18th Floor
Philadelphia, PA 19103-7042


Katz Americas
3685 Lockport Road
Sanborn, NY 14132


Klammor Publishing t/a SJ Magazine
P.O. Box 189
Maple Shade, NJ 08052


Korn Ferry (US)
P.O. Box 1450
Minneapolis, MN 55485-5854


Kyle Delaney
Address redacted


Lehigh Valley Mall, LLC
P.O. Box 829446
Philadelphia, PA 19182-9446


Lincoln Financial Group
PO Box 7876
Fort Wayne, IN 46801-7876


Lincoln Financial Group Trust Company
Po Box 7876
Fort Wayne, IN 46801

Lincoln Retirement Services Company, LLC
Officer/Head of Account Management
P.O. Box 7876
Fort Wayne, IN 46801


Lintelio, LLC
8360 E. Via De Ventura Boulevard
Suite L-200
Scottsdale, AZ 85258


Mac Mannes Inc
6400 Goldsboro Road
Suite 215
Bethesda, MD 20817


Mark Andrew Kirke
Address redacted


Mark D. Edelson
Address redacted


Mark Edelson
Address Redacted


Mark Kirke
Address Redacted


MarketingVitals.com AKA RedOnion
1900 Preston Road
Suite 267-301
Plano, TX 75093


Masergy Cloud Communications, Inc
P.O. Box No. 733939
Dallas, TX 75373-3939


Masergy Communications, Inc
P.O. Box No. 733938
Dallas, TX 75373-3938


Matthew M. Gundrum
Address redacted

Matthew Schaub
c/o Winebrake & Santillo, LLC
Twining Office Center
715 Twining Rd #2
Dresher, PA 19025


McMaster-Carr Supply Co
P.O. Box 7690
Chicago, IL 60680


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399


Mill Rock Packaging
800 S. W 27th Sreet
Renton, WA 98057


Mindstream Media Group LLC
1717 Main Street
40th Floor
Dallas, TX 75201


Mobac, Inc
P.O. Box 696
Kennett Square, PA 19348


Modern Driven Media
590 Lancaster Avenue
Suite 110
Malvern, PA 19355


NCR VOYIX Corp.
PO Box 198755
Atlanta, GA 30384


NCR VOYIX Corporation
P.O. Box 745947
Atlanta, GA 30384-8755


New Era Technology
901 S. Bolmar Street
Building 1, Suite G
West Chester, PA 19382

Newlane
P.O. Box 63044
Newark, NJ 07101


Newtown Plaza Associates, L.P.
c/o Brixmor Property Group
450 Lexington Avenue, Floor 13
Attn: General Counsel
New York, NY 10017


Newtown Village Plaxxa Associates LP
c/o Broxmore
Property Group One
One Fayette Street, Suite 150
Conshohocken, PA 19428


Nick Lombardo
Address Redacted


NKS Distributors, INC.
P.O. Box 810
Smyrna, DE 19977


Norris, McLaughlin & Marcus
515 West Hamilton Street
Allentown, PA 18101


NYS Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205


Office Basics
P.O. Box 2230
Boothwyn, PA 19061


Office of Attorney General
Commonwealth of Pennsylvania
Bureau of Consumer Protection
15th Floor, Strawberry Square
Harrisburg, PA 17120


Omega Yeast Labs
3030 South Grand Boulevard
Saint Louis, MO 63118

OpenTable Inc
29109 Network Place
Chicago, IL 60673-1291


OpenTable, Inc.
One Montgomerty St., Suite 500
San Francisco, CA 94104


OpenWrench
2261 Market Street
No. 5032
San Francisco, CA 94114


Optum Rx
11000 Optum Circle
Eden Prairie, MN 55344


Packaging Exchange, Inc.
P.O. Box 201042
Dallas, TX 75320-1042


Patrick Harkleroad
Address redacted


Paul Anderson
Address redacted


Paycor, Inc
4811 Montgomery Road
Cincinnati, OH 45212


Paycor, Inc.
PO Box 639860
Cincinnati, OH 45263-9860


Paytronix Holding, LLC
80 Bridge Street
Newton, MA 02458


Paytronix Systems, Inc.
275 Grove Street, 2-400
Newton, MA 02466

Penn Beer Sales & Service
2801 East Township Line Road
Hatfield, PA 19440


Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128-0946


Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946


Pennsylvania Liquor Control Board
Office of Chief Counsel
401 Northwest Office Building
Harrisburg, PA 17124


