UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : CHAPTER 7 |
| | : |
| Iron Hill Brewery, LLC | : |
| | : CASE NO.: 25-20476 (JNP) |
| Debtor. | : |
| _____ | : |

Andrew Sklar, Esq.
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, New Jersey 08043

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee appoints Andrew Sklar, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Dated: October 6, 2025