UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Iron Hill Brewery, LLC

Case No.: _____25-20476-JNP_____

Hearing Date: _____10/14/2025_____

Judge: _____Poslusny_____

Chapter: _____7_____

Recommended Local Form:    ☐    Followed    ☒    Modified

## ORDER DENYING EX PARTE REQUEST AND SCHEDULING HEARING ON MOTION TO REDACT
_____ON OCTOBER 14, 2025 AT 11:00 AM_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____OCTOBER 6_____, 20 _25_ by

_attorney for debtor_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the ex parte requst is denied. The court will hold a hearing on the
motion to redact on October 14, 2025 at 11:00 am.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*rev. 8/1/15*

2