**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Fred Stevens
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245
fstevens@klestadt.com
ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*

Order Filed on October 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 7 |
| IRON HILL BREWERY, LLC, | Case No. 25-20476 (JNP) |
| Debtor. | Hon. Jerrold N. Poslusny, Jr. |

## ORDER AUTHORIZING THE DEBTOR TO
## REDACT IN FILED DOCUMENTS AND FILE UNDER SEAL
## PERSONALLY IDENTIFIABLE INFORMATION OF INDIVIDUALS

The relief set forth on the following pages numbered two (2) through three (3) is

**ORDERED**.

Dated: _____, 2025

**DATED: October 15, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:            Iron Hill Brewery, LLC
Case No:           25-20476
Caption of Order:  Order Authorizing the Debtor to Redact in Filed Documents and
                   File Under Seal Personally Identifiable Information of Individuals

Upon the motion (the "Motion")[1] of the debtor and debtor in possession (the "Debtor") in the above-captioned case (the "Chapter 7 Case") for entry of an order authorizing the Debtor to redact in filed documents and file under seal the home addresses of the Debtor's former employees, insiders of the Debtor, and other individuals listed in the schedules, creditor matrix, and any other filed documents; and the Court having jurisdiction to consider the Motion and relief requested therein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and the Court having determined that the legal and factual basis set forth in the Motion established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Debtor is authorized to redact the home addresses of the Debtor's former employees, insiders of the Debtor, and other individuals listed in the schedules, creditor matrix, and any other filed documents.

3.      The Debtor shall provide an unredacted version of all documents containing redactions to the Court and Chapter 7 Trustee.

4.      An unredacted version of all documents containing redactions will remain under seal until the conclusion of the Chapter 7 Case.

5.      The Office of the United States Trustee shall have fourteen (14) days after the government shutdown ends to file a motion for reconsideration of this Order under Rule 9024 of

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Page 3

Debtor:              Iron Hill Brewery, LLC
Case No:             25-20476
Caption of Order:    Order Authorizing the Debtor to Redact in Filed Documents and
                     File Under Seal Personally Identifiable Information of Individuals

the Federal Rules of Bankruptcy Procedure.

6.      This Court shall retain exclusive jurisdiction with respect to all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.