**EXHIBIT A**

**Menkowitz Certification**

**FOX ROTHSCHILD LLP**
Michael G. Menkowitz, Esq.
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Marlton, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-2767250 | Chapter 7<br><br>Case No. 25-20450 (JNP) |
| In re:<br><br>C&D Brewing Company of Voorhees, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 45-5339118 | Chapter 7<br><br>Case No. 25-20451 (JNP) |
| In re:<br><br>Chesapeake & Delaware Brewing Company, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 52-2032130 | Chapter 7<br><br>Case No. 25-20452 (JNP) |
| In re:<br><br>C&D Brewing Company of Lancaster, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-5495818 | Chapter 7<br><br>Case No. 25-20453 (JNP) |

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Wilmington, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 65-1164042 | Chapter 7<br><br>Case No. 25-20454 (JNP) |
| In re:<br><br>C&D Brewing Company of Media, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 23-3010706 | Chapter 7<br><br>Case No. 25-20455 (JNP) |
| In re:<br><br>Iron Hill Brewery of Lehigh Valley, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 93-1963431 | Chapter 7<br><br>Case No. 25-20456 (JNP) |
| In re:<br><br>C&D Brewing Company of Chestnut Hill, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 24-4773404 | Chapter 7<br><br>Case No. 25-20457 (JNP) |
| In re:<br><br>Iron Hill Brewery of Columbia, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 85-3763635 | Chapter 7<br><br>Case No. 25-20458 (JNP) |
| In re:<br><br>Iron Hill Brewery of Perimeter, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 84-3410005 | Chapter 7<br><br>Case No. 25-20459 (JNP) |

| | |
|---|---|
| In re: | |
| C&D Brewing Company of Montomgeryville, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20460 (JNP) |
| Tax I.D. No. 56-2289479 | |
| In re: | |
| Iron Hill Brewery of Eagleview, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20461 (JNP) |
| Tax I.D. No. 84-3064703 | |
| In re: | |
| C&D Brewing Company of Ardmore, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20462 (JNP) |
| Tax I.D. No. 38-3910123 | |
| In re: | |
| Iron Hill Brewery of Buckhead, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20463 (JNP) |
| Tax I.D. No. 84-2291794 | |
| In re: | |
| Iron Hill Brewery of South Carolina, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20464 (JNP) |
| Tax I.D. No. 82-2301851 | |
| In re: | |
| C&D Brewing Company of Phoenixville, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20465 (JNP) |
| Tax I.D. No. 20-2541313 | |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery of Newtown, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 83-3796182 | Chapter 7<br><br>Case No. 25-20466 (JNP) |
| In re:<br><br>C&D Brewing Company of Pennsylvania, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 23-2940585 | Chapter 7<br><br>Case No. 25-20468 (JNP) |
| In re:<br><br>Iron Hill Brewery of Hershey, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3735290 | Chapter 7<br><br>Case No. 25-20469 (JNP) |
| In re:<br><br>C&D Brewing Company of Huntingdon Valley, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-4503213 | Chapter 7<br><br>Case No. 25-20470 (JNP) |
| In re:<br><br>Iron Hill Brewery of Rehoboth Beach, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-1498467 | Chapter 7<br><br>Case No. 25-20471 (JNP) |
| In re:<br><br>Iron Hill Brewery East Market, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4889863 | Chapter 7<br><br>Case No. 25-20472 (JNP) |

|  |  |
|---|---|
| In re: | |
| Iron Hill Brewery, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20476 (JNP) |
| Tax I.D. No. 47-5645042 | |

**CERTIFICATION OF MICHAEL G. MENKOWITZ, ESQ. IN SUPPORT OF
TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF FOX ROTHSCHILD LLP AS ATTORNEYS
TO THE TRUSTEE, EFFECTIVE AS OF OCTOBER 7, 2025**

I, MICHAEL G. MENKOWITZ, under penalty of perjury, certifies as follows:

1.      I am an attorney at law and partner at the law firm of Fox Rothschild LLP ("Fox Rothschild") with my principal office at Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, Pennsylvania, 19103.  Fox Rothschild is a law firm of approximately 1,000 attorneys, with offices across the country.

2.      This Certification (the "Certification") is submitted, pursuant to Section 327 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules").

