**FOX ROTHSCHILD LLP**
Michael G. Menkowitz, Esq.
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> C&D Brewing Company of Marlton, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-2767250 | Chapter 7 <br><br> Case No. 25-20450 (JNP) |
| In re: <br><br> C&D Brewing Company of Voorhees, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 45-5339118 | Chapter 7 <br><br> Case No. 25-20451 (JNP) |
| In re: <br><br> Chesapeake & Delaware Brewing Company, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 52-2032130 | Chapter 7 <br><br> Case No. 25-20452 (JNP) |
| In re: <br><br> C&D Brewing Company of Lancaster, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-5495818 | Chapter 7 <br><br> Case No. 25-20453 (JNP) |

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Wilmington, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 65-1164042 | Chapter 7<br><br>Case No. 25-20454 (JNP) |
| In re:<br><br>C&D Brewing Company of Media, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 23-3010706 | Chapter 7<br><br>Case No. 25-20455 (JNP) |
| In re:<br><br>Iron Hill Brewery of Lehigh Valley, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 93-1963431 | Chapter 7<br><br>Case No. 25-20456 (JNP) |
| In re:<br><br>C&D Brewing Company of Chestnut Hill, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 24-4773404 | Chapter 7<br><br>Case No. 25-20457 (JNP) |
| In re:<br><br>Iron Hill Brewery of Columbia, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 85-3763635 | Chapter 7<br><br>Case No. 25-20458 (JNP) |
| In re:<br><br>Iron Hill Brewery of Perimeter, LLC,<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-3410005 | Chapter 7<br><br>Case No. 25-20459 (JNP) |

| | |
|---|---|
| In re: <br><br> C&D Brewing Company of Montomgeryville, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 56-2289479 | Chapter 7 <br><br> Case No. 25-20460 (JNP) |
| In re: <br><br> Iron Hill Brewery of Eagleview, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 84-3064703 | Chapter 7 <br><br> Case No. 25-20461 (JNP) |
| In re: <br><br> C&D Brewing Company of Ardmore, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 38-3910123 | Chapter 7 <br><br> Case No. 25-20462 (JNP) |
| In re: <br><br> Iron Hill Brewery of Buckhead, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 84-2291794 | Chapter 7 <br><br> Case No. 25-20463 (JNP) |
| In re: <br><br> Iron Hill Brewery of South Carolina, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-2301851 | Chapter 7 <br><br> Case No. 25-20464 (JNP) |
| In re: <br><br> C&D Brewing Company of Phoenixville, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-2541313 | Chapter 7 <br><br> Case No. 25-20465 (JNP) |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery of Newtown, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3796182 | Chapter 7<br><br>Case No. 25-20466 (JNP) |
| In re:<br><br>C&D Brewing Company of Pennsylvania, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-2940585 | Chapter 7<br><br>Case No. 25-20468 (JNP) |
| In re:<br><br>Iron Hill Brewery of Hershey, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 82-3735290 | Chapter 7<br><br>Case No. 25-20469 (JNP) |
| In re:<br><br>C&D Brewing Company of Huntingdon Valley, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 47-4503213 | Chapter 7<br><br>Case No. 25-20470 (JNP) |
| In re:<br><br>Iron Hill Brewery of Rehoboth Beach, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 82-1498467 | Chapter 7<br><br>Case No. 25-20471 (JNP) |
| In re:<br><br>Iron Hill Brewery East Market, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 81-4889863 | Chapter 7<br><br>Case No. 25-20472 (JNP) |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 47-5645042 | Chapter 7<br><br>Case No. 25-20476 (JNP) |

**ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF FOX ROTHSCHILD LLP AS ATTORNEYS TO
<u>THE TRUSTEE, EFFECTIVE AS OF OCTOBER 7, 2025</u>**

The relief set forth on the following page is hereby ORDERED.

Upon the application (the "Application") of Andrew Sklar (the "Trustee"), the Chapter 7 trustee for the above-captioned debtors (the "Debtors") in the above-captioned cases (the "Chapter 7 Cases"), pursuant to Sections 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), seeking authorization for the Trustee to employ and retain Fox Rothschild LLP ("Fox Rothschild") as his attorneys in these Chapter 7 Cases, effective as of October 7, 2025; and the Court having jurisdiction to decide the Application and the relief requested therein; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with Sections 327(a) of the Bankruptcy Code, the Trustee is hereby authorized to employ and retain Fox Rothschild as his attorneys in these Chapter 7 Cases, effective as of October 7, 2025.

3. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).