**FOX ROTHSCHILD LLP**
Michael G. Menkowitz, Esq.
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> C&D Brewing Company of Marlton, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-2767250 | Chapter 7 <br><br> Case No. 25-20450 (JNP) |
| In re: <br><br> C&D Brewing Company of Voorhees, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 45-5339118 | Chapter 7 <br><br> Case No. 25-20451 (JNP) |
| In re: <br><br> Chesapeake & Delaware Brewing Company, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 52-2032130 | Chapter 7 <br><br> Case No. 25-20452 (JNP) |
| In re: <br><br> C&D Brewing Company of Lancaster, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-5495818 | Chapter 7 <br><br> Case No. 25-20453 (JNP) |

178165564.1

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Wilmington, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 65-1164042 | Chapter 7<br><br>Case No. 25-20454 (JNP) |
| In re:<br><br>C&D Brewing Company of Media, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 23-3010706 | Chapter 7<br><br>Case No. 25-20455 (JNP) |
| In re:<br><br>Iron Hill Brewery of Lehigh Valley, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 93-1963431 | Chapter 7<br><br>Case No. 25-20456 (JNP) |
| In re:<br><br>C&D Brewing Company of Chestnut Hill, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 24-4773404 | Chapter 7<br><br>Case No. 25-20457 (JNP) |
| In re:<br><br>Iron Hill Brewery of Columbia, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 85-3763635 | Chapter 7<br><br>Case No. 25-20458 (JNP) |
| In re:<br><br>Iron Hill Brewery of Perimeter, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 84-3410005 | Chapter 7<br><br>Case No. 25-20459 (JNP) |

| | |
|---|---|
| In re: <br><br> C&D Brewing Company of Montomgeryville, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 56-2289479 | Chapter 7 <br><br> Case No. 25-20460 (JNP) |
| In re: <br><br> Iron Hill Brewery of Eagleview, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 84-3064703 | Chapter 7 <br><br> Case No. 25-20461 (JNP) |
| In re: <br><br> C&D Brewing Company of Ardmore, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 38-3910123 | Chapter 7 <br><br> Case No. 25-20462 (JNP) |
| In re: <br><br> Iron Hill Brewery of Buckhead, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 84-2291794 | Chapter 7 <br><br> Case No. 25-20463 (JNP) |
| In re: <br><br> Iron Hill Brewery of South Carolina, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-2301851 | Chapter 7 <br><br> Case No. 25-20464 (JNP) |
| In re: <br><br> C&D Brewing Company of Phoenixville, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-2541313 | Chapter 7 <br><br> Case No. 25-20465 (JNP) |

| | |
|---|---|
| In re: <br><br> Iron Hill Brewery of Newtown, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 83-3796182 | Chapter 7 <br><br> Case No. 25-20466 (JNP) |
| In re: <br><br> C&D Brewing Company of Pennsylvania, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 23-2940585 | Chapter 7 <br><br> Case No. 25-20468 (JNP) |
| In re: <br><br> Iron Hill Brewery of Hershey, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-3735290 | Chapter 7 <br><br> Case No. 25-20469 (JNP) |
| In re: <br><br> C&D Brewing Company of Huntingdon Valley, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 47-4503213 | Chapter 7 <br><br> Case No. 25-20470 (JNP) |
| In re: <br><br> Iron Hill Brewery of Rehoboth Beach, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-1498467 | Chapter 7 <br><br> Case No. 25-20471 (JNP) |
| In re: <br><br> Iron Hill Brewery East Market, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-4889863 | Chapter 7 <br><br> Case No. 25-20472 (JNP) |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery, LLC,<br><br>                     Debtor.<br><br>Tax I.D. No. 47-5645042 | Chapter 7<br><br>Case No. 25-20476 (JNP) |

**NOTICE OF TRUSTEE'S APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF GIULIANO MILLER & COMPANY, LLC AS ACCOUNTANT AND FINANCIAL
ADVISOR TO THE TRUSTEE, EFFECTIVE AS OF OCTOBER 7, 2025**

      **PLEASE TAKE NOTICE** that on October 17, 2025, Andrew Sklar (the "Trustee"), the Chapter 7 for the estates of the above-captioned debtors (collectively, the "Debtors"), filed his application (the "Application"), pursuant to Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules") for entry of an Order authorizing the Trustee to employ and retain Giuliano Miller & Company, LLC ("GMCO") as his accountant and financial advisor in these Chapter 7 Cases, effective as of October 7, 2025.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents* dated March 27, 2002 (the "General Order") and the *Commentary Supplementing Administrative Procedures* dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary, and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the

5

Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary if any, to the relief requested must be made in writing and in the form prescribed by the Bankruptcy Rules and D.N.J. LBR 2014-1, and must be filed with the Court and served upon and received by the Trustee's proposed attorneys at the following address:

Fox Rothschild LLP
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
Attn: Michael G. Menkowitz, Esq.
Attn: Martha B. Chovanes, Esq.
Attn: Jesse M. Harris, Esq.
Attn: Matthew A. Skolnick, Esq.

**PLEASE TAKE FURTHER NOTICE** that if no objections are filed and served by the objection deadline to be fixed by the Bankruptcy Court, the Bankruptcy Court may enter an Order granting the Application without further notice or hearing.

Dated: October 17, 2025                           **FOX ROTHSCHILD LLP**

_/s/ Michael G. Menkowitz_
Michael G. Menkowitz, Esq. (Bar No. MM5164)
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar,
Chapter 7 Trustee*