# EXHIBIT A

## Miller Certification

**FOX ROTHSCHILD LLP**
Michael G. Menkowitz, Esq.
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Marlton, LLC,<br><br> Debtor. <br>Tax I.D. No. 26-2767250 | Chapter 7<br><br>Case No. 25-20450 (JNP) |
| In re:<br><br>C&D Brewing Company of Voorhees, LLC,<br><br> Debtor. <br>Tax I.D. No. 45-5339118 | Chapter 7<br><br>Case No. 25-20451 (JNP) |
| In re:<br><br>Chesapeake & Delaware Brewing Company, LLC,<br><br> Debtor. <br>Tax I.D. No. 52-2032130 | Chapter 7<br><br>Case No. 25-20452 (JNP) |
| In re:<br><br>C&D Brewing Company of Lancaster, LLC,<br><br> Debtor. <br>Tax I.D. No. 20-5495818 | Chapter 7<br><br>Case No. 25-20453 (JNP) |

| | |
|---|---|
| In re: | |
| C&D Brewing Company of Wilmington, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20454 (JNP) |
| Tax I.D. No. 65-1164042 | |
| In re: | |
| C&D Brewing Company of Media, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20455 (JNP) |
| Tax I.D. No. 23-3010706 | |
| In re: | |
| Iron Hill Brewery of Lehigh Valley, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20456 (JNP) |
| Tax I.D. No. 93-1963431 | |
| In re: | |
| C&D Brewing Company of Chestnut Hill, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20457 (JNP) |
| Tax I.D. No. 24-4773404 | |
| In re: | |
| Iron Hill Brewery of Columbia, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20458 (JNP) |
| Tax I.D. No. 85-3763635 | |
| In re: | |
| Iron Hill Brewery of Perimeter, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20459 (JNP) |
| Tax I.D. No. 84-3410005 | |

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Montomgeryville, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 56-2289479 | Chapter 7<br><br>Case No. 25-20460 (JNP) |
| In re:<br><br>Iron Hill Brewery of Eagleview, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 84-3064703 | Chapter 7<br><br>Case No. 25-20461 (JNP) |
| In re:<br><br>C&D Brewing Company of Ardmore, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 38-3910123 | Chapter 7<br><br>Case No. 25-20462 (JNP) |
| In re:<br><br>Iron Hill Brewery of Buckhead, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 84-2291794 | Chapter 7<br><br>Case No. 25-20463 (JNP) |
| In re:<br><br>Iron Hill Brewery of South Carolina, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-2301851 | Chapter 7<br><br>Case No. 25-20464 (JNP) |
| In re:<br><br>C&D Brewing Company of Phoenixville, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 20-2541313 | Chapter 7<br><br>Case No. 25-20465 (JNP) |

| | |
|---|---|
| In re: | |
| Iron Hill Brewery of Newtown, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20466 (JNP) |
| Tax I.D. No. 83-3796182 | |
| In re: | |
| C&D Brewing Company of Pennsylvania, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20468 (JNP) |
| Tax I.D. No. 23-2940585 | |
| In re: | |
| Iron Hill Brewery of Hershey, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20469 (JNP) |
| Tax I.D. No. 82-3735290 | |
| In re: | |
| C&D Brewing Company of Huntingdon Valley, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20470 (JNP) |
| Tax I.D. No. 47-4503213 | |
| In re: | |
| Iron Hill Brewery of Rehoboth Beach, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20471 (JNP) |
| Tax I.D. No. 82-1498467 | |
| In re: | |
| Iron Hill Brewery East Market, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20472 (JNP) |
| Tax I.D. No. 81-4889863 | |

| In re: | |
|---|---|
| Iron Hill Brewery, LLC, | Chapter 7 |
| Debtor. | Case No. 25-20476 (JNP) |
| Tax I.D. No. 47-5645042 | |

### CERTIFICATION OF DONNA M. MILLER IN SUPPORT OF TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GIULIANO MILLER & COMPANY, LLC AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE TRUSTEE, EFFECTIVE AS OF OCTOBER 7, 2025

I, DONNA M. MILLER, under penalty of perjury, certifies as follows:

1.      I am a Certified Public Accountant and Manager with the firm of Giuliano Miller & Company, LLC ("GMCO"), Certified Public Accountants and Consultants, whose offices are located at 2301 E. Evesham Road, 800 Pavilion, Suite 210, Voorhees, NJ  08043.

