# Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Iron Hill Brewery, LLC, *et al.*,[1] | : | Case No. 25-20476 (JNP) |
| | : | (Joint Administration Requested) |
| Debtors. | : | |
| | : | |

**NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On _____, 2025, Andrew Sklar (the "Trustee"), the Chapter 7 Trustee for the estates of Iron Hill Brewery, LLC, *et al.* (the "Debtors") in the above-captioned Chapter 7 cases (the "Chapter 7 Cases"), filed with the United States Bankruptcy Court for the District of New Jersey (the "Court") a motion [Docket No. ●] (the "Sale Motion")[2] seeking the entry of an Order (the "Sale Order") (i) authorizing the Trustee to enter into the proposed sale and agreement (the "Sale Transaction") with IH Restaurants LLC and its designees (the "Buyer") with respect to substantially all the Debtors' assets; (ii) approving procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "Contracts") in connection with the Sale Transaction (the "Assumption and Assignment Procedures"); and (iii) granting related relief.

---

[1] The twenty-three (23) Debtors in these cases, along with the last four digits of their federal tax identification numbers are: (i) C&D Brewing Company of Marlton, LLC (7250) (Case No. 25-20450-JNP); (ii) C&D Brewing Company of Voorhees, LLC (9118) (Case No. 25-20451-JNP); (iii) Chesapeake & Delaware Brewing Company, LLC (2130) (Case No. 25-20452-JNP); (iv) C&D Brewing Company of Lancaster, LLC (5818) (Case No. 25-20453-JNP); (v) C&D Brewing Company of Wilmington, LLC (4042) (Case No. 25-20454-JNP); (vi) C&D Brewing Company of Media, LLC (0706) (Case No. 25-20455-JNP); (vii) Iron Hill Brewery of Lehigh Valley, LLC (3431) (Case No. 25-20456-JNP); (viii) C&D Brewing Company of Chestnut Hill, LLC (3404) (Case No. 25-20457-JNP); (ix) Iron Hill Brewery of Columbia, LLC (3635) (Case No. 25-20458-JNP); (x) Iron Hill Brewery of Perimeter, LLC (0005) (Case No. 25-20459-JNP); (xi) C&D Brewing Company of Montgomeryville, LLC (9479) (Case No. 25-20460-JNP); (xii) Iron Hill Brewery of Eagleview, LLC (4703) (Case No. 25-20461-JNP); (xiii) C&D Brewing Company of Ardmore, LLC (0123) (Case No. 25-20462-JNP); (xiv) Iron Hill Brewery of Buckhead, LLC (1794) (Case No. 25-20463-JNP); (xv) Iron Hill Brewery of South Carolina, LLC (1851) (Case No. 25-20464-JNP); (xvi) C&D Brewing Company of Phoenixville, LLC (1313) (Case No. 25-20465-JNP); (xvii) Iron Hill Brewery of Newtown, LLC (6182) (Case No. 25-20466-JNP); (xviii) C&D Brewing Company of Pennsylvania, LLC (0585) (Case No. 25-20468-JNP); (xix) Iron Hill Brewery of Hershey, LLC (5290) (Case No. 25-20469-JNP); (xx) C&D Brewing Company of Huntingdon Valley, LLC (3213) (Case No. 25-20470-JNP); (xxi) Iron Hill Brewery of Rehoboth Beach, LLC (8467) (Case No. 25-20471-JNP); (xxii) Iron Hill Brewery East Market, LLC (9863) (Case No. 25-20472-JNP); (xxiii) Iron Hill Brewery, LLC (5042) (Case No. 25-20476-JNP).

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Sale Motion. Any summary of the Sale Motion or Assumption and Assignment Procedures contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any inconsistency between any summary in this Notice and the terms and conditions of either of the Sale Motion or the Assumption and Assignment Procedures, the actual terms and conditions in those documents shall control.

**You are receiving this Notice (the "Potential Contract Assumption Notice") because you may be a counterparty (each a "Counterparty") to a Contract of the Debtors that may be assumed and assigned through the proposed Sale Transaction.**

### CONTRACT ASSUMPTION LIST AND CURE AMOUNTS

In accordance with the Assumption and Assignment Procedures, the Trustee may, in connection with the proposed Sale Transaction with Buyer, seek to assume and assign to Buyer certain of the Debtors' Contracts. Each of the Contracts that potentially could be assumed and assigned in connection with the Sale Transaction, together with the Trustee's calculation of the amount necessary to cure any defaults (the "Cure Amounts") with respect to such Contracts, is set forth on **Schedule 1** hereto.

