ANDREW SKLAR
CHAPTER 7 TRUSTEE
1020 Laurel Oak Road, Suite 203
Voorhees, New Jersey 08043
(856) 258-4050
Andrew Sklar, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____ x

In re:

                                                  Chapter 7

**Iron Hill Brewery, LLC** ,

                                              Case No. **25-20476 JNP**

         Debtor

_____ x

**NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF
NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE**

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:   **Iron Hill Brewery, LLC**

CASE NUMBER:   **25-20476 JNP**

AMOUNT OF FUNDS ON HAND:      $0.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS
FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE:      UNKNOWN

ESTIMATED VALUE      UNKNOWN

OTHER INFORMATION RELATING TO STATUS OF CASE _____

_____

SIGNATURE OF TRUSTEE:      _/s/ Andrew Sklar_

NAME OF TRUSTEE:      Andrew Sklar    DATED: 11/5/25