UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Iron Hill Brewery, LLC

| | |
|---|---|
| Case No.: | 25-20476 |
| Chapter: | 7 |
| Hearing Date: | 11/12/2025 |
| Judge: | Poslusny |

**ORDER
For Joint Administration** ⊞

 The relief set forth on the following pages, numbered two (2) through _____, is
**ORDERED**.

**DATED: November 13, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**FOX ROTHSCHILD LLP**
Michael G. Menkowitz, Esq.
Martha B. Chovanes, Esq.
Jesse M. Harris, Esq.
Matthew A. Skolnick, Esq.
Two Commerce Square
2001 Market Street – Suite 1700
Philadelphia, PA 19103
215-299-2000
mmenkowitz@foxrothschild.com
mchovanes@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Proposed Attorneys to Andrew Sklar, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Marlton, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 26-2767250 | Chapter 7<br><br>Case No. 25-20450 (JNP) |
| In re:<br><br>C&D Brewing Company of Voorhees, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 45-5339118 | Chapter 7<br><br>Case No. 25-20451 (JNP) |
| In re:<br><br>Chesapeake & Delaware Brewing Company, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 52-2032130 | Chapter 7<br><br>Case No. 25-20452 (JNP) |

178085844.1

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Lancaster, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-5495818 | Chapter 7<br><br>Case No. 25-20453 (JNP) |
| In re:<br><br>C&D Brewing Company of Wilmington, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 65-1164042 | Chapter 7<br><br>Case No. 25-20454 (JNP) |
| In re:<br><br>C&D Brewing Company of Media, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 23-3010706 | Chapter 7<br><br>Case No. 25-20455 (JNP) |
| In re:<br><br>Iron Hill Brewery of Lehigh Valley, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 93-1963431 | Chapter 7<br><br>Case No. 25-20456 (JNP) |
| In re:<br><br>C&D Brewing Company of Chestnut Hill, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 24-4773404 | Chapter 7<br><br>Case No. 25-20457 (JNP) |
| In re:<br><br>Iron Hill Brewery of Columbia, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 85-3763635 | Chapter 7<br><br>Case No. 25-20458 (JNP) |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery of Perimeter, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 84-3410005 | Chapter 7<br><br>Case No. 25-20459 (JNP) |
| In re:<br><br>C&D Brewing Company of Montomgeryville, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 56-2289479 | Chapter 7<br><br>Case No. 25-20460 (JNP) |
| In re:<br><br>Iron Hill Brewery of Eagleview, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 84-3064703 | Chapter 7<br><br>Case No. 25-20461 (JNP) |
| In re:<br><br>C&D Brewing Company of Ardmore, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3910123 | Chapter 7<br><br>Case No. 25-20462 (JNP) |
| In re:<br><br>Iron Hill Brewery of Buckhead, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 84-2291794 | Chapter 7<br><br>Case No. 25-20463 (JNP) |
| In re:<br><br>Iron Hill Brewery of South Carolina, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-2301851 | Chapter 7<br><br>Case No. 25-20464 (JNP) |

| | |
|---|---|
| In re:<br><br>C&D Brewing Company of Phoenixville, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 20-2541313 | Chapter 7<br><br>Case No. 25-20465 (JNP) |
| In re:<br><br>Iron Hill Brewery of Newtown, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 83-3796182 | Chapter 7<br><br>Case No. 25-20466 (JNP) |
| In re:<br><br>C&D Brewing Company of Pennsylvania, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 23-2940585 | Chapter 7<br><br>Case No. 25-20468 (JNP) |
| In re:<br><br>Iron Hill Brewery of Hershey, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 82-3735290 | Chapter 7<br><br>Case No. 25-20469 (JNP) |
| In re:<br><br>C&D Brewing Company of Huntingdon Valley, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 47-4503213 | Chapter 7<br><br>Case No. 25-20470 (JNP) |
| In re:<br><br>Iron Hill Brewery of Rehoboth Beach, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. 82-1498467 | Chapter 7<br><br>Case No. 25-20471 (JNP) |

| | |
|---|---|
| In re:<br><br>Iron Hill Brewery East Market, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-4889863 | Chapter 7<br><br><br>Case No. 25-20472 (JNP) |
| In re:<br><br>Iron Hill Brewery, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-5645042 | Chapter 7<br><br><br>Case No. 25-20476 (JNP) |

## ORDER AUTHORIZING AND DIRECTING THE JOINTADMINISTRATION OF THE DEBTORS' CHAPTER 7 CASES, PURSUANT TO FED. R. BANKR. P. 1015(b)

The relief set forth on the following pages is hereby ORDERED.

Upon consideration of the Motion of Andrew Sklar (the "Trustee"), the Chapter 7 trustee for the estates of the above-captioned debtors (collectively, the "Debtors"), for entry of an Order authorizing and directing the joint administration of the Debtors' respective chapter 7 cases (the "Chapter 7 Cases") for procedural purposes only, pursuant to Fed. R. Bankr. P. 1015(b) (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors, and equity holders; and the Court having determined that sufficient and proper notice of the Motion has been given and it appearing that no other notice need be given; and the Court having read and considered the Motion and determined, upon the record herein, after due deliberation thereon, that there is good and sufficient cause to grant the relief appearing therefor,

It is hereby ORDERED that:

1.      The Motion be and is hereby GRANTED.

2.      The Chapter 7 Cases are consolidated, pursuant to Fed. R. Bankr. P. 1015(b), for procedural purposes only and shall be jointly administered by the Court.  Nothing contained in this Order shall be deemed or construed as directing the substantive consolidation of any of the above-captioned cases.