Pennsylvania Restaurant & Lodging Associ
100 State Street
Harrisburg, PA 17101


Penske Truck Leasing Co LP
2675 Morgantown Road
PO Box 1321
Reading, PA 19603-1321


Pensky Truck Leasing Co LP
2675 Morgantown Road
PO Box 1321
Reading, PA 19603-1321


Peter F. Corbett
Address redacted


Pippett Consulting LLC
3424 Tyson Road
Newtown Square, PA 19073


PLCB+
1204 Rockland Street
Reading, PA 19604

Precision Color Graphics
1401 Todds Lane
Wilmington, DE 19802


Premier Stainless Systems
510 Corporate Drive
Suite A
Escondido, CA 92029


Pro Refrigeration, Inc.
P.O. Box 1528
Auburn, WA 98071-1528


Rachel Lorien Clem
Address redacted


RahrBSG-Brewers Supply Group
P.O. Box 74769
Chicago, IL 60694-4769


Ramsey's Farm Inc
330 Ramsey Road
Wilmington, DE 19803


Reinhard Inc
2021 Arch Street
Suite 400
Philadelphia, PA 19103


Restaurant 365
500 Technology Dr., Suite 200
Sacramento, CA 94104


Restaurant Partners Procurement LLC
P.O. Box 410037
Boston, MA 02241-0037


Revenew LLC
200 Philips Road
Suite 201
Exton, PA 19341


Robert Tait
Address redacted

Roberts Oxygen Co
P.O. Box 5507
Rockville, MD 20855


RxBenefits, Inc
P.O. Box 748769
Atlanta, GA 30374-8769


Scott Laboratories
1480 Cader Lane
Petaluma, CA 94954


Seth Jones
Address redacted


Seth L. Mathlery
Address redacted


Sidework Construction and Maintenance
3424 Tyson Road
Newtown Square, PA 19073


Single Tax Office
100 The Mall at Steamtown -Unit 216
Scranton, PA 18503


Social Security Administration
Office of the General Counsel
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235


South New Jersey Gas Company
P.O. Box 6091
Bellmawr, NJ 08099-6091


Spark Digital Solutions LLC
692 Southwood Road
Hockessin, DE 19707


Spectrum Business-Charter Communications
P.O. Box 94188
Palatine, IL 60094-4188

Sprague Operating Resources LLC
185 International Drive
Portsmouth, NH 03801


State of New Jersey
P.O. Box 059
Trenton, NJ 08646-0059


STNL Advisors LLC
275 Madison Avenue
Floor 13
New York, NY 10016


Strategic Cost Control, Inc. d/b/a
Corporate Cost Control
475 Anton Boulevard
Costa Mesa, CA 92626


Suburban Testing Labs
P.O. Box 6309
Hermitage, PA 16148-0923


Super Clean
P.O Box 551802
Dallas, TX 75355


Tandem Associates, Inc
P.O. Box 966
Mount Laurel, NJ 08054


TAP Innovations
539 W Commerce Street
No. 249
Dallas, TX 75208


Taylor Jo Hentzman
Address redacted


Temple University
1801 N Broad St
Philadelphia, PA 19122

Temple University
Sullivan Hall, Garden Level
1330 Polett Walk
Attn: Gina Rubinic
Philadelphia, PA 19122


The Brewing Science Institute
106 Glen Dale Drive
Woodland Park, CO 80863


The Culinary Edge
75 Oak Grove Street
San Francisco, CA 94107


The Maxim Law Firm, P.C.
1718 Peachtree Street NW
Suite 599
Atlanta, GA 30309


The Restaurant Assistants LLC
1348 Fruitville Road
Suite 201
Sarasota, FL 34236


The Royal Group - TRG
436 Stump Road
Montgomeryville, PA 18936


Trabon Printing Company, LLC
P.O. Box 87-8700
Kansas City, MO 64187-8700


Transatlantic Translations
80 Theodore Fremd Avenue
Rye, NY 10580


Tripleseat Software LLC
MS 160 PO Box 138221
Sacramento, CA 95813


Twelve24 Office, LLC
3550 Lenox Road, Suite 2200
Atlanta, GA 30326

Two Robbers Spirits Company
3450 Salmon Street
Unit 112
Philadelphia, PA 19134


U.S. Equal Employment Opportunity Comm.
Atlanta District Office
100 Alabama St SW, Suite 4R30
Attn: Iriel Jones
Atlanta, GA 30303