3.      This Certification is made in support of the *Trustee's Application for an Order Authorizing the Employment and Retention of Fox Rothschild LLP as Attorneys to the Trustee, Effective as of October 7, 2025* (the "Application"),[3] filed concurrently herewith.

4.      I am familiar with the matters set forth herein and make this Certification in support of the Application.

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

## SERVICES TO BE PROVIDED

5.      The legal services which Fox Rothschild will provide on the Trustee's behalf include, but are not limited to, the following:

(a)      Provide legal advice with respect to the powers and duties as a Trustee;

(b)      prepare such administrative and procedural applications and motions as may be required for the sound conduct of these Chapter 7 Cases;

(c)      prepare on the Trustee's behalf all necessary and appropriate applications, motions, pleadings, orders, notices, petitions, schedules, and other documents to be filed in the Chapter 7 Cases;

(d)      advise the Trustee concerning, and prepare responses to, applications, motions, pleadings, notices, and other pleadings or documents which may be filed in the Chapter 7 Cases;

(e)      appear in Court and protect the interests of the Trustee, the estates, and the creditors;

(f)      advise the Trustee concerning the actions he might take to collect and recover property for the benefit of the Debtors' estates;

(g)      review the nature and validity of any liens asserted against the Debtors and advise as to the enforceability thereof;

(h)      review and object to claims; and

(i)      perform all other legal services for and on behalf of the Trustee which may be necessary or appropriate in the administration of these Chapter 7 Cases.

19

## PROFESSIONAL COMPENSATION

6.      Fox Rothschild intends to apply to the Court for the allowance of compensation and reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with the Chapter 7 Cases on an hourly basis, subject to Court approval, and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any Orders entered in these Chapter 7 Cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

7.      The attorneys and paralegals primarily responsible for representing the Trustee and their current standard hourly rates are:

| Name | Title | Hourly Rate |
|---|---|---|
| Michael G. Menkowitz | Partner | $1,275.00 |
| Martha B. Chovanes | Partner | $1,100.00 |
| Jesse M. Harris | Partner | $625.00 |
| Matthew A. Skolnick | Associate | $495.00 |
| Robin I. Solomon | Paralegal | $555.00 |
| Marcia L. Steen | Paralegal | $505.00 |

8.      Other attorneys, paralegals, and case management professionals may be involved in the representation of the Trustee throughout the course of these Chapter 7 Cases.  The range of hourly rates for such professionals will be consistent with the rates outlined above.

9.      The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Any such adjustments will be reflected in Fox Rothschild's fee requests.  There are no alternative fee arrangements from customary billing.  Further, no professional has varied his or her rate based on geographic location.

10.     Fox Rothschild will charge for its legal services on an hourly basis, in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered.

11.     It is Fox Rothschild's policy to charge its clients in all areas of practice for out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone calls, mail and express mail, special or hand delivery, outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which shall not be more than the actual cost incurred by Fox Rothschild in performing such research), travel, "working meals," transcription, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Fox Rothschild will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to Local Rule 2016-1.  Fox Rothschild believes it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

12.     Fox Rothschild will submit detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses pursuant to Section 330 of the Bankruptcy Code.

## DISINTERESTEDNESS OF PROFESSIONALS

13.     To the best of my knowledge, after reasonable and diligent investigation, Fox Rothschild's connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee for the District of New Jersey, is set forth in paragraph 17 and the exhibits attached hereto.

14.     In searching for potential connections to these Chapter 7 Cases for purposes of this Certification, I caused the names of the parties set forth in **Exhibit 1** to this Certification to be submitted to Fox Rothschild's internal conflicts procedures.  **Exhibit 1** includes the following: the Debtors, the officers and directors of the Debtors, all known lenders and agents of the Debtors, if

21

any; the Debtors' secured and unsecured creditors; the Debtor's landlords and contract parties; all Judges of the United States Bankruptcy Court for the District of New Jersey; and certain employees of the Office of the U.S. Trustee, Department of Justice, in New Jersey.

15. To the best of my knowledge, after reasonable and diligent investigation, the connections of my firm, its members, shareholders, partners, associates, officers and/or employees with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, is set forth in **Exhibit 2** hereto. None of the entities listed in **Exhibit 2** constitute more than one percent (1%) of Fox Rothschild's gross revenue in Fox Rothschild's most recent fiscal year.