2.      This Certification (the "Certification") is submitted, pursuant to Section 327of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules").

3.      This Certification is made in support of the *Trustee's Application for an Order Authorizing the Employment and Retention of Giuliano Miller & Company, LLC as Accountant and Financial Advisor to the Trustee, Effective as of October 7, 2025* (the "Application"),[3] filed concurrently herewith.

4.      I am familiar with the matters set forth herein and make this Certification in support of the Application.

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

## <u>SERVICES TO BE PROVIDED</u>

5.      The services GMCO will provide, as the Trustee's accountant and financial advisor, will include, but are not limited to, the following:

(a)      Coordinating the transition of records to GMCO;

(b)      Inventorying the Debtors' financial records;

(c)      Performing any review, preparation, or audit of the Debtors' filed tax returns and preparing, if necessary, any additional filings with either the Internal Revenue Service or the relevant state authorities;

(d)      Performing an analysis of the Debtors' books and records regarding potential avoidance actions;

(e)      Researching and advising the Trustee with respect to funds owed to the Debtors;

(f)      Assisting the Trustee and his retained professionals in analyzing and reconciling the general ledger and other accounting records and tax returns/notices, as necessary, and the claims, including tax claims filed against the Debtors' estates;

(g)      Performing general accounting and tax advisory services to the Trustee regarding the administration of the bankruptcy estates;

(h)      Performing any auditing and/or "forensic accounting" services as required for the Trustee to administer the Chapter 7 Cases;

(i)      If appropriate, assisting the Trustee in continuing to perform obligations required of an administrator (as defined in Section 3 of the Employee Retirement Income Security Act of 1974) of any employee benefit plans of

the Debtors, to the extent necessary under 11 U.S.C. § 704(a)(11) or otherwise;

(j)      Analyzing the financial operations of the Debtors pre and post-petition, as necessary;

(k)      Conducting any requested financial analysis, including verifying the material assets and liabilities of the Debtors, as necessary, and their values;

(l)      Analyzing and advising with respect to any sale of the Debtors' assets;

(m)     Analyzing transactions with insiders, related, and/or affiliated companies;

(n)      Analyzing transactions with the Debtors' financing institutions;

(o)      Assisting Trustee's attorneys in preparing for any depositions and testimony regarding financial matter, as well as preparing for and providing expert testimony at depositions and court hearings, as requested; and

(p)      Rendering such other assistance as the Trustee and/or his counsel may deem appropriate, including, but not limited to, with respect to financial, business, and economic issues that may arise.

## **PROFESSIONAL COMPENSATION**

6.      GMCO intends to apply to the Court for the allowance of compensation and reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with the Chapter 7 Cases on an hourly basis, subject to Court approval, and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any Orders entered in these Chapter 7 Cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

7.     The current hourly rates applicable to the professionals and staff proposed to provide services to the Trustee are as follows:

| Professional | Hourly Rate |
|---|---|
| Senior Member | $875.00 |
| Managers | $695.00 |
| Senior Staff | $540.00-$640.00 |
| Staff | $395.00-$500.00 |
| Paraprofessionals | $330.00 |

8.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Any such adjustments will be reflected in GMCO's fee requests.  There are no alternative fee arrangements from customary billing.  Further, no professional has varied his or her rate based on geographic location.

9.     GMCO will charge for its services on an hourly basis, in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered.