**PLEASE NOTE** that the Trustee and Buyer reserve all rights to remove any Contracts from the attached **Schedule 1** for up to forty-five (45) days following entry of the Sale Order (the "Assumption and Assignment Deadline"). The inclusion of any Contract on **Schedule 1** does not mean that such Contract will or must be assumed and assigned to Buyer, nor does the failure to include, or the removal of, any Contract on any subsequent notice mean that such Contract is or will be rejected by the Trustee. Moreover, the inclusion of any Contract on **Schedule 1** does not constitute an admission by the Trustee or any other party that such Contract is an executory contract or an unexpired lease within the meaning of the Bankruptcy Code. All rights of the Trustee and Buyer with respect thereto are reserved.

### OBJECTIONS

A. **Contents, Service of, and Deadline for Assumption Objections**

Any objection to the proposed assumption or assignment of any of the Contracts listed on **Schedule 1**, the adequacy of Buyer's assurance of future performance, or the proposed Cure Amounts (each, an "Assumption Objection") must: (i) be in writing; (ii) comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court; (iii) state with specificity the nature of the Assumption Objection, and, if applicable, the correct Cure Amount asserted by the objecting Counterparty with supporting documentation; and (iv) be filed with the Court and served upon the parties below (collectively, the "Objection Notice Parties"), so as to be **actually received** by the date of the hearing on the Sale Motion (the "Sale Hearing"), which is presently scheduled for _____, at _____, (the "Assumption Objection Deadline"). The Objection Notice Parties are as follows:

(i) <u>The Trustee</u>: Andrew Sklar, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043;

(ii) <u>Proposed counsel to the Trustee</u>: Fox Rothschild LLP, Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103, Attn: Michael Menkowitz, Esq. (mmenkowitz@foxrothschild.com); Jesse Harris, Esq. (jesseharris@foxrothschild.com); and Matthew Skolnick, Esq. (mskolnick@foxrothschild.com);

    (iii)    <u>Counsel to Buyer</u>: Gellert Seitz Busenkell & Brown LLC, 1201 North Orange Street, 3rd Floor, Wilmington, DE 19801, Attn: Ronald Gellert, Esq. (rgellert@gsbblaw.com); and

    (iv)    <u>The Office of the United States Trustee</u>: US Department of Justice, Office of the US Trustee, One Newark Center, Suite 2100, Newark, NJ 07102.

**B.    Resolution of Objections and Consequences of Failing to Object**

In the event the Trustee and a Counterparty are unable to resolve an Assumption Objection solely with respect to Cure Amounts, the Trustee may, with the consent of Buyer, proceed to assume and assign the applicable Contract, provided that Buyer agrees to pay the non-disputed portion of the Cure Amount asserted by the Counterparty, pending resolution of the dispute by the Court or by agreement of the parties.

**IF A COUNTERPARTY FAILS TO FILE WITH THE COURT AND SERVE ON THE OBJECTION NOTICE PARTIES A TIMELY ASSUMPTION OBJECTION, ANY CURE AMOUNT LISTED ON <u>SCHEDULE 1</u> SHALL BE BINDING UPON THE TRUSTEE, BUYER, AND THE APPLICABLE COUNTERPARTY, AND NO ADDITIONAL AMOUNTS SHALL BE REQUIRED TO BE PAID IN CONNECTION WITH SUCH ASSUMPTION AND ASSIGNMENT; *PROVIDED, HOWEVER*, THAT BUYER RESERVES ALL RIGHTS TO DECLINE TO ASSUME ANY SUCH CONTRACT AND PAY ANY RELEVANT CURE AMOUNTS UNTIL THE EXPIRATION OF THE ASSUMPTION AND ASSIGNMENT DEADLINE. MOREOVER, THE FAILURE TO FILE AN ASSUMPTION OBJECTION WILL RESULT IN A WAIVER OF ANY RIGHTS BY ANY COUNTERPARTY TO OBJECT TO THE ASSUMPTION AND ASSIGNMENT OF ANY APPLICABLE CONTRACT AND THE ADEQUACY OF BUYER'S ASSURANCE OF FUTURE PERFORMANCE.**

<u>**SALE HEARING**</u>

The Sale Hearing shall take place on _____, **at** _____, before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of New Jersey, located at 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