3.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| Iron Hill Brewery, LLC, *et al.*,[1] | : | Case No. 25-20476 (JNP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

[1] The twenty-three (23) Debtors in these cases, along with the last four digits of their federal tax identification numbers are: (i) C&D Brewing Company of Marlton, LLC (7250) (Case No. 25-20450-JNP); (ii) C&D Brewing Company of Voorhees, LLC (9118) (Case No. 25-20451-JNP); (iii) Chesapeake & Delaware Brewing Company, LLC (2130) (Case No. 25-20452-JNP); (iv) C&D Brewing Company of Lancaster, LLC (5818) (Case No. 25-20453-JNP); (v) C&D Brewing Company of Wilmington, LLC (4042) (Case No. 25-20454-JNP); (vi) C&D Brewing Company of Media, LLC (0706) (Case No. 25-20455-JNP); (vii) Iron Hill Brewery of Lehigh Valley, LLC (3431) (Case No. 25-20456-JNP); (viii) C&D Brewing Company of Chestnut Hill, LLC (3404) (Case No. 25-20457-JNP); (ix) Iron Hill Brewery of Columbia, LLC (3635) (Case No. 25-20458-JNP); (x) Iron Hill Brewery of Perimeter, LLC (0005) (Case No. 25-20459-JNP); (xi) C&D Brewing Company of Montgomeryville, LLC (9479) (Case No. 25-20460-JNP); (xii) Iron Hill Brewery of Eagleview, LLC (4703) (Case No. 25-20461-JNP); (xiii) C&D Brewing Company of Ardmore, LLC (0123) (Case No. 25-20462-JNP); (xiv) Iron Hill Brewery of Buckhead, LLC (1794) (Case No. 25-20463-JNP); (xv) Iron Hill Brewery of South Carolina, LLC (1851) (Case No. 25-20464-JNP); (xvi) C&D Brewing Company of Phoenixville, LLC (1313) (Case No. 25-20465-JNP); (xvii) Iron Hill Brewery of Newtown, LLC (6182) (Case No. 25-20466-JNP); (xviii) C&D Brewing Company of Pennsylvania, LLC (0585) (Case No. 25-20468-JNP); (xix) Iron Hill Brewery of Hershey, LLC (5290) (Case No. 25-20469-JNP); (xx) C&D Brewing Company of Huntingdon Valley, LLC (3213) (Case No. 25-20470-JNP); (xxi) Iron Hill Brewery of Rehoboth Beach, LLC (8467) (Case No. 25-20471-JNP); (xxii) Iron Hill Brewery East Market, LLC (9863) (Case No. 25-20472-JNP); (xxiii) Iron Hill Brewery, LLC (5042) (Case No. 25-20476-JNP).

4.      The Clerk of the Court is hereby directed to enter the following on the docket in the

above-captioned cases:

> An Order (the "Joint Administration Order") has been entered in this case directing the joint administration of the Chapter 7 Cases listed below for procedural purposes only. The docket in Case No. 25-20476 (JNP) should be consulted for all matters affecting this case. The following Chapter 7 Cases are jointly administered pursuant to this Joint Administration Order: (i) C&D Brewing Company of Marlton, LLC (7250) (Case No. 25-20450-JNP); (ii) C&D Brewing Company of Voorhees, LLC (9118) (Case No. 25-20451-JNP); (iii) Chesapeake & Delaware Brewing Company, LLC (2130) (Case No. 25-20452-JNP); (iv) C&D Brewing Company of Lancaster, LLC (5818) (Case No. 25-20453-JNP); (v) C&D Brewing Company of Wilmington, LLC (4042) (Case No. 25-20454-JNP); (vi) C&D Brewing Company of Media, LLC (0706) (Case No. 25-20455-JNP); (vii) Iron Hill Brewery of Lehigh Valley, LLC (3431) (Case No. 25-20456-JNP); (viii) C&D Brewing Company of Chestnut Hill, LLC (3404) (Case No. 25-20457-JNP); (ix) Iron Hill Brewery of Columbia, LLC (3635) (Case No. 25-20458-JNP);

(x) Iron Hill Brewery of Perimeter, LLC (0005) (Case No. 25-20459-JNP); (xi) C&D Brewing Company of Montgomeryville, LLC (9479) (Case No. 25-20460-JNP); (xii) Iron Hill Brewery of Eagleview, LLC (4703) (Case No. 25-20461-JNP); (xiii) C&D Brewing Company of Ardmore, LLC (0123) (Case No. 25-20462-JNP); (xiv) Iron Hill Brewery of Buckhead, LLC (1794) (Case No. 25-20463-JNP); (xv) Iron Hill Brewery of South Carolina, LLC (1851) (Case No. 25-20464-JNP); (xvi) C&D Brewing Company of Phoenixville, LLC (1313) (Case No. 25-20465-JNP); (xvii) Iron Hill Brewery of Newtown, LLC (6182) (Case No. 25-20466-JNP); (xviii) C&D Brewing Company of Pennsylvania, LLC (0585) (Case No. 25-20468-JNP); (xix) Iron Hill Brewery of Hershey, LLC (5290) (Case No. 25-20469-JNP); (xx) C&D Brewing Company of Huntingdon Valley, LLC (3213) (Case No. 25-20470-JNP); (xxi) Iron Hill Brewery of Rehoboth Beach, LLC (8467) (Case No. 25-20471-JNP); (xxii) Iron Hill Brewery East Market, LLC (9863) (Case No. 25-20472-JNP); (xxiii) Iron Hill Brewery, LLC (5042) (Case No. 25-20476-JNP).

5.    This Order shall be without prejudice to the rights of the Trustee to later seek entry

of an Order substantively consolidating some or all of the Debtors' respective cases.