U.S. Small Business Administration
ATTN: District Counsel
660 American Avenue, Suite 301
King of Prussia, PA 19406


Unemployment Compensation Tax Matters
Department of Labor and Industry
Office of Chief Counsel
651 Boas Street, 10th Fl. Labor and Ind.
Harrisburg, PA 17121


Unemployment Compensation Tax Matters
Department of Labor and Industry
Office of Chief Counsel
100 Lackawanna Avenue
Scranton, PA 18503


United Energy Trading, LLC
P.O. Box 789657
Philadelphia, PA 19178-9657


US EPA Region 3
Office of Regional Counsel
Four Penn Center
Philadelphia, PA 19103-2852


Vermont Information Processing-VIP
402 Watertower Circle
Colchester, VT 05446


Vigor Marketing LLC
1006 Market Street
Harrisburg, PA 17101

White & Williams LLP
1650 Market Street
Philadelphia, PA 19103-7395


Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099


Windriver Environmental
P.O. Box 22074
New York, NY 10087-2074


Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882


Yakima Chief Hops
306 Division Street
Yakima, WA 98902


Yumpingo Inc
2007 S 1st Street
Austin, TX 78704


Yumpingo Inc
3903 S Congress Ave #41895
Austin, TX 78704

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------x

In re                                        :

                                             :        Chapter 7

IRON HILL BREWERY, LLC                       :

                                             :        Case No. 25-

Debtor.                                      :

---------------------------------------------------------x

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that Klestadt Winters Jureller Southard & Stevens, LLP (the "Firm") is bankruptcy counsel for the above named debtor and that compensation paid to the Firm within one year before the filing of the petition in bankruptcy, or agreed to be paid, for services rendered or to be rendered on behalf of the debtor (and its affiliates) in contemplation of or in connection with their bankruptcy cases is as follows:

   a.   For pre-bankruptcy legal services, the Firm was paid a total of $50,000 in two separate installments of $25,000 each from Iron Hill Brewery, LLC on September 10, 2025 and September 17, 2025.  The scope of pre-bankruptcy services included assessing and negotiating strategic options for Iron Hill Brewery, LLC and its affiliated debtors (collectively, the "Debtors") with creditors and other interested parties as well as the pursuit of liquidity and going concern business transactions. Then on September 26, 2025, the Firm received a payment of $82,774 from Iron Hill Brewery, LLC pursuant to a further engagement agreement for specified chapter 7 services on behalf of the Debtors, which payment was intended to represent a flat fee of $75,000 for the specified chapter 7 services and an advance of $7,774 for associated chapter 7 filing fees.

   b.   The Firm wrote off approximately $11,500 prior to the filing of the chapter 7 cases and no further balance is due from the Debtors.

2.   The source of the compensation paid to the Firm was Iron Hill Brewery, LLC.

3.   The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

4.   In return for the above-disclosed fee, the Firm has agreed to render chapter 7 related legal services for the Debtors, including:

   a.   advise the Debtors with respect to filing petitions under the U.S. Bankruptcy Code,

1

b. review documents related to each of the Debtors' financial affairs,

c. prepare a chapter 7 bankruptcy filing for each of the Debtors, including all required schedules and statements (with information supplied by the Debtors' employees),

d. file and prosecute a chapter 7 bankruptcy case on behalf of each of the Debtors,

e. represent the Debtors at a meeting of creditors scheduled in the bankruptcy cases, and

f. correspond with a bankruptcy trustee appointed in the Debtors' bankruptcy cases.

5. By agreement with the Debtors, the above-disclosed fee does not include any other services, including with regard to any formal discovery, motion practice or litigation in relation to or arising out of the bankruptcy cases or any subsequently commenced adversary proceeding.

6. The Debtors DO NOT agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtors as needed.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in this bankruptcy proceeding.

*Dated October 3, 2025*

**Sean C. Southard**

*/s/Sean C. Southard*

*Signature of Attorney*

**Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036
(212) 972-3000 Fax: (212) 972-2245
ssouthard@klestadt.com**