16. Except as set forth on **Exhibit 2**, Fox Rothschild has not represented, does not represent, and will not represent any entities on **Exhibit 2** in matters directly related to the Trustee, the Debtors, or these Chapter 7 Cases. Moreover, Fox Rothschild will not commence a cause of action in these Chapter 7 Cases against a "Current Client," unless it has an applicable waiver on file or first receives a waiver from such entity allowing it to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Trustee to commence an action against that entity, the Trustee will be represented in such particular matter by special counsel, subject to this Court's approval.

17. As a part of Fox Rothschild's bankruptcy and corporate restructuring practice, Fox Rothschild's clientele includes debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors and contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers. The Debtors have numerous creditors and other parties-in-interest. Fox Rothschild may have in the past represented, and may presently or in the future represent, creditors or parties-

in-interest in addition to those specifically disclosed herein in matters unrelated to these Chapter 7 Cases. Fox Rothschild believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Trustee in these Chapter 7 Cases.

18.    In addition to its bankruptcy and corporate restructuring practice, Fox Rothschild is a full-service law firm with active real estate, corporate, finance, construction, litigation, environmental, employment, tax, trust and estates, and white-collar defense practices. Fox Rothschild appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now or may in the future represent or be deemed adverse to claimants or parties-in-interest in these Chapter 7 Cases.

19.    Despite the efforts described above to identify and disclose Fox Rothschild's connections, because the Debtors have numerous creditors and other relationships, Fox Rothschild is unable to state with absolute certainty that every client representation or other connection has been disclosed. If Fox Rothschild discovers additional information that requires disclosure, Fox Rothschild will file supplemental disclosures with the Court as promptly as possible.

20.    To the best of my knowledge, Fox Rothschild has not been retained to assist any entity or person in matters relating to, or in connection with, these Chapter 7 Cases. If this Court approves the proposed employment of Fox Rothschild as attorneys to the Trustee, Fox Rothschild will not accept any engagement or perform any services in these Chapter 7 Cases for any entity or person other than the Trustee. Fox Rothschild may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these Chapter 7 Cases; provided, however,

23

that such services do not and will not relate to, or have any direct connection with, these Chapter 7 Cases.

21.     Thus, pursuant to Section 327(a) of the Bankruptcy Code, Fox Rothschild does not hold or represent any interests adverse to the Debtors, their creditors, or their estates.

22.     Fox Rothschild is also a disinterested person within the meaning of 11 U.S.C. § 101(14) in that Fox Rothschild, its partners, counsel, and associates:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

(c)     do not hold an interest materially adverse to the interests of the estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

23.     Accordingly, based upon information available to me, I submit that Fox Rothschild is  a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, and the requirements of Section 327(a) of the Bankruptcy Code are satisfied in respect to the matters upon which Fox Rothschild is to be engaged in these Chapter 7 Cases.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

24.     Fox Rothschild also will make a reasonable effort to comply with any requests by the U.S. Trustee for information and additional disclosures, as set forth in the U.S. Trustee Guidelines, both in connection with the Application and any fee applications to be filed by Fox Rothschild.

25.     No promises have been received by Fox Rothschild nor any partner, counsel, or associate thereof as to compensation in connection with this case, other than in accordance with the provisions of the Bankruptcy Code.

26.     Pursuant to Section 504 of the Bankruptcy Code, no agreement or understanding exists between Fox Rothschild and any other person (other than customary arrangements among the partners of Fox Rothschild) to share any compensation or reimbursement of expenses to-be-paid to Fox Rothschild in this proceeding.

27.     The proposed engagement of Fox Rothschild is not prohibited by Bankruptcy Rule 5002.

28.     Fox Rothschild will abide by the terms of any Orders entered in these Chapter 7 Cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

29.     By reason of the foregoing, I believe Fox Rothschild is eligible for employment and retention by the Trustee, pursuant to Section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.


I hereby certify under the penalty of perjury that the foregoing is true and correct.


Executed this  17th day of October, 2025.