10.     It is GMCO's policy to charge its clients in all areas of practice for out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone calls, mail and express mail, special or hand delivery, outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which shall not be more than the actual cost incurred by GMCO in performing such research), travel, "working meals," transcription, as well as non-ordinary overhead expenses such as secretarial and other overtime.  GMCO will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to Local Rule 2016-1.  GMCO believes it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

11.     GMCO will submit detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses.

## **DISINTERESTEDNESS OF PROFESSIONALS**

12.     To the best of my knowledge, and except as disclosed herein, GMCO is not aware of any conflict of interest relating to its role as accountants and financial advisors to the Trustee in these Chapter 7 Cases.

13.     GMCO maintains a computerized database which contains, *inter alia*, (1) all present and former clients, (2) parties against whom or whose interests GMCO has or is representing, and (3) other parties involved in or related to matters in which GMCO has been or is involved.  I have caused the database to be searched and compared to the names of the persons and entities set forth in **Exhibit 1** to this Certification.  **Exhibit 1** includes the following: the Debtors, the officers and directors of the Debtors, all known lenders and agents of the Debtors, if any; the Debtors' secured and unsecured creditors; the Debtor's landlords and contract parties; all Judges of the United States Bankruptcy Court for the District of New Jersey; and certain employees of the Office of the U.S. Trustee, Department of Justice, in New Jersey.

14.     To the best of my knowledge, after reasonable and diligent investigation, it appears that GMCO does not hold or represent any interest adverse to, and has no connection with the parties set forth in **Exhibit 1**.

15.     GMCO may have in the past represented, and may in the future represent, creditors or parties-in-interest in matters unrelated to these Chapter 7 Cases.  GMCO believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Trustee in these Chapter 7 Cases.  I am not aware of GMCO performing any services for any such persons or entities in connection with these Chapter 7 Cases

or having any relationship with any such persons, or entities, or their attorneys or accountants, that I understand is adverse to the Debtors or their estates.

16.     Despite the efforts described above to identify and disclose GMCO's connections, because the Debtors have numerous creditors and other relationships, GMCO is unable to state with absolute certainty that every client representation or other connection has been disclosed. If GMCO discovers additional information that requires disclosure, GMCO will file supplemental disclosures with the Court as promptly as possible.

17.     To the best of my knowledge, GMCO has not been retained to assist any entity or person in matters relating to, or in connection with, these Chapter 7 Cases. If this Court approves the proposed employment of GMCO as accountant and financial advisor to the Trustee, GMCO will not accept any engagement or perform any services in these Chapter 7 Cases for any entity or person other than the Trustee. GMCO may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these Chapter 7 Cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these Chapter 7 Cases.

18.     Thus, pursuant to Section 327(a) of the Bankruptcy Code, GMCO does not hold or represent any interests adverse to the Debtors, their creditors, or their estates.

19.     GMCO is also a disinterested person within the meaning of 11 U.S.C. § 101(14) in that GMCO, its partners, employees and staff:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

24

(c)      do not hold an interest materially adverse to the interests of the estates or

any class of creditors or equity security holders by reason of any direct or

indirect relationship to, connection with, or interest in, the Debtors, or for

any other reason.

20.      Accordingly, based upon information available to me, I submit that GMCO is a

"disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, and the

requirements of Section 327(a) of the Bankruptcy Code are satisfied in respect of the matters upon

which GMCO is to be engaged in these Chapter 7 Cases.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

21.      GMCO also will make a reasonable effort to comply with any requests by the U.S.

Trustee for information and additional disclosures, as set forth in the U.S. Trustee Guidelines, both

in connection with the Application and any fee applications to be filed by GMCO.

22.      No promises have been received by GMCO nor any manager, staff members, or

paraprofessionals, as to compensation in connection with these Chapter 7 Cases, other than in

accordance with the provisions of the Bankruptcy Code.

23.      Pursuant to Section 504 of the Bankruptcy Code, no agreement or understanding

exists between GMCO and any other person (other than customary arrangements among members

of GMCO) to share any compensation or reimbursement of expenses to-be-paid to GMCO in this

proceeding.

24.      The proposed engagement of GMCO is not prohibited by Bankruptcy Rule 5002.

25.      GMCO will abide by the terms of any Orders entered in these Chapter 7 Cases

governing the compensation and reimbursement of professionals for services rendered and charges

and disbursements incurred.