<u>**ADDITIONAL ASSUMPTION NOTICES**</u>

As soon as practicably possible after the Closing of the Sale Transaction, the Trustee shall file and serve upon each affected Counterparty a notice (the "<u>Closing Contract Assumption Notice</u>") setting forth: (i) the name of, or a description of, each applicable Contract that Buyer is assuming as of the Closing (each an "<u>Assumed Contract</u>"); (ii) the name of the applicable Counterparty; and (iii) the applicable Cure Amounts, including any adjusted Cure Amounts agreed to following the filing of this Potential Contract Assumption or the resolution of an applicable Assumption Objection. In any event, Buyer reserves all rights until the expiration of the Assumption and Assignment Deadline to determine whether any additional Contracts previously

listed on this Potential Contract Assumption Notice should be added to the Assumed Contracts list.

To the extent Buyer elects to assume any additional Contracts previously listed on this Potential Contract Assumption Notice following the filing of the Closing Contract Assumption Notice, promptly after the expiration of the Assumption and Assignment Deadline, the Trustee will file and serve upon each affected Counterparty a notice (the "<u>Final Contract Assumption Notice</u>") setting forth: (i) the name of, or a description of, each additional Assumed Contract; (ii) the name of the applicable Counterparty; (iii) the applicable Cure Amounts, including any adjusted Cure Amounts agreed to following the filing of the Potential Contract Assumption Notice or the resolution of an applicable Assumption Objection; and (iv) the effective date of assumption for each additional Assumed Contract.  The Trustee and Buyer will not be permitted to add or remove any Contracts from the list of Assumed Contracts after the expiration of the Assumption and Assignment Deadline.

## **RESERVATION OF RIGHTS**

In any event, the failure to include any Contract on the list of Assumed Contracts included with this Potential Contract Assumption Notice, the Closing Contract Assumption Notice, and/or the Final Contract Assumption Notice (if any) does not mean that such Contract is or will be rejected by the Trustee.  The Trustee reserves all rights with respect to any Contracts not assumed by Buyer.  To the extent necessary, upon the filing of a subsequent motion, and subject to Court approval, the Trustee reserves all rights to request an extension of the deadline to assume or reject any Contract, in accordance with Section 365(d) of the Bankruptcy Code.

**FOX ROTHSCHILD LLP**

*/s/ Michael G. Menkowitz*
Michael G. Menkowitz, Esq. (Bar No. MM5164)
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar,
Chapter 7 Trustee*

Dated:[●], 2025

4

**Schedule 1**

178488118.2

| Debtor | Counterparty | Counterparty Address | Description | Cure Amounts |
|---|---|---|---|---|
| Iron Hill Brewery East Market, LLC | 1100 Market Street LP | C/o National Real Estate Advisors, LLC, Attn: Michael L. Fenner, 900 7th Street, NW, Suite 600, Washington, DC, 20001 | Real Estate Lease | $0.00 |
| C&D Brewing Company of Chestnut Hill, LLC | Acadia Chestnut, LLC | C/o Acadia Realty Trust, 1311 Mamaroneck Avenue, Suite 260, Attn: Legal Dept., White Plains, NY 10605 | Real Estate Lease | $83,591.07 |
| Iron Hill Brewery, LLC | Advanced Hospitality Systems | 110 Kresson Gibbsboro Road, Suite 6, Voorhees, NJ 08043 | Service Contract for Aloha POS System | $0.00 |
| Iron Hill Brewery, LLC | Appleyard Agency | 4400 Bayou Blvd., Suite 12, Pensacola, FL 32503 | Marketing Services | $0.00 |
| Chesapeake & Delaware Brewing Company, LLC | Astra Plaza Assoc/Trader's Alley | 201 E. Delaware Avenue, Newark, DE 19711 | Real Estate Lease | $64,030.53 |
| Iron Hill Brewery, LLC | Atlantic Pension Services, Inc. | PO Box 758, Kennet Square, PA 19348 | 401(k) Plan Administration | $17,823.72 |
| C&D Brewing Company of Voorhees, LLC | Boulevard Shoppes LLC, CH Boulevard LLC, and Boulevard Nassim LLC | 150 Great Neck Road, Suite 304, Great Neck, NY 11021 | Real Estate Lease | $86,137.90 |
| Iron Hill Brewery, LLC | Brady Risk Management | 24 W Carver Street, 2nd Floor, Huntington, NY 11743 | Liability and Property Insurance | $0.00 |
| Iron Hill Brewery of Columbia, LLC | Bullstreet Retail, LLC | 1 North Main Street, Suite 902, Greenville, SC 29601 | Real Estate Lease | $33,182.43 |
| C&D Brewing Company of Lancaster, LLC | Campus-Lancaster, L.P. | C/o Campus Apartments, Inc., 4043 Walnut Street, Attn: Daniel Bernstein, Philadelphia, PA 19104 | Real Estate Lease | $26,125.98 |
| Iron Hill Brewery, LLC | Carolina Office Systems, Inc. | 10506 Bryton Corporate Center Drive, Building B, Suite 400, Huntersville, NC 28078 | Printing Services | $0.00 |
| Iron Hill Brewery of Rehoboth Beach, LLC | Coastal Station, LLC | C/o Michael J. Scali, Gellert Scali Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801 | Real Estate Lease | $0.00 |
| Iron Hill Brewery, LLC | CohnReznick Advisory LLC | P.O. Box 1699, Albany, NY 12201 | Tax and Audit Accounting Services | $68,906.00 |
| Iron Hill Brewery of South Carolina, LLC | CP Enterprises Limited Partnership | Attn: John T. Pazdan, PO Box 8856, Greenville, SC 29604-8856 | Real Estate Lease | $19,550.50 |
| Iron Hill Brewery, LLC | Derek Rothenberger | Unknown / Address Redacted | Restrictive Covenant Agreement | $0.00 |