/s/ *Michael G. Menkowitz*
Michael G. Menkowitz

**EXHIBIT 1**

**List of Identified Parties included in Conflict Check**

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 1 | 3D Group, Ltd. | | Creditor |
| 2 | Advanced Hospitality Systems | | Lessor |
| 3 | AEB Biochemical USA, Inc. | | Creditor |
| 4 | Alcohol, Tobacco, Cannabis Commission | | Creditor |
| 5 | Altaura | | Creditor |
| 6 | Altenburg, Jr. | Andrew B. | Judge |
| 7 | Amoretti | | Creditor |
| 8 | Anderson | Paul | Creditor |
| 9 | Appleyard Agency | | Lessor |
| 10 | Arraya Solutions, Inc. | | Creditor |
| 11 | Atlantic Pension Services, Inc. | | Creditor |
| 12 | Balick & Balick LLC | | Creditor |
| 13 | BankUnited, N.A. | | Creditor |
| 14 | Barnes Beverage Group LLC | | Creditor |
| 15 | Bennett | Danielle | Creditor |
| 16 | Berlin Packaging LLC | | Creditor |
| 17 | Bielskie | Lauren | Government Agency |
| 18 | Bigart-Ecosystems, LLC | | Creditor |
| 19 | Block One Technologies | | Creditor |
| 20 | Boice | Eric E. | Creditor |
| 21 | Brady Risk Management | | Lessor |
| 22 | Bray Architecture, Inc. | | Creditor |
| 23 | Briess Industries, Inc. | | Creditor |
| 24 | Brixmor/Newtown Village-Newtown | | Creditor |
| 25 | C&D Brewing Company of Ardmore, LLC | | Subsidiary |
| 26 | C&D Brewing Company of Chestnut Hill, LLC | | Subsidiary |
| 27 | C&D Brewing Company of Huntingdon Valley, LLC | | Subsidiary |
| 28 | C&D Brewing Company of Lancaster, LLC | | Subsidiary |
| 29 | C&D Brewing Company of Marlton, LLC | | Subsidiary |
| 30 | C&D Brewing Company of Media, LLC | | Subsidiary |
| 31 | C&D Brewing Company of Montgomeryville, LLC | | Subsidiary |
| 32 | C&D Brewing Company of Pennsylvania, LLC | | Subsidiary |
| 33 | C&D Brewing Company of Phoenixville, LLC | | Subsidiary |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 34 | C&D Brewing Company of Voorhees, LLC | | Subsidiary |
| 35 | C&D Brewing Company of Wilmington, LLC | | Subsidiary |
| 36 | Caine | Arnie | Principal/ Owner/ Manager/ Shareholder |
| 37 | Campus-Lancaster | | Creditor |
| 38 | Carolina Office Systems, Inc. | | Lessor |
| 39 | Caron & Bletzer, PLLC | | Creditor |
| 40 | CDW | | Creditor |
| 41 | Chef Works | | Creditor |
| 42 | Chemstation of Philadelphia LTD | | Creditor |
| 43 | Chesapeake & Delaware Brewing Company, LLC | | Subsidiary |
| 44 | Chester County Disc Golf | | Creditor |
| 45 | CIT-First Citizens Bank & Trust Co. | | Creditor |
| 46 | City of Dunwoody | | Creditor |
| 47 | Clean & Polish Building Solutions | | Creditor |
| 48 | Clem | Rachel Lorien | Creditor |
| 49 | Cleveland-Menu Printing, Inc. | | Creditor |
| 50 | Coastal Station, LLC | | Creditor |
| 51 | CohnReznick Advisory LLC | | Lessor |
| 52 | CohnReznick LLP | | Creditor |
| 53 | Concur Technologies, Inc. | | Creditor |
| 54 | Convention Center Visitors Guide | | Creditor |
| 55 | Corbett | Peter F. | Creditor |
| 56 | Corporate Cost Control | | Lessor |
| 57 | Corporate Services Consultants, LLC | | Creditor |
| 58 | CT Corporation | | Creditor |
| 59 | CTS | | Creditor |
| 60 | D2 Branding LLC | | Creditor |
| 61 | Dauphin Electric | | Creditor |
| 62 | Davies | Kevin | Principal/ Owner/ Manager/ Shareholder |
| 63 | Dayforce-Ceridian | | Creditor |
| 64 | Delaney | Kyle | Creditor |
| 65 | Delaware Brewer's Guild | | Creditor |
| 66 | Delaware Division of Revenue | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 67 | Delmarva Power - NEW | | Creditor |
| 68 | Dinova | | Creditor |
| 69 | DocuVault Delaware Valley | | Creditor |
| 70 | Domain Properties Ltd. | | Creditor |
| 71 | Dorset Connects | | Creditor |
| 72 | E&A/I&G Lenox Marketplace LP | | Creditor |
| 73 | E.B. OReilly | | Creditor |
| 74 | Ecolab, Inc. | | Creditor |
| 75 | Ecotrak, LLC | | Creditor |
| 76 | Edelson | Mark | Principal/ Owner/ Manager/ Shareholder |
| 77 | Edelson | Mark D. | Creditor |
| 78 | Elliot Associates, LLC | | Creditor |