26.     By reason of the foregoing, I believe GMCO is eligible for employment and retention by the Trustee, pursuant to Section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October, 2025.

/s/ *Donna M. Miller*
Donna M. Miller, CPA, MBA, CDBV

**EXHIBIT 1**

**List of Identified Parties Included in Conflict Check**

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 1 | 3D Group, Ltd. | | Creditor |
| 2 | Advanced Hospitality Systems | | Lessor |
| 3 | AEB Biochemical USA, Inc. | | Creditor |
| 4 | Alcohol, Tobacco, Cannabis Commission | | Creditor |
| 5 | Altaura | | Creditor |
| 6 | Altenburg, Jr. | Andrew B. | Judge |
| 7 | Amoretti | | Creditor |
| 8 | Anderson | Paul | Creditor |
| 9 | Appleyard Agency | | Lessor |
| 10 | Arraya Solutions, Inc. | | Creditor |
| 11 | Atlantic Pension Services, Inc. | | Creditor |
| 12 | Balick & Balick LLC | | Creditor |
| 13 | BankUnited, N.A. | | Creditor |
| 14 | Barnes Beverage Group LLC | | Creditor |
| 15 | Bennett | Danielle | Creditor |
| 16 | Berlin Packaging LLC | | Creditor |
| 17 | Bielskie | Lauren | Government Agency |
| 18 | Bigart-Ecosystems, LLC | | Creditor |
| 19 | Block One Technologies | | Creditor |
| 20 | Boice | Eric E. | Creditor |
| 21 | Brady Risk Management | | Lessor |
| 22 | Bray Architecture, Inc. | | Creditor |
| 23 | Briess Industries, Inc. | | Creditor |
| 24 | Brixmor/Newtown Village-Newtown | | Creditor |
| 25 | C&D Brewing Company of Ardmore, LLC | | Subsidiary |
| 26 | C&D Brewing Company of Chestnut Hill, LLC | | Subsidiary |
| 27 | C&D Brewing Company of Huntingdon Valley, LLC | | Subsidiary |
| 28 | C&D Brewing Company of Lancaster, LLC | | Subsidiary |
| 29 | C&D Brewing Company of Marlton, LLC | | Subsidiary |
| 30 | C&D Brewing Company of Media, LLC | | Subsidiary |
| 31 | C&D Brewing Company of Montgomeryville, LLC | | Subsidiary |
| 32 | C&D Brewing Company of Pennsylvania, LLC | | Subsidiary |
| 33 | C&D Brewing Company of Phoenixville, LLC | | Subsidiary |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 34 | C&D Brewing Company of Voorhees, LLC | | Subsidiary |
| 35 | C&D Brewing Company of Wilmington, LLC | | Subsidiary |
| 36 | Caine | Arnie | Principal/ Owner/ Manager/ Shareholder |
| 37 | Campus-Lancaster | | Creditor |
| 38 | Carolina Office Systems, Inc. | | Lessor |
| 39 | Caron & Bletzer, PLLC | | Creditor |
| 40 | CDW | | Creditor |
| 41 | Chef Works | | Creditor |
| 42 | Chemstation of Philadelphia LTD | | Creditor |
| 43 | Chesapeake & Delaware Brewing Company, LLC | | Subsidiary |
| 44 | Chester County Disc Golf | | Creditor |
| 45 | CIT-First Citizens Bank & Trust Co. | | Creditor |
| 46 | City of Dunwoody | | Creditor |
| 47 | Clean & Polish Building Solutions | | Creditor |
| 48 | Clem | Rachel Lorien | Creditor |
| 49 | Cleveland-Menu Printing, Inc. | | Creditor |
| 50 | Coastal Station, LLC | | Creditor |
| 51 | CohnReznick Advisory LLC | | Lessor |
| 52 | CohnReznick LLP | | Creditor |
| 53 | Concur Technologies, Inc. | | Creditor |