| Debtor | Counterparty | Address | Contract Type | Cure Amount |
|---|---|---|---|---|
| C&D Brewing Company of Phoenixville, LLC | Domain Properties, LTD and 3D Group, LTD | 130 E. Bridge St., Phoenixville, PA 19460 | Real Estate Lease | $0.00 |
| Iron Hill Brewery, LLC | Dorset Connects | 416 W. State Street, Kennett Square, PA 19348 | Server and IT Services | $53,599.25 |
| Iron Hill Brewery, LLC | Ecolab Inc. | P.O. Box 32027, New York, NY 10087-2027 | Cleaning Supplies and Equipment Services | $0.00 |
| C&D Brewing Company of Ardmore, LLC | Fox Park Corporation | 60 Greenfield Avenue, Ardmore, PA 19003 | Real Estate Lease | $0.00 |
| Iron Hill Brewery, LLC | Gleason Technology, Inc. | 941 Menoher Boulevard, Johnstown, PA 15905 | End-User License Agreement | $0.00 |
| Iron Hill Brewery, LLC | Gordon Food Services | P.O. Box 2244, Grand Rapids, MI 49501 | Food Supplies Agreement | $1,620.00 |
| Iron Hill Brewery of Hershey, LLC | Hershey DTC, LP | 1000 N Front Street, Suite 500, Wormleysburg, PA 17043 | Real Estate Lease | $44,207.63 |
| Iron Hill Brewery, LLC | Highmark Blue Cross Blue Shield Delaware | PO Box 1991, Wilmington, DE 19889 | Health Insurance | $0.00 |
| Iron Hill Brewery, LLC | HIREtech | 200 Westlake Park Blvd. 501, Houston, TX 77079 | Tax and Human Capital Management Services Agreement | $0.00 |
| C&D Brewing Company of Huntingdon Valley, LLC | Huntingdon Pike Company | C/o Kravco Company LLC, 100 Matsonford Road, 5 Radnor Corporate Center, Suite 555, Wayne, PA 19087 | Real Estate Lease | $23,614.10 |
| Iron Hill Brewery, LLC | Intertek Wisetail | 212 S. Wallace Ave., Bozeman, MT 59715 | Employee Training Services | $0.00 |
| C&D Brewing Company of Marlton, LLC | Kings Highway Investors, LP | c/o RPC Real Estate, LLC, 484 Evesham Road - Suite 7, Cherry Hill, NJ 08003 | Real Estate Lease | $0.00 |
| Iron Hill Brewery of Lehigh Valley, LLC | Lehigh Valley Mall, LLC | 225 West Washington Street, Indianapolis, IN 46204 | Real Estate Lease | $103,371.82 |
| Iron Hill Brewery, LLC | Lincoln Financial Group Trust Company | PO Box 7876, Fort Wayne, IN 46801 | Trust Agreement Dated July 1, 2021 | $0.00 |
| Iron Hill Brewery, LLC | Lincoln Retirement Services Company, LLC | Attn: Head of Account Management, P.O. Box 7876, Fort Wayne, IN 46801 | Recordkeeping Service Agreement | $0.00 |
| Iron Hill Brewery, LLC | Mark Edelson | Unknown / Address Redacted | Employment Agreement | $0.00 |
| Iron Hill Brewery, LLC | Mark Kirke | Unknown / Address Redacted | Employment Agrement | $0.00 |
| Iron Hill Brewery, LLC | Mark Kirke | Unknown / Address Redacted | Restrictive Covenant Agreement, dated December 27, 2024 | $0.00 |