| 79 | Energy Management Systems | | Creditor |
| 80 | Equifax Workforce Solutions LLC | | Creditor |
| 81 | Experian-Corporate Cost Control, Inc. | | Creditor |
| 82 | Finn | Kevin | Principal/ Owner/ Manager/ Shareholder |
| 83 | FinQuery, LLC | | Creditor |
| 84 | First Advantage | | Creditor |
| 85 | Fish Window Cleaning | | Creditor |
| 86 | Food Shelter, LLC | | Creditor |
| 87 | Force4Good | | Creditor |
| 88 | Frameworks, Inc. | | Creditor |
| 89 | Francis Partners | | Creditor |
| 90 | G.W. Kent, Inc. | | Creditor |
| 91 | Gleason Technology, Inc. | | Lessor |
| 92 | Globaltranz Enterprises LLC | | Creditor |
| 93 | Google Voice, Inc. | | Creditor |
| 94 | Gordon Food Services | | Creditor |
| 95 | GPT Prop-Dunwoody | | Creditor |
| 96 | Gravelle | Christine M. | Judge |
| 97 | Greenville County Tax Collector | | Creditor |
| 98 | Gundrum | Matthew M. | Creditor |
| 99 | Hall | Mark E. | Judge |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 100 | Harkleroad | Patrick | Creditor |
| 101 | Henderson | Kathryn | Creditor |
| 102 | Hentzman | Taylor Jo | Creditor |
| 103 | Highmark Blue Cross Blue Shield Delaware | | Lessor |
| 104 | Highmark Delaware | | Creditor |
| 105 | HIREtech | | Lessor |
| 106 | HUB International | | Creditor |
| 107 | Hunterdon Brewing | | Creditor |
| 108 | Huntingdon Pike - Huntingdon Valley | | Creditor |
| 109 | IHB Holdco, LLC | | Affiliate |
| 110 | InKind | | Creditor |
| 111 | Inovar Packaging Group, LLC | | Creditor |
| 112 | Internal Revenue Service | | Creditor |
| 113 | Intertek Wisetail | | Lessor |
| 114 | Iron Hill Brewery East Market, LLC | | Subsidiary |
| 115 | Iron Hill Brewery Investments, LLC | | Affiliate |
| 116 | Iron Hill Brewery of Buckhead, LLC | | Subsidiary |
| 117 | Iron Hill Brewery of Columbia, LLC | | Subsidiary |
| 118 | Iron Hill Brewery of Eagleview, LLC | | Subsidiary |
| 119 | Iron Hill Brewery of Hershey, LLC | | Subsidiary |
| 120 | Iron Hill Brewery of Lehigh Valley, LLC | | Subsidiary |
| 121 | Iron Hill Brewery of Newtown, LLC | | Subsidiary |
| 122 | Iron Hill Brewery of Perimeter, LLC | | Subsidiary |
| 123 | Iron Hill Brewery of Rehoboth Beach, LLC | | Subsidiary |
| 124 | Iron Hill Brewery of South Carolina, LLC | | Subsidiary |
| 125 | Iron Hill Brewery, LLC | | Debtor |
| 126 | J.J. Keller & Associates, Inc. | | Creditor |
| 127 | JBS Dev | | Creditor |
| 128 | John I. Haas, Inc. | | Creditor |
| 129 | Johnson Cherry Creek, LLC | | Creditor |
| 130 | Jones | Seth | Creditor |
| 131 | Joyce | Evan | Creditor |
| 132 | Kaplan | Michael B. | Judge |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 133 | Katz Americas | | Creditor |
| 134 | Kirke | Mark Andrew | Creditor |
| 135 | Kirke | Mark | Principal/ Owner/ Manager/ Shareholder |
| 136 | Klammor Publishing | | Creditor |
| 137 | Klestadt Winters Jureller Southard & Stevens, LLP | | Counsel |
| 138 | Korn Ferry (US) | | Creditor |
| 139 | Lehigh Valley Mall, LLC | | Creditor |
| 140 | Lidvall | Ned | Principal/ Owner/ Manager/ Shareholder |
| 141 | Lincoln Financial Group Trust Company | | Lessor |
| 142 | Lincoln Retirement Services Company, LLC | | Lessor |
| 143 | Lintello, LLC | | Creditor |
| 144 | Lobley | Abbie Kay | Creditor |
| 145 | Lombardo | Nick | Creditor |
| 146 | Lundeen | Alexis Leone | Creditor |
| 147 | Mac Mannes, Inc. | | Creditor |
| 148 | Marchakitus | Douglas | Creditor |
| 149 | MarketingVitals.com | | Creditor |
| 150 | Masergy Cloud Communications, Inc. | | Creditor |
| 151 | Mathlery | Seth L. | Creditor |
| 152 | McCarthy, Jr. | Jack D. | Principal/ Owner/ Manager/ Shareholder |
| 153 | McMaster-Carr Supply Co. | | Creditor |
| 154 | Meisel | Stacey L. | Judge |
| 155 | Microsoft Corporation | | Lessor |
| 156 | Mill Rock Packaging | | Creditor |
| 157 | Mindstream Media Group LLC | | Creditor |
| 158 | Missimer | Amy Lynn | Creditor |
| 159 | Mobac, Inc. | | Creditor |
| 160 | Modern Driven Media | | Creditor |
| 161 | Mullan | Brendan P. | Creditor |
| 162 | NCR VOYIX Corp. | | Lessor |
| 163 | NCR VOYIX Corporation | | Creditor |
| 164 | New Era Technology | | Creditor |
| 165 | Newlane | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 166 | Newtown Plaza Associates, L.P. | | Creditor |
| 167 | NKS Distributors, Inc. | | Creditor |
| 168 | Norris, McLaughlin & Marcus | | Creditor |
| 169 | Office Basics | | Creditor |
| 170 | Omega Yeast Labs | | Creditor |
| 171 | OpenTable, Inc. | | Creditor |
| 172 | OpenWrench | | Creditor |
| 173 | Optum Rx | | Creditor |
| 174 | Packaging Exchange, Inc. | | Creditor |
| 175 | Panasiewicz | John Paul | Creditor |
| 176 | Papalia | Vincent F. | Judge |
| 177 | Paycor, Inc. | | Creditor |
| 178 | Paytronix Holding, LLC | | Creditor |
| 179 | Paytronix Systems, Inc. | | Lessor |
| 180 | Penn Beer Sales & Service | | Creditor |
| 181 | Pennsylvania Department of Revenue | | Creditor |
| 182 | Pennsylvania Liquor Control Board | | Creditor |
| 183 | Pennsylvania Restaurant & Lodging Assoc | | Creditor |
| 184 | Pensky Truck Leasing Co LP | | Lessor |
| 185 | Pippett Consulting LLC | | Creditor |
| 186 | PLCB+ | | Creditor |
| 187 | Poslusny, Jr. | Jerrold N. | Judge |
| 188 | Precision Color Graphics | | Creditor |
| 189 | Premier Stainless Systems | | Creditor |
| 190 | Pro Refrigeration, Inc. | | Creditor |
| 191 | RahrBSG-Brewers Supply Group | | Creditor |
| 192 | Ramsey's Farm, Inc. | | Creditor |
| 193 | RedOnion | | Creditor |
| 194 | Reinhard, Inc. | | Creditor |
| 195 | Restaurant 365 | | Lessor |
| 196 | Restaurant Partners Procurement LLC | | Creditor |
| 197 | Revenew LLC | | Creditor |
| 198 | Reynolds | Christina Mary | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 199 | Roberts Oxygen Co. | | Creditor |
| 200 | Rothenberger | Derek Allen | Creditor |
| 201 | Rothenberger | Derek | Lessor |
| 202 | RxBenefits, Inc. | | Creditor |
| 203 | Sansom | Katherine Elizabeth | Creditor |
| 204 | Schaub | Matthew | Creditor |
| 205 | Scott Laboratories | | Creditor |
| 206 | Sherwood | John K. | Judge |
| 207 | Sidework Construction and Maintenance | | Creditor |
| 208 | SJ Magazine | | Creditor |
| 209 | SKLAR | ANDREW | Client |
| 210 | South Jersey Gas Company | | Creditor |
| 211 | Spark Digital Solutions LLC | | Creditor |
| 212 | Spectrum Business-Charter Communications | | Creditor |
| 213 | Sprague Operating Resources LLC | | Creditor |
| 214 | State of New Jersey | | Creditor |
| 215 | STNL Advisors LLC | | Creditor |
| 216 | Strategic Cost Control, Inc. | | Lessor |
| 217 | Suburban Testing Labs | | Creditor |
| 218 | Sundman | Brynne | Creditor |
| 219 | Super Clean | | Creditor |
| 220 | Tait | Robert | Creditor |
| 221 | Tandem Associates, Inc. | | Creditor |
| 222 | TAP Innovations | | Creditor |
| 223 | The Brewing Science Institute | | Creditor |
| 224 | The Culinary Edge | | Creditor |
| 225 | The Maxim Law Firm, P.C. | | Creditor |
| 226 | The Restaurant Assistantas LLC | | Creditor |
| 227 | The Royal Group - TRG | | Creditor |
| 228 | Trabon Printing Company, LLC | | Creditor |
| 229 | Transatlantic Translations | | Creditor |
| 230 | Tripleseat Software LLC | | Lessor |
| 231 | Twelve24 Office, LLC | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 232 | Two Robbers Spirits Company | | Creditor |
| 233 | United Energy Trading, LLC | | Creditor |
| 234 | Vermont Information Processing-VIP | | Creditor |
| 235 | Vigor Marketing LLC | | Creditor |
| 236 | Vincenzini | Jackie | Creditor |
| 237 | Virelli | Amy Lynn | Creditor |
| 238 | White & Williams LLP | | Creditor |
| 239 | Williams McCann | Annette Kay | Creditor |
| 240 | Willkie Farr & Gallagher LLP | | Creditor |
| 241 | Windriver Environmental | | Creditor |
| 242 | Wolf | Ashley | Creditor |
| 243 | Xerox Financial Services | | Creditor |
| 244 | Yakima Chief Hops | | Creditor |
| 245 | York | Colin | Creditor |
| 246 | Yumpingo, Inc. | | Creditor |

**EXHIBIT 2**

**Parties in Interest in these Chapter 7 Cases which Fox Rothschild currently represents or formerly represented in matters unrelated to this Chapter 7 Cases:**

## CURRENT CLIENTS

Atlantic Pension Services Inc.
Robert Tait (New Hope, PA; Schnecksville, PA)
Royal Box Group
Microsoft Corp.
White & Williams
Lincoln Financial Group Trust Company
Optum Rx
First Citizens Bank
Ecolab Inc.
3D Group Ltd.
Mark E. Hall (Judge)
DayForce-Ceridian
Lincoln Retirement Services  Company LLC
CTS (CTS International; CTS Equipment LLC; CTS Global Supply)

## FORMER CLIENTS

Wilkie Farr & Gallagher LLP
ChemStation pf Philadelphia Ltd
Concur Technologies Inc.
JBS Dev
McMaster-Carr Supply Co.
South Jersey Gas Co.
Berlin Packaging
Spectrum Business-Charter Communications
Peter Corbett
Experian Corporate Cost Control
CohnReznick LLP
Google
Pennsylvania Liquor Control Board
Frameworks Inc.
Pippett Consulting LLC
State of New Jersey
Globaltranz
Delmarva Power
HUB International
Penske Truck Leasing
Korn Ferry
Office Basics
CTS (CTS Electronics SRL; CTS Enterprises LLC; CTS International Logistics Corporation
Ltd.; CTS Technology LLC; CTS Labs; CTS Inc.; CTS Holdings)
Norris McLaughlin & Marcus
Sprague Operating Resources LLC