| 54 | Convention Center Visitors Guide | | Creditor |
| 55 | Corbett | Peter F. | Creditor |
| 56 | Corporate Cost Control | | Lessor |
| 57 | Corporate Services Consultants, LLC | | Creditor |
| 58 | CT Corporation | | Creditor |
| 59 | CTS | | Creditor |
| 60 | D2 Branding LLC | | Creditor |
| 61 | Dauphin Electric | | Creditor |
| 62 | Davies | Kevin | Principal/ Owner/ Manager/ Shareholder |
| 63 | Dayforce-Ceridian | | Creditor |
| 64 | Delaney | Kyle | Creditor |
| 65 | Delaware Brewer's Guild | | Creditor |
| 66 | Delaware Division of Revenue | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 67 | Delmarva Power - NEW | | Creditor |
| 68 | Dinova | | Creditor |
| 69 | DocuVault Delaware Valley | | Creditor |
| 70 | Domain Properties Ltd. | | Creditor |
| 71 | Dorset Connects | | Creditor |
| 72 | E&A/I&G Lenox Marketplace LP | | Creditor |
| 73 | E.B. OReilly | | Creditor |
| 74 | Ecolab, Inc. | | Creditor |
| 75 | Ecotrak, LLC | | Creditor |
| 76 | Edelson | Mark | Principal/ Owner/ Manager/ Shareholder |
| 77 | Edelson | Mark D. | Creditor |
| 78 | Elliot Associates, LLC | | Creditor |
| 79 | Energy Management Systems | | Creditor |
| 80 | Equifax Workforce Solutions LLC | | Creditor |
| 81 | Experian-Corporate Cost Control, Inc. | | Creditor |
| 82 | Finn | Kevin | Principal/ Owner/ Manager/ Shareholder |
| 83 | FinQuery, LLC | | Creditor |
| 84 | First Advantage | | Creditor |
| 85 | Fish Window Cleaning | | Creditor |
| 86 | Food Shelter, LLC | | Creditor |
| 87 | Force4Good | | Creditor |
| 88 | Frameworks, Inc. | | Creditor |
| 89 | Francis Partners | | Creditor |
| 90 | G.W. Kent, Inc. | | Creditor |
| 91 | Gleason Technology, Inc. | | Lessor |
| 92 | Globaltranz Enterprises LLC | | Creditor |
| 93 | Google Voice, Inc. | | Creditor |
| 94 | Gordon Food Services | | Creditor |
| 95 | GPT Prop-Dunwoody | | Creditor |
| 96 | Gravelle | Christine M. | Judge |
| 97 | Greenville County Tax Collector | | Creditor |
| 98 | Gundrum | Matthew M. | Creditor |
| 99 | Hall | Mark E. | Judge |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 100 | Harkleroad | Patrick | Creditor |
| 101 | Henderson | Kathryn | Creditor |
| 102 | Hentzman | Taylor Jo | Creditor |
| 103 | Highmark Blue Cross Blue Shield Delaware | | Lessor |
| 104 | Highmark Delaware | | Creditor |
| 105 | HIREtech | | Lessor |
| 106 | HUB International | | Creditor |
| 107 | Hunterdon Brewing | | Creditor |
| 108 | Huntingdon Pike - Huntingdon Valley | | Creditor |
| 109 | IHB Holdco, LLC | | Affiliate |
| 110 | InKind | | Creditor |
| 111 | Inovar Packaging Group, LLC | | Creditor |
| 112 | Internal Revenue Service | | Creditor |
| 113 | Intertek Wisetail | | Lessor |
| 114 | Iron Hill Brewery East Market, LLC | | Subsidiary |
| 115 | Iron Hill Brewery Investments, LLC | | Affiliate |
| 116 | Iron Hill Brewery of Buckhead, LLC | | Subsidiary |
| 117 | Iron Hill Brewery of Columbia, LLC | | Subsidiary |
| 118 | Iron Hill Brewery of Eagleview, LLC | | Subsidiary |
| 119 | Iron Hill Brewery of Hershey, LLC | | Subsidiary |
| 120 | Iron Hill Brewery of Lehigh Valley, LLC | | Subsidiary |
| 121 | Iron Hill Brewery of Newtown, LLC | | Subsidiary |
| 122 | Iron Hill Brewery of Perimeter, LLC | | Subsidiary |
| 123 | Iron Hill Brewery of Rehoboth Beach, LLC | | Subsidiary |
| 124 | Iron Hill Brewery of South Carolina, LLC | | Subsidiary |
| 125 | Iron Hill Brewery, LLC | | Debtor |
| 126 | J.J. Keller & Associates, Inc. | | Creditor |
| 127 | JBS Dev | | Creditor |
| 128 | John I. Haas, Inc. | | Creditor |
| 129 | Johnson Cherry Creek, LLC | | Creditor |
| 130 | Jones | Seth | Creditor |
| 131 | Joyce | Evan | Creditor |
| 132 | Kaplan | Michael B. | Judge |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 133 | Katz Americas | | Creditor |
| 134 | Kirke | Mark Andrew | Creditor |
| 135 | Kirke | Mark | Principal/ Owner/ Manager/ Shareholder |
| 136 | Klammor Publishing | | Creditor |
| 137 | Klestadt Winters Jureller Southard & Stevens, LLP | | Counsel |
| 138 | Korn Ferry (US) | | Creditor |
| 139 | Lehigh Valley Mall, LLC | | Creditor |
| 140 | Lidvall | Ned | Principal/ Owner/ Manager/ Shareholder |
| 141 | Lincoln Financial Group Trust Company | | Lessor |
| 142 | Lincoln Retirement Services Company, LLC | | Lessor |
| 143 | Lintello, LLC | | Creditor |
| 144 | Lobley | Abbie Kay | Creditor |
| 145 | Lombardo | Nick | Creditor |
| 146 | Lundeen | Alexis Leone | Creditor |
| 147 | Mac Mannes, Inc. | | Creditor |
| 148 | Marchakitus | Douglas | Creditor |
| 149 | MarketingVitals.com | | Creditor |
| 150 | Masergy Cloud Communications, Inc. | | Creditor |
| 151 | Mathlery | Seth L. | Creditor |
| 152 | McCarthy, Jr. | Jack D. | Principal/ Owner/ Manager/ Shareholder |
| 153 | McMaster-Carr Supply Co. | | Creditor |
| 154 | Meisel | Stacey L. | Judge |
| 155 | Microsoft Corporation | | Lessor |
| 156 | Mill Rock Packaging | | Creditor |
| 157 | Mindstream Media Group LLC | | Creditor |
| 158 | Missimer | Amy Lynn | Creditor |
| 159 | Mobac, Inc. | | Creditor |
| 160 | Modern Driven Media | | Creditor |
| 161 | Mullan | Brendan P. | Creditor |
| 162 | NCR VOYIX Corp. | | Lessor |
| 163 | NCR VOYIX Corporation | | Creditor |
| 164 | New Era Technology | | Creditor |
| 165 | Newlane | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 166 | Newtown Plaza Associates, L.P. | | Creditor |
| 167 | NKS Distributors, Inc. | | Creditor |
| 168 | Norris, McLaughlin & Marcus | | Creditor |
| 169 | Office Basics | | Creditor |
| 170 | Omega Yeast Labs | | Creditor |
| 171 | OpenTable, Inc. | | Creditor |
| 172 | OpenWrench | | Creditor |
| 173 | Optum Rx | | Creditor |
| 174 | Packaging Exchange, Inc. | | Creditor |
| 175 | Panasiewicz | John Paul | Creditor |
| 176 | Papalia | Vincent F. | Judge |
| 177 | Paycor, Inc. | | Creditor |
| 178 | Paytronix Holding, LLC | | Creditor |
| 179 | Paytronix Systems, Inc. | | Lessor |
| 180 | Penn Beer Sales & Service | | Creditor |
| 181 | Pennsylvania Department of Revenue | | Creditor |
| 182 | Pennsylvania Liquor Control Board | | Creditor |
| 183 | Pennsylvania Restaurant & Lodging Assoc | | Creditor |
| 184 | Pensky Truck Leasing Co LP | | Lessor |
| 185 | Pippett Consulting LLC | | Creditor |
| 186 | PLCB+ | | Creditor |
| 187 | Poslusny, Jr. | Jerrold N. | Judge |
| 188 | Precision Color Graphics | | Creditor |
| 189 | Premier Stainless Systems | | Creditor |
| 190 | Pro Refrigeration, Inc. | | Creditor |
| 191 | RahrBSG-Brewers Supply Group | | Creditor |
| 192 | Ramsey's Farm, Inc. | | Creditor |
| 193 | RedOnion | | Creditor |
| 194 | Reinhard, Inc. | | Creditor |
| 195 | Restaurant 365 | | Lessor |
| 196 | Restaurant Partners Procurement LLC | | Creditor |
| 197 | Revenew LLC | | Creditor |
| 198 | Reynolds | Christina Mary | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 199 | Roberts Oxygen Co. | | Creditor |
| 200 | Rothenberger | Derek Allen | Creditor |
| 201 | Rothenberger | Derek | Lessor |
| 202 | RxBenefits, Inc. | | Creditor |
| 203 | Sansom | Katherine Elizabeth | Creditor |
| 204 | Schaub | Matthew | Creditor |
| 205 | Scott Laboratories | | Creditor |
| 206 | Sherwood | John K. | Judge |
| 207 | Sidework Construction and Maintenance | | Creditor |
| 208 | SJ Magazine | | Creditor |
| 209 | SKLAR | ANDREW | Client |
| 210 | South Jersey Gas Company | | Creditor |
| 211 | Spark Digital Solutions LLC | | Creditor |
| 212 | Spectrum Business-Charter Communications | | Creditor |
| 213 | Sprague Operating Resources LLC | | Creditor |
| 214 | State of New Jersey | | Creditor |
| 215 | STNL Advisors LLC | | Creditor |
| 216 | Strategic Cost Control, Inc. | | Lessor |
| 217 | Suburban Testing Labs | | Creditor |
| 218 | Sundman | Brynne | Creditor |
| 219 | Super Clean | | Creditor |
| 220 | Tait | Robert | Creditor |
| 221 | Tandem Associates, Inc. | | Creditor |
| 222 | TAP Innovations | | Creditor |
| 223 | The Brewing Science Institute | | Creditor |
| 224 | The Culinary Edge | | Creditor |
| 225 | The Maxim Law Firm, P.C. | | Creditor |
| 226 | The Restaurant Assistantas LLC | | Creditor |
| 227 | The Royal Group - TRG | | Creditor |
| 228 | Trabon Printing Company, LLC | | Creditor |
| 229 | Transatlantic Translations | | Creditor |
| 230 | Tripleseat Software LLC | | Lessor |
| 231 | Twelve24 Office, LLC | | Creditor |

| # | Last/Company Name | First Name | Party Relationship |
|---|---|---|---|
| 232 | Two Robbers Spirits Company | | Creditor |
| 233 | United Energy Trading, LLC | | Creditor |
| 234 | Vermont Information Processing-VIP | | Creditor |
| 235 | Vigor Marketing LLC | | Creditor |
| 236 | Vincenzini | Jackie | Creditor |
| 237 | Virelli | Amy Lynn | Creditor |
| 238 | White & Williams LLP | | Creditor |
| 239 | Williams McCann | Annette Kay | Creditor |
| 240 | Willkie Farr & Gallagher LLP | | Creditor |
| 241 | Windriver Environmental | | Creditor |
| 242 | Wolf | Ashley | Creditor |
| 243 | Xerox Financial Services | | Creditor |
| 244 | Yakima Chief Hops | | Creditor |
| 245 | York | Colin | Creditor |
| 246 | Yumpingo, Inc. | | Creditor |