| Debtor | Counterparty | Address | Contract Type | Cure Amount |
|---|---|---|---|---|
| C&D Brewing Company of Montgomeryville, LLC | MCP English Village, LLC | C/o MetLift Real Estate Investors, One MetLife Way, Attn: Northeast Regional Office, Whippany, NJ 07981-1449 | Real Estate Lease | $0.00 |
| C&D Brewing Company of Media, LLC | Media Thriftway Realty Co. | C/o Edward Chantigian, 216 Wencin Way, West Chester, PA 19382; 231 Letitia Manor Drive, West Grove, PA 19390 | Real Estate Lease | $23,407.43 |
| Iron Hill Brewery, LLC | Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | IT and Web Services | $0.00 |
| Iron Hill Brewery, LLC | NCR VOYIX Corp. | PO Box 198755, Atlanta, GA 30384 | Aloha POS System Platform System Agreement | $10,960.65 |
| Iron Hill Brewery of Newtown, LLC | Newtown Village Plaza Associates, L.P. | C/o Brixmor Property Group, 450 Lexington Avenue, Floor 13, Attn: General Counsel, New York, NY 10017 | Real Estate Lease | $44,333.09 |
| Iron Hill Brewery, LLC | OpenTable, Inc. | One Montgomery St., Suite 500, San Francisco, CA 94104 | Reservation System Services | $37,322.12 |
| Iron Hill Brewery, LLC | Patrick Harkleroad | Unknown / Address Redacted | Employment Agreement | $0.00 |
| Iron Hill Brewery, LLC | Patrick Harkleroad | Unknown / Address Redacted | Restrictive Covenant Agreement, dated May 12, 2025 | $0.00 |
| Iron Hill Brewery, LLC | Paycor, Inc. | PO Box 639860, Cincinnati, OH 45263-9860 | Payroll Services Agreement | $599.43 |
| Iron Hill Brewery, LLC | Paytronix Systems, Inc. | 275 Grove Street, 2-400, Newton, MA 02466 | Loyalty Platform and Service Agreement | $53,359.56 |
| Iron Hill Brewery, LLC | Pensky Truck Leasing Co. LP | 2675 Morgantown Road, PO Box 1321, Reading, PA 19603-1321 | Lease for 2023 Intl MV607 | $0.00 |
| Iron Hill Brewery, LLC | Restaurant 365 | 500 Technlogy Dr., Suite 200, Sacramento, CA 94104 | Accounting Software Agreement | $0.00 |
| C&D Brewing Company of Wilmington, LLC | Shipyard Dining, L.L.C. | 234 N. James Street, Wilmington, DE 19804 | Real Estate Lease | $91,702.00 |
| Iron Hill Brewery, LLC | Strategic Cost Conrol, Inc. d/b/a Corporate Cost Control | 475 Anton Boulevard, Costa Mesa, CA 92626 | Unemployment Vendor Services | $17,525.41 |
| Iron Hill Brewery of Eagleview, LLC | The Shops on Eagleview Blvd., LTK Associates, L.P. | 120 Pennsylvania Avenue, Attn: Adam Loew and Eli Kahn, Malvern, PA 19355 | Real Estate Lease | $0.00 |
| Iron Hill Brewery, LLC | Tripleseat Software LLC | MS 160 PO Box 138221, Sacramento, CA 95813 | Event and Party Reservation System Services | $0.00 |
| Iron Hill Brewery of Perimeter, LLC | Twelve24 Office, LLC | 3550 Lenox Road, Suite 2200, Atlanta, GA 30326 | Real Estate Lease | $0.00 |

| | | | | |
|---|---|---|---|---|
| C&D Brewing Company of Pennsylvania, LLC | West Chester Merchants Square, LLP | 7 West Gay Street, Attn: Anthony Stancato, West Chester, PA 19380 | Real Estate Lease | $0.00 |
| Iron Hill Brewery, LLC | Yumpingo Inc. | 3903 S Congress Ave. #41895, Austin, TX 78704 | Guest Review Feedback Platform Agreement | $62,832